Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN THE MATTER OF THE SEARCH OF THE UNITED STATES OF AMERICA

VS.

EDWARD CONSTANINESCU,

PERRY "PJ" MATLOCK,

JOHN RYBARCZYK,

GARY DEEL,

STEFAN HRVATIN,

TOM COOPERMAN,

MITCHELL HENNESSEY,

    and,

DANIEL KNIGHT,

    a/k/a "@dipdiety,"
    a/k/a "Dan, Deity of Dips#8114,"

    Defendants.

Case No. **4:22cr612**

**Filed Under Seal**

## ORDER TO SEAL INDICTMENT

The Court ORDERS that the Indictment, supporting documents, and this Order be sealed by the U.S. District Clerk from any publication or access by the public for ninety (90) days or until further order of this Court.

IT IS FURTHER ORDERED that a copy is to be provided to the Affiant and investigating agency for their investigative needs, and all documents are to be unsealed upon the arrest of the defendant.

Signed on December 7, 2022.

_____
The Honorable Peter Bray
UNITED STATES MAGISTRATE JUDGE