United States Courts
Southern District of Texas
FILED
DEC 13 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-612 |
|---|---|---|---|

**United States of America**

*versus*

**Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight**

| Lawyer's Name | John J. Liolos |
|---|---|
| Firm | United States Department of Justice |
| Street | 1400 New York Ave. NW |
| City & Zip Code | Washington, DC 20005 |
| Telephone & Email | 202-768-2246, john.liolos@usdoj.gov |
| Licensed: State & Number | New York, 5331053 |
| Federal Bar & Number | SDNY, JL5401 |

Name of party applicant seeks to appear for: **United States**

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/13/22    Signed: *John J. Liolos*

The state bar reports that the applicant's status is: **currently registered**

Dated: DEC 13 2022    Clerk's signature: *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                United States District Judge