# EXHIBIT D

January 10, 2023

The Honorable United States Magistrate Judge Dena Hanovice Palermo
United States Courthouse
515 Rusk Avenue
Room 7727
Houston, Texas 77002

Re: Mitchell Hennessey Employment Offer

Dear Judge Palermo,

    My name is Tom Kapp and I am writing on behalf of my nephew, Mitchell Hennessey. I am aware of Mitchell's present circumstances and wanted to inform the Court that I, in my capacity as owner of multiple mobile home parks throughout New Jersey, have offered him a job as a lifeguard for the summer at one of my locations in the Shore or Southern Shore Regions of the State. Any questions concerning his offer of employment may be directed to me at ███████████ or ███████████.

                            Sincerely,

                            [signature redacted]

                            Tom Kapp