IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT<br><br>**Defendants.** | Case No. 22-CR-00612 |

**UNITED STATES' UNOPPOSED MOTION FOR**
**STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States, by and through undersigned counsel, respectfully moves for a stipulated protective order governing discovery, and states in support thereof:

1. The indictment in this case charges the defendants with conspiracy to commit securities fraud in violation of Section 1349 and securities fraud in violation of Section 1348.

2. The discovery in this case contains sensitive, proprietary, and confidential financial and business information, the unprotected disclosure of which could create a substantial risk of harm to non-parties.

3. The parties have met and conferred regarding the proposed protective order, and the defendants do not oppose this motion and agree to the proposed protective order.

Wherefore, the United States respectfully requests that this Court enter the proposed stipulated protective order governing discovery.

Dated: January 18, 2023                                    Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | ALAMDAR HAMDANI |
| Chief, Fraud Section | United States Attorney |
| Criminal Division, Department of Justice | for the Southern District of Texas |

By:   */s/ Scott Armstrong*
      Scott Armstrong, Assistant Chief
      John J. Liolos, Trial Attorney
      Fraud Section, Criminal Division
      United States Department of Justice
      1400 New York Ave. NW
      Washington, DC 20005
      Tel.: (202) 355-5704

By:   */s/ Heyward Carter*
      Thomas H. Carter
      Assistant United States Attorney
      State Bar Nos.: TX24048387
      1000 Louisiana Street, 25th Floor
      Houston, Texas 77002
      Tel.: (713) 567-9470

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by ECF to counsel of record for Defendants on January 18, 2023.

                                                     /s/ Scott Armstrong
                                                   Scott Armstrong
                                                   Assistant Chief
                                                   Criminal Division, Fraud Section
                                                   United States Department of Justice
                                                   1400 New York Avenue, N.W.
                                                   Washington, D.C. 20530
                                                   (202) 355-5704
                                                   Scott.armstrong@usdoj.gov