```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF TEXAS

                         HOUSTON DIVISION

UNITED STATES OF AMERICA,     .    CASE NO. 4:22-CR-612-7
                              .
          PLAINTIFF,          .
                              .
     V.                       .    HOUSTON, TEXAS
                              .    THURSDAY, JANUARY 5, 2023
MITCHELL HENNESSEY,           .    01:01 P.M. TO 01:04 P.M.
                              .
          DEFENDANT.          .
. . . . . . . . . . . . . . . .
```

**ARRAIGNMENT**

**ALL PARTIES APPEARING VIA ZOOM**

**BEFORE THE HONORABLE DENA H. PALERMO**
**UNITED STATES MAGISTRATE JUDGE**

    APPEARANCES:                    SEE NEXT PAGE

    ELECTRONIC RECORDING OFFICER: BRANDIS ISOM

    CASE MANAGER:                   CAROL FELCHAK

    OFFICIAL INTERPETER:            NONE PRESENT

               TRANSCRIPTION SERVICE BY:

           TRINITY TRANSCRIPTION SERVICES
                  1081 Main Street
               Surgoinsville, TN 37873
                    281-782-0802
              [trinitytranscripts@aol.com](mailto:trinitytranscripts@aol.com)

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

**TRINITY TRANSCRIPTION SERVICES**

```
                 UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF TEXAS

                       HOUSTON DIVISION

UNITED STATES OF AMERICA,     .   CASE NO. 4:22-CR-612-7
                              .
            PLAINTIFF,        .
                              .
        V.                    .   HOUSTON, TEXAS
                              .   THURSDAY, JANUARY 5, 2023
MITCHELL HENNESSEY,           .   01:01 P.M. TO 01:04 P.M.
                              .
            DEFENDANT.        .
. . . . . . . . . . . . . . . .
UNITED STATES OF AMERICA,     .   CASE NO. 4:22-CR-612-5
                              .
            PLAINTIFF,        .
                              .
        V.                    .
                              .
STEFAN HRVATIN,               .
                              .
            DEFENDANT.        .
. . . . . . . . . . . . . . . .


                         ARRAIGNMENT

              ALL PARTIES APPEARING VIA ZOOM

           BEFORE THE HONORABLE DENA H. PALERMO
              UNITED STATES MAGISTRATE JUDGE
```

Appearances:

**For the GOVERNMENT:**     THOMAS CARTER, III, ESQ.
                            Assistant United States Attorney
                            Office of the United States
                              Attorney
                            1000 Louisiana, Suite 2300
                            Houston, TX 77002


**TRINITY TRANSCRIPTION SERVICES**

<u>Appearances (continued)</u>:

**For the DEFENDANT:**          **LAURA M.K. CORDOVA, ESQ.**
                                **MICHAEL MURTHA, ESQ**
                                Jackson Walker LLP
                                1401 McKinney Street, Suite 1900
                                Houston, TX 77010

**PRETRIAL SERVICES:**          Sabrina Delgado

Transcription Service:          Cheryl L. Battaglia
                                Trinity Transcription Services
                                1081 Main Street
                                Surgoinsville, TN 37873

1

1      **Houston, Texas; Thursday, January 5, 2023; 01:01 p.m.**

2      **(All parties appearing telephonically)**

3           **THE COURT:** So in the case of *the United States of*

4  *America versus,* and I can't pronounce that name, *Eduardo*

5  *Constantinescu and others.* I don't know who's on that one.

6           Carol, is any -- who's on the -- who is being called

7  up on the Arraignment in that case?

8           **CASE MANAGER FELCHAK:** I can't tell that.

9           **THE COURT:** *Case Number 4:22-CR-612.* Who do I have

10 here on that case?

11          **MS. CORDOVA:** Your Honor, you have Laura Cordova on

12 Michael Murtha on behalf of Mitchell Hennessey.

13          **THE COURT:** Can you --

14          **CASE MANAGER FELCHAK:** Okay.

15          **THE COURT:** Can you unmute me? Am I unmuted?

16          **CASE MANAGER FELCHAK:** Yes.

17     **(Pause in the proceeding.)**

18          **THE COURT:** And who is the AUSA? Is it Mr. Carter?

