UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § |
| v. | |
| MITCHELL HENNESSY | |

CRIMINAL NO: 4:22-cr-612 -S

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  SUPERSEDING INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on  February 16, 2023  at  02:00 P.M. .  Upon appearance, a judicial determination shall be made as to detention or release on conditions.  The United States Government recommends to the Court the following conditions of release.

### Defendant

MITCHELL HENNESSY
1500 Garden St, Apt 3A,
Hoboken, NJ 07030

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on  February 8th , 20 23 .

_____
UNITED STATES MAGISTRATE JUDGE