IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § | |

### DECLARATION OF MICHAEL J. MURTHA

I, Michael J. Murtha, declare as follows:

1. I am over the age of 21, am of sound mind and am fully competent to make this declaration. The facts stated below are within my personal knowledge and I declare under penalty of perjury that they are true and correct.

2. I am an attorney at the law firm of Jackson Walker LLP. My firm represents Defendant Mitchell Hennessey. I am familiar with the documents produced in discovery in this matter.

3. The document attached hereto as Exhibit A is a true and correct copy of the Transcript of Mr. Hennessey's Initial Appearance Before the Honorable Michael A. Hammer in Case No. 22-mj-10339 (D.N.J.) on December 13, 2022.

4. The document attached hereto as Exhibit B is a true and correct copy of the Order Modifying Mr. Hennessey's Conditions of Release in Case No. 22-mj-10339 (D.N.J.) on December 13, 2022.

5. The document attached hereto as Exhibit C is a true and correct copy of an article ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The article was last accessed on January 10, 2023.

6. The document attached hereto as Exhibit D is a true and correct copy of the

Transcript of Mr. Hennessey's Arraignment and Motions Hearing Before the Honorable Dena Hanovice Palermo in Case No. 4:22-cr-612-7 on February 16, 2023.

7. The documents attached hereto as Exhibit E are true and correct copies 

8. The document attached hereto as Exhibit F is a true and correct copy of a letter

9. The documents attached hereto as Exhibit G are a true and correct copy of a letter

10. The document attached hereto as Exhibit H is a true and correct copy of a letter

11. The document attached hereto as Exhibit I is a true and correct copy of a letter 

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on March 1, 2023.

_____
Michael J. Murtha