UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| MITCHELL HENNESSEY | § § | The Honorable Andrew S. Hanen |
| Defendant. | § § | |

**United States' Response in Opposition to Defendant HENNESSEY's Motion to Modify Conditions of Release**

The United States, by and through undersigned counsel, respectfully submits this Response in Opposition to Defendant Hennessey's Motion to Modify Conditions of Release (ECF No. 187) and the eleven (11) filed attachments. The Court should deny the motion because the current conditions—including GPS location monitoring—are the least restrictive that will reasonably assure the Defendant's appearance. A change in the current conditions is unwarranted.

**I.      Background and Analysis**

On February 16, 2023, following a hearing at his arraignment on six charges relating to securities and commodities fraud, defendant Hennessey was ordered by United States Magistrate's Judge Dena H. Palermo to obtain GPS location monitoring. This ruling brought defendant Hennessey into parity with his similarly situated co-defendants in accordance with this Court's Parity Order (ECF No. 40). Additionally, during the hearing, the Magistrate Court concluded that defendant Hennessey's financial resources provide the means to flee prosecution and that the significant consequences of conviction provide the incentive to do so. There is no

additional information or change in circumstances alleged in the Defendant's latest Motion warranting the alteration of the Magistrate's Court's order of February 16, 2023.

Additionally, the government re-urges the legal reasoning advanced for denying this Motion, and those similar, as it is outlined in the government response to defendant John Rybarczyk's Motion to Modify Bond Conditions (ECF No. 182).

II.  **Prayer**

For the foregoing reasons, the Court should deny the Defendant's motion and maintain the current conditions of release, including GPS location monitoring.

Dated: March 2, 2023                                Respectfully submitted,

                                                    GLENN S. LEON
                                                    Chief, Fraud Section
                                                    Criminal Division, Department of Justice

                                    By:   */s/ Scott Armstrong*
                                          Scott Armstrong, Assistant Chief
                                          John J. Liolos, Trial Attorney
                                          Fraud Section, Criminal Division
                                          United States Department of Justice
                                          1400 New York Ave. NW
                                          Washington, DC 20005
                                          Tel.: (202) 768-2246

                ALAMDAR HAMDANI
                United States Attorney
                Southern District of Texas

By:    */s/ Thomas H. Carter*
        Thomas H. Carter
        Assistant United States Attorney
        State Bar No.: TX24048387
        1000 Louisiana Street, 25th Floor
        Houston, Texas 77002
        Tel.: (713) 567-9470

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2023, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                       */s/ Thomas H. Carter*
                                       Thomas H. Carter
                                       Assistant United States Attorney
                                       Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-cr-612 |
| MITCHELL HENNESSEY, | § § | The Honorable Andrew S. Hanen |
| Defendant. | § § | |

### [Proposed] ORDER

Upon consideration of Defendant Hennessey's Motion to Modify Conditions of Release (ECF No. 187) and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
THE HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE