```
                  UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF TEXAS

                        HOUSTON DIVISION

UNITED STATES OF AMERICA,    .   CASE NO. 4:22-CR-612-1
                             .
          PLAINTIFF,         .
                             .
     V.                      .   HOUSTON, TEXAS
                             .   FRIDAY, DECEMBER 16, 2022
EDWARD CONSTANTINESCU,       .   10:12 A.M. TO 10:18 A.M.
                             .
          DEFENDANT.         .
. . . . . . . . . . . . . . .
```

**ARRAIGNMENT AND COUNSEL DETERMINATION HEARING**

**BEFORE THE HONORABLE CHRISTINA A. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**

```
    APPEARANCES:                     SEE NEXT PAGE

    ELECTRONIC RECORDING OFFICER: SHANNON HOLDEN

    CASE MANAGER:                    MELISSA MORGAN-FAIRCLOTH

    OFFICIAL INTERPETER:             NONE PRESENT
```

TRANSCRIPTION SERVICE BY:

**TRINITY TRANSCRIPTION SERVICES**
**1081 Main Street**
**Surgoinsville, TN 37873**
**281-782-0802**
trinitytranscripts@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

**TRINITY TRANSCRIPTION SERVICES**

```
                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF TEXAS

                          HOUSTON DIVISION

UNITED STATES OF AMERICA,     .    CASE NO. 4:22-CR-612-1
                              .
          PLAINTIFF,           .
                              .
     V.                       .    HOUSTON, TEXAS
                              .    FRIDAY, DECEMBER 16, 2022
EDWARD CONSTANTINESCU,        .    10:12 A.M. TO 10:18 A.M.
                              .
          DEFENDANT.          .
. . . . . . . . . . . . . . . .
UNITED STATES OF AMERICA,     .    CASE NO. 4:22-CR-612-8
                              .
          PLAINTIFF,           .
                              .
     V.                       .
                              .
DANIEL KNIGHT,                .
                              .
          DEFENDANT.          .
. . . . . . . . . . . . . . . .
```

**ARRAIGNMENT AND COUNSEL DETERMINATION HEARING**

**BEFORE THE HONORABLE CHRISTINA A. BRYAN
UNITED STATES MAGISTRATE JUDGE**

Appearances:

**For the GOVERNMENT:**      THOMAS CARTER, III, ESQ.
                             Assistant United States Attorney
                             1000 Louisiana, Suite 2300
                             Houston, TX 77002

**For DEFENDANT KNIGHT:**    CORDT AKERS, ESQ.
                             The Akers Firm
                             3401 Allen Parkway, Suite 101
                             Houston, TX 77019

Transcription Service:       Cheryl L. Battaglia
                             Trinity Transcription Services
                             1081 Main Street
                             Surgoinsville, TN 37873

**TRINITY TRANSCRIPTION SERVICES**

1

1 **Houston, Texas; Friday, December 16, 2022; 10:12 a.m.**

2 **(All parties appearing telephonically)**

3 **THE COURT:** All right. *United States versus Edward*
4 *Contantinescu and Daniel Knight.*

5 **(Pause in the proceeding.)**

6 **THE COURT:** All right. Let's start with Mr. Knight.

7 Mr. Knight, you are here for a counsel determination
8 hearing. I told you you did not qualify to receive court-
9 appointed counsel and instructed you to appear today with
10 retained counsel or to inform me of the status. And have you
11 regained counsel?

12 **DEFEDANT KNIGHT:** Yes, I have.

13 **MR. AKERS:** Cordt Akers for Daniel Knight, your
14 Honor.

15 **THE COURT:** Thank you, Mr. Akers.

16 And you've been retained, sir?

17 **MR. AKERS:** I have, your Honor.

18 **THE COURT:** All right.

19 And have you filed a notice of appearance yet,
20 Mr. Akers?

21 **MR. AKERS:** I have.

22 **THE COURT:** You have?

23 **MR. AKERS:** Yes, your Honor.

24 **THE COURT:** Okay. Great.

25 I don't think that there's anything else we need to

**TRINITY TRANSCRIPTION SERVICES**

1    address with Mr. Knight.
2             **MR. AKERS:**  We -- we haven't done the arraignment.
3             **THE COURT:**  You have not.
4             **MR. AKERS:**  And we're ready to proceed on that.
5             **THE COURT:**  Oh, and you need the Brady Order, too.
6        **(Pause in the proceeding.)**
7             **THE COURT:**  Mr. Knight is charged in Count One only?
8             **MR. AKERS:**  He is, your Honor.
9             **THE COURT:**  All right.
10            So, first, under Rule 5(f), counsel for the United
11   States is ordered to comply with its disclosure obligations
12   under *Brady versus Maryland* and its progeny.  The failure to do
13   so may result in the dismissal of charges exclusive of
14   evidence, adverse jury instructions, contempt proceedings and
15   sanctions.
16       **(Pause in the proceeding.)**
17            **THE COURT:**  Mr. Knight, you are -- I know you have a
18   copy of the indictment because you received on at your Initial
19   Appearance, correct?
20            **DEFEDANT KNIGHT:**  Yes, ma'am.
21            **THE COURT:**  And I have told you that you are charged
22   in Count One with conspiracy to commit securities fraud, in
23   violation of 18 United States Code §1349.  Do you understand
24   that charge?
25            **DEFEDANT KNIGHT:**  Yes, your Honor.

1     **THE COURT:**  Have you had a copy to go over the entire
2  indictment and ask any questions that you have of the charges
3  to your lawyer?
4     **DEFEDANT KNIGHT:**  Yes, your Honor.
5     **THE COURT:**  And are you waiving formal reading of the
6  indictment?
7     **MR. AKERS:**  We are, your Honor.
8     **THE COURT:**  And do you understand that if you're
9  convicted on Count One, you face up to 25 years in prison, a
10 fine of up to $250,000, a 5 year term of supervised release,
11 and a $100 mandatory Special Assessment?
12    **DEFEDANT KNIGHT:**  Yes, your Honor.
13    **THE COURT:**  All right.  Are you ready to enter your
14 formal plea to the charge in Count One of the indictment?
15    **DEFEDANT KNIGHT:**  Yes.
16    **THE COURT:**  And how do you plead?
17    **DEFEDANT KNIGHT:**  Not guilty.
18    **THE COURT:**  We'll enter a not guilty plea on your
19 behalf.
20         The case is assigned to Judge Hanen.  It is set for
21 trial on February 13th at 9:00 a.m.  Motions are due January
22 3rd.  Responses, January 17.  Pretrial conference is February
23 6th at 8:30.  And we've got an estimate of three weeks of
24 trial.
25         Is there anything else we need to cover with

**TRINITY TRANSCRIPTION SERVICES**

1  Mr. Knight?

2  **MR. AKERS:** The Brady order.

3  **THE COURT:** I did it.

4  **MR. AKERS:** Or did I miss that? I'm sorry.

5  **THE COURT:** Yeah. That's okay.

6  **MR. AKERS:** Thank you for your time, your Honor.

7  **THE COURT:** All right. Thank you. You're excused.

8  Thank you.

9  **(Pause in the proceeding.)**

10  **THE COURT:** All right. Mr. Contantinescu, are you

11  represented by counsel?

12  **DEFENDANT CONTANINESCU:** I'm still -- I'm still

13  dealing with that. I should have him by early next week.

14  **(Pause in the proceeding.)**

15  **THE COURT:** Okay.

16  **(Pause in the proceeding.)**

17  **THE COURT:** We're going to have to set you for a

18  hearing. I guess we'll do it on, what day can we do that?

19  **(Pause in the proceeding.)**

20  **THE COURT:** Okay. For his counsel determination

21  hearing. It's very important that you get your counsel

22  retained as soon as possible. Because there are things that --

23  **DEFENDANT CONTANINESCU:** I -- I do. They just

24  couldn't make it.

25  They're -- they're based in New York. So they just

1 couldn't -- it just happened so quick.  They'll be here Monday.
2          **THE COURT:**  Okay.  So your counsel is available to
3 appear on Monday.
4          **DEFENDANT CONTANINESCU:**  That's what they -- I don't
5 want to --
6          **THE COURT:**  Okay.
7          **DEFENDANT CONTANINESCU:**  By -- by next week.  They
8 said they're coming to see me, I'm sorry, Tuesday and
9 Wednesday.
10         **THE COURT:**  All right.
11         **MR. CARTER:**  Your Honor, if I may.
12         **THE COURT:**  Yes, Mr. Carter.
13         **MR. CARTER:**  That leaves the Government in a very
14 awkward position.  There are some significant bond restrictions
15 we would ask for now immediately.  And I can get into them and
16 the reasons why.
17         But if he does not have determination, I'm going to
18 have to move for detention.
19    **(Pause in the proceeding.)**
20         **DEFENDANT CONTANINESCU:**  I can get him on a Zoom
21 call.
22         **THE COURT:**  Let's reset this for -- I've got hearings
23 all the way through.
24         Let's reset it -- do we have new arrests yet?
25         **CASE MANAGER MORGAN-FAIRCLOTH:**  Six.

1         **THE COURT:** Six.

2    **(Pause in the proceeding.)**

3         **THE COURT:** Let's reset it for 12:30. There's some
4 chance that I may not be able to reach you at 12:30, in which
5 case I'll reset you for 2 o'clock.

6         **DEFENDANT CONTANINESCU:** I'll be here, Judge.

7         **THE COURT:** You need to contact your attorney. We
8 can do it -- we could do this -- you can appear in a criminal
9 case remotely or by Zoom.

10         I think in this instance what would be better is to
11 have your counsel appear by telephone in the courtroom, because
12 everyone else is going to be in the courtroom.

13         I'm not going to have an opportunity to get a Zoom
14 camera set up in here. And I don't do hybrid in-person and
15 Zoom hearings. But I'm going to set you for 12:30. Talk to
16 your counsel. They need to file an appearance. If -- if -- if
17 you've retained counsel, they need to file an appearance.

18         **DEFENDANT CONTANTINESCU:** Thank you.

19         **THE COURT:** And we'll come back later this afternoon
20 at 12:30.

21         If we can't get to you -- can't reach you by 12:30,
22 we'll set you on the 2 o'clock docket. And you'll -- we'll
23 address it after the initial arrests.

24         **DEFENDANT CONTANINESCU:** Sure.

25         **THE COURT:** All right.

7

1       **THE COURT:**  Thank you.

2       **MR. CARTER:**  Thank you, your Honor.

3       **THE COURT:**  All right.  You're excused.  Thank you.

4    **(This proceeding was adjourned at 10:18 a.m.)**

5

6                          * * * * * * * *

7                            CERTIFICATION

8

9    I certify that the foregoing is a correct transcript from the

10   electronic sound recording of the proceedings in the above-

11   entitled matter.

12

13

14   _/s/Cheryl L. Battaglia_                    March 18, 2023

15      Transcriber                                  Date

16   4:22-CR-612-1

17   12/16/22 - 03/18/23

**TRINITY TRANSCRIPTION SERVICES**