# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 22-cr-00612 |
| EDWARDS CONSTANTINESCU, <br> PERRY "PJ" MATLOCK, <br> JOHN RYBARCZYK, <br> GARY DEEL, <br> STEFAN HRVATIN, <br> TOM COOPERMAN, and <br> MITCHELL HENNESSEY, | § § § § § § § § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER

Having considered the United States' Opposed Motion for a Scheduling Order, ECF 240, and the Defendants' responses, the Court ORDERS the United States to immediately produce to the Defendants the particular allegedly false or misleading statements and the alleged profit and loss figures for each Defendant for each allegedly fraudulent stock transaction and ENTERS the following schedule for this case:

- United States' expert disclosures:                              June 5, 2023

- United States' *Brady*, *Giglio*, and
  18 U.S.C. § 3500 disclosures:                                   June 5, 2023

- Defendants' expert disclosures:                                 August 5, 2023

- United States' exhibit and witness list:                        August 11, 2023

- Defendants' exhibit and witness list:                           August 25, 2023

- Motions in limine:                                              September 13, 2023

- Responses:                                                      September 22, 2023

- Parties' Proposed Jury instructions and
  Proposed Voir Dire Questions:                    October 6, 2023

- Pretrial Conference:                             October 16, 2023

- Trial:                                           October 23, 2023


Signed at Houston, Texas this ___ day of _____, 2023.


                                                  _____
                                                  THE HONORABLE ANDREW HANEN
                                                  UNITED STATES DISTRICT JUDGE