19          **MR. CARTER:** Your Honor, I'll handle both Hennessey

20 and Hrvatin, the other -- the other Defendant is Mr. Stephen

21 Hrvatin.

22          **THE COURT:** Okay. And is he here? Is he on the

23 line? And is his -- his attorney on the line with him?

24          **MR. MALLETT:** Yes, your Honor. I'm Edward Mallett.

25 And I'm here with Mr. Hrvatin.

1        **THE COURT:**  Okay.  Thank you.  All right.
2            Okay.  So, we're here for this case on a -- on an
3   arraignment, correct?
4        **MR. MALLETT:**  That's correct.
5        **MS. CORDOVA:**  Yes, your Honor.
6        **THE COURT:**  All right.  And do both counsel waive
7   formal reading of the charges in this case for their -- for
8   their clients?
9        **MS. CORDOVA:**  Yes, your Honor.
10       **MR. MALLETT:**  Yes, your Honor.
11       **THE COURT:**  All right.  So, where is Mr. Hennessey?
12  Is he on here somewhere?  There he is.
13       **MS. CORDOVA:**  I see him.
14       **THE COURT:**  There you are.
15       **UNKNOWN FEMALE:**  We have a -- we have a bit of a Zoom
16  issue with the naming, cause that is Mr. Hennessee.
17       **THE COURT:**  Okay.  So, Mr. Hennessey, can you unmute
18  yourself?
19       **DEFENDANT HENNESSEY:**  Yes, your Honor.
20       **THE COURT:**  Okay.
21       **DEFENDANT HENNESSEY:**  Can you hear me?
22       **THE COURT:**  I can hear you.
23           All right.  So, I need to ask you a couple of
24  questions.  Have you had an opportunity to discuss the charges
25  against you with your attorneys?

1   **DEFENDANT HENNESSEY:**  I -- yes, your Honor.

2   **THE COURT:**  And do you understand the charges that
3   have been brought against you in this case?

4   **DEFENDANT HENNESSEY:**  Yes.  Yes, your Honor.

5   **THE COURT:**  All right.  And are you ready to enter a
6   plea at this time?  Yes, or no?

7   **DEFENDANT HENNESSEY:**  Yes, your Honor.

8   **THE COURT:**  And how do you plead to the indictment?
9   Guilty or not guilty?

10  **DEFENDANT HENNESSEY:**  Not guilty, your Honor.

11  **THE COURT:**  Okay.  A not guilty plea has been entered
12  on your behalf.

13      Now, Mr. Hrvatin, is that -- did I say it right?

14  **DEFENDANT HRVATIN:**  Yes, your Honor.

15  **THE COURT:**  Okay.  And you are with your attorney
16  right now.  Can you tell me, have you had a chance to discuss
17  the charges against you with your attorney?

18  **DEFENDANT HRVATIN:**  Yes, your Honor.

19  **THE COURT:**  And do you understand the charges that
20  have been brought against you in this case?

21  **DEFENDANT HRVATIN:**  Yes, your Honor.

22  **THE COURT:**  And are you ready to enter a plea at this
23  time?  Yes or no?

24  **DEFENDANT HRVATIN:**  Yes, your Honor.

25  **THE COURT:**  How do you plead go the indictment?

**TRINITY TRANSCRIPTION SERVICES**

1  Guilty or not guilty?
2          **DEFENDANT HRVATIN:**  Not guilty, your Honor.
3          **THE COURT:**  All right.  A not guilty plea has been
4  entered on both of your behalf.  Your case is pending before
5  Judge Hanen.  And it is scheduled for jury selection and trial
6  on October 23rd, 2023.  And that is at 9 a.m. in Judge Hanen's
7  courtroom.
8          There is a scheduling order in place on --on the
9  file.  It's Document Number 88.
10         **DEFENDANT HRVATIN:**  Thank you, your Honor.
11         **THE COURT:**  Anything else?  Anything else we need to
12 do at this time for these two Defendants?
13         **MS. CORDOVA:**  No, your Honor.
14         **MR. MALLETT:**  No, your Honor.
15         **MR. CARTER:**  Not for the state, your Honor,
16 Government.
17         **THE COURT:**  All right.  Then you're all excused.
18 Thank you for coming in.
19     **(This proceeding was adjourned at 01:04 p.m.)**
20

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ *Cheryl L. Battaglia*                    February 9, 2023

      Transcriber                                 Date

4:22-CR-612-7

01/05/23 - 02/09/23