*Privileged and Confidential*
*Subject to Protective Order*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case No. 4:22-cr-612-S

UNITED STATES OF AMERICA,

v.

EDWARD CONSTANTINESCU,
PERRY "PJ" MATLOCK,
JOHN RYBARCZYK,
GARY DEEL,
STEFAN HRVATIN,
TOM COOPERMAN,
MITCHELL HENNESSEY, and
DANIEL KNIGHT,

Defendants.

**DECLARATION OF MARIA E. GARIBOTTI, PH.D.**

**JUNE 15, 2023**

*Privileged and Confidential*
*Subject to Protective Order*

# TABLE OF CONTENTS

I.    Introduction ........................................................................................................ 1

    A.    Qualifications ............................................................................................ 1

    B.    Background and Assignment ..................................................................... 2

    C.    Compensation ........................................................................................... 2

    D.    Materials Reviewed .................................................................................. 3

II.    Summary of Findings.......................................................................................... 3

III.    Identification of the At-Issue Trading Episodes and False Statements ................... 3

IV.    Profit Calculation for At-Issue Trading Episodes ................................................. 4

V.    Data Files for the At-Issue Trading Episodes....................................................... 7

Appendix A - CV ...................................................................................................... A-1

Appendix B - Materials Reviewed .............................................................................. B-1

Appendix C - Data Appendix...................................................................................... C-1

    A.    Trading Data and Profit Calculation ........................................................ C-1

    B.    Communication Data.............................................................................. C-6

    C.    Preparation of the Data Files.................................................................. C-8

*Privileged and Confidential*
*Subject to Protective Order*

## I.      INTRODUCTION

### A.      Qualifications

1.      My name is Maria Eugenia Garibotti, and I am a Vice President at Analysis Group, an economic, financial, and strategy consulting firm. I have more than ten years of experience as a professional economist, including with respect to data analysis in litigation.

2.      At Analysis Group, I specialize in the application of economics and statistics to questions arising in antitrust, healthcare, and finance, among other areas. My work in healthcare and antitrust includes directing statistical analysis of pharmaceutical and medical claims data, and my work in finance includes directing data analysis of residential mortgage-backed securities, alleged collusion in financial markets, and investigations of spoofing allegations. In my antitrust work, I have evaluated market definition, market structure, competitive effects, and efficiencies in merger reviews and investigations, and have assessed the appropriateness of class certification. I have testified at trial presenting evidence of spoofing in precious metals futures markets, and as an expert witness addressing economic analysis of trade secrets.

3.      Before joining Analysis Group, I was a Term Assistant Professor at Barnard College, where I taught undergraduate courses on econometrics and program evaluation, among others. As a graduate student at New York University, I received an Outstanding Teaching Award as a teaching assistant for undergraduate statistics. More recently, I served as a guest lecturer on topics in competitive strategy and antitrust at the Kellogg School of Management at Northwestern University.

4.      I earned a Ph.D. in economics from New York University, and a B.S. in economics from Universidad de San Andrés in Buenos Aires, Argentina. A copy of my curriculum vitae and a list of cases in which I have provided testimony at trial or deposition is attached as **Appendix A**.

*Privileged and Confidential*
*Subject to Protective Order*

### B.    Background and Assignment

5.    I have prepared this declaration at the request of the United States Department of Justice's Criminal Division Fraud Section ("DOJ"). I understand that the DOJ alleges that the Defendants in the above-cited case, as well as Francis Sabo (collectively, the "At-Issue Traders"), made false and misleading statements during their trading in specific securities during specific time periods (the "At-Issue Trading Episodes") in order to "pump" (*i.e.*, artificially inflate) the prices of those securities and subsequently "dump" (*i.e.*, sell) their shares for a profit.[1] There are 397 At-Issue Trading Episodes covering 127 unique securities and trading activity between January 2020 and April 2022.[2]

6.    The DOJ has asked me to calculate the profit the At-Issue Traders realized during the At-Issue Trading Episodes. The DOJ has also asked me to prepare a file for each of the At-Issue Trading Episodes summarizing (i) the At-Issue Traders' trading activity, and (ii) certain public communications by the At-Issue Traders on Twitter and the "Atlas Trading" Discord channel that referenced the applicable security during the time period covered by the episode. I have also been asked to flag in these files specific public communications that the DOJ alleges to be false.

### C.    Compensation

7.    I am being compensated at my standard hourly government rate of $705 per hour. Through June 14, 2023, I have spent approximately 30 hours on this matter. Employees of Analysis Group, working under my direction and supervision, have assisted me in this assignment at their standard hourly government rates; I understand that through April of 2023, Analysis Group has been paid approximately $156,000 in

---

[1]    Superseding Indictment, *United States of American v. Edward Constantinescu, et al.*, 4:22-cr-612-S, February 8, 2023 ("Superseding Indictment"), ¶ 1.

[2]    *See* **Exhibit 1**.

*Privileged and Confidential*
*Subject to Protective Order*

connection with this matter, a portion of which is for work performed prior to my involvement in this matter. Neither my compensation nor that of Analysis Group is contingent on the nature of my findings or the outcome of this litigation.

### D.    Materials Reviewed

8.     In performing the analysis for this declaration, I reviewed the documents and data listed in **Appendix B** and/or cited in this declaration and its exhibits. My work on this matter is ongoing, and I may review additional materials or conduct further analysis. I reserve the right to update my analysis.

## II.    SUMMARY OF FINDINGS

9.     Based on my review of the materials listed in **Appendix B**, I calculate that the At-Issue Traders realized $121,474,498.91 in profit from their trading during the At-Issue Trading Episodes.

## III.    IDENTIFICATION OF THE AT-ISSUE TRADING EPISODES AND FALSE STATEMENTS

10.     I understand that the DOJ generally identified the start time for the At-Issue Trading Episodes as the date on which one or more of the At-Issue Traders first established a new position in a security through a purchase of shares.[3] This methodology accounts for At-Issue Traders' alleged practice of frontloading or purchasing shares of a security before posting about the security on social media.[4] I similarly understand that the DOJ generally identified the end date of the At-Issue

---

[3]    There are 33 At-Issue Trading Episodes in which at least one At-Issue Trader had an outstanding position in the relevant security prior to the start of the episode. I describe how I handle these instances in **Appendix C**.

[4]    *See*, *e.g.*, Superseding Indictment, ¶ 13.

*Privileged and Confidential*
*Subject to Protective Order*

Trading Episodes as the last date on which an At-Issue Trader sold shares of the security following an alleged effort to "pump" the price of the relevant security.[5]

11.     For each At-Issue Trading Episode, I was instructed to calculate profit for every At-Issue Trader, including for those traders who are not alleged to have made a false statement during the episode. I understand that this methodology is to account for the trading activity of (i) an At-Issue Trader who is not alleged to have posted false information about a security on social media but who may have sought to "pump" the price of the security by posting other positive information about a security, and (ii) an At-Issue Trader who is alleged to have coordinated his purchase and sale of a security with one or more other At-Issue Traders but remained silent about the security on social media.[6]

12.     I understand from the DOJ that the allegedly false statements typically are similar in nature to those identified in paragraph 13 of the Superseding Indictment. These statements are generally (i) closely related in time to an At-Issue Trader selling shares of the security referenced in the allegedly false statement, or (ii) assist in putting into context a subsequent allegedly false statement by the same At-Issue Trader. I have also reviewed the Fifth Circuit's Pattern of Jury Instruction for "false representation."

## IV.   PROFIT CALCULATION FOR AT-ISSUE TRADING EPISODES

13.     The DOJ provided me with trade files from six brokerages for accounts associated with the At-Issue Traders. **Appendix C** provides a detailed description of the steps I took to combine these files and calculate the profit the At-Issue Traders

---

[5]   The At-Issue Traders typically did not hold any outstanding position in the security at the end of the episode defined in this manner. Of the 397 At-Issue Trading Episodes, there are 35 At-Issue Trading Episodes in which at least one At-Issue Trader had an outstanding position in the relevant security at the end of the episode. I describe how I handle these instances in **Appendix C**.

[6]   *See, e.g.*, Matlock Discord DM 420705863188086784 (In three messages sent on 10/21/2020, Defendant Constantin (ZackMorris#0001) told Defendant Matlock (PJ Matlock#0001): "ur better off loading and staying quiet[;] and just sell when other[s] pump[;] so u dont look dumb". In two messages sent on March 16, 2021, Defendant Constantin (ZackMorris#0001) told Defendant Matlock (PJ Matlock #0001) "just wait for that really nice dip on the volume plays[;]" "because others will pump it").

*Privileged and Confidential*
*Subject to Protective Order*

realized from their trading during the At-Issue Trading Episodes, which I summarize below.

14.  The primary steps I took to construct a combined trade dataset were:

a.  Filtering the trade files to include only fully or partially executed trades (*i.e.*, removing fully cancelled orders, reversed trades, or expired orders);

b.  Standardizing fields across datasets, in particular converting all timestamps to U.S. Eastern Time and standardizing the names for buy and sell transactions across datasets;[7] and

c.  Stacking the trade files together into a single file.

15.  After combining the trade data, I assigned each trade a "roundtrip" identifier. A roundtrip is a collection of trades within a brokerage account that initiates a new long or short position in a given security and subsequently returns the account's position in that security to zero. **Table 1** shows an example of an account that makes an initial purchase of 5 units of XYZ stock at 10:00AM, buys 5 more units at 11:00AM, sells 4 units at 11:30AM, and sells the remaining 6 units at 12:00PM. Those four trades form a single roundtrip.[8]

16.  Within a roundtrip, I calculated profit on a first-in-first-out ("FIFO") basis. In a FIFO profit calculation, shares are assumed to be sold in the order they were acquired, meaning that when determining the acquisition cost for a share that is sold, I use the price of the share within that account that was purchased the earliest and that has not yet been used for a sold share. This is usually explained as the account's earliest

---

[7] "Eastern Time" refers to the US time zone which, from the second Sunday in March to the first Sunday in November, is 4 hours behind Coordinated Universal Time ("UTC") and which, during the remainder of the year, is 5 hours behind UTC. *See, e.g.*, National Institute of Standards and Technology, "Local Time FAQs," March 2023, available at https://www.nist.gov/pml/time-and-frequency-division/local-time-faqs.

[8] I identified roundtrips by taking the cumulative sum of shares purchased and sold over time for a given account holder, symbol, and brokerage account (beginning from a trader's first trade in a given symbol); every time the cumulative position returns to zero, the subsequent transaction is the start of a new roundtrip.

*Privileged and Confidential*
*Subject to Protective Order*

purchased shares being sold first.[9] Continuing the example in **Table 1**, at 11:00AM the account realizes a $0.40 FIFO profit equal to the sale price of the four shares sold at 11:00AM ($1.10) minus the purchase price of four of the shares purchased at 10:00AM ($1.00) times the number of shares sold (four). At 12:00PM the account realizes a $0.80 FIFO profit from the sale of six shares at 12:00PM equal to (i) the sale price of these six shares ($1.30) minus the purchase price of the remaining share purchased at 10:00AM ($1.00) times one share, plus (ii) the sale price of the sold shares ($1.30) minus the purchase price of the five shares purchased at 11:30AM ($1.20) times the remaining five shares sold.

**Table 1: Roundtrip Example with FIFO Profit Calculation**

| Time | Shares Bought (Sold) | Cumulative Number of Shares | Price Per Share | FIFO Profit |
|---|---|---|---|---|
| 10:00AM | 5 | 5 | $1.00 | - |
| 11:00AM | (4) | 1 | $1.10 | ($1.10 - $1.00) x 4 shares = $0.10 × 4 shares = **$0.40** |
| 11:30AM | 5 | 6 | $1.20 | - |
| 12:00PM | (6) | 0 | $1.30 | ($1.30 - $1.00) x 1 share = $0.30 × 1 share = **$0.30**<br>+ **(**$1.30 - $1.20) x 5 shares = $0.10 × 5 shares = **$0.50**<br>= **$0.80** |
| **Total** | **0** | - | - | **$1.20** |

---

[9]    There are 32 roundtrips with trades that contribute to the profit calculation in which an account at some point during the roundtrip has a negative (short) position. The FIFO method works the same for short positions as for long positions but in the inverse—it matches <u>purchases</u> against the earliest <u>sale</u> that has not already been covered.

*Privileged and Confidential*
*Subject to Protective Order*

17.    To calculate profits for the At-Issue Trading Episodes, I first identified every roundtrip that contained at least one trade in the relevant security during the episode.[10] For these roundtrips, I then calculated the total FIFO profit associated with every trade that took place during the episode and summed these profits together to determine the profit each At-Issue Trader realized during the episode.[11] Trades from 6,883 unique roundtrips are included in the profit calculation.[12]

18.    In total, the At-Issue Traders realized $121,474,498.91 in profit during the At-Issue Trading Episodes. **Exhibit 1** reports these profits by trader for each of the 397 At-Issue Trading Episodes.

## V.    DATA FILES FOR THE AT-ISSUE TRADING EPISODES

19.    In addition to the profit calculation above, I have also submitted in connection with this declaration Excel files containing, for each At-Issue Trading Episode:

    a.  Trades by the At-Issue Traders in the relevant security during the episode (aggregated by brokerage account, trade side, and second), overlaid with

    b.  Public Twitter posts and Discord messages during the episode that mention the at-issue security, as well as a flag for whether the DOJ alleges the message to be false.

---

[10]   I was asked to exclude roundtrips in options in the profit calculation. The At-Issue Trades had 52 roundtrips in option securities with at least one trade during an At-Issue Trading Episode; in total, the At-Issue Traders realized approximately $40,493 in profit from these roundtrips.

[11]   I was also asked to exclude from the profit calculation trades by three investors that I understand to be family members of the Defendants: accounts in the name of Michael Hennessey, Stephanie Hrvatin, and Mariela Rybarczyk realized an additional $2,381,878.49 in profit from trading during the At-Issue Trading Episodes, distributed as follows: $1,624,659.15 for Michael Hennessey, $704,775.48 for Mariela Rybarczyk, and $52,443.85 for Stephanie Hrvatin.

[12]   As I discuss in ¶ 9 of **Appendix C**, 6,828 of these 6,883 roundtrips begin and end during the At-Issue Trading Episode. For these roundtrips, FIFO profits are equivalent to subtracting the total purchase price for units in the roundtrip from the total sale price. There are an additional 55 roundtrips that contain trades during an episode but that begin prior to or end subsequent to the episode. For these roundtrips, I include only the FIFO profits that are realized during the episode. *See* **Appendix C** for examples of such roundtrips.

*Privileged and Confidential*
*Subject to Protective Order*

20.     **Appendix C** provides a detailed description of how I constructed these

Excel files.

Signed on the 15th day of June, 2023.

_____
Maria E. Garibotti

*Privileged and Confidential*
*Subject to Protective Order*

Exhibit 1
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 1 | ABVC | 8/10/2021 | 8/11/2021 | $ - | $ 59,345 | $ - | $ 2,025 | $ - | $ (635) | $ - | $ - | $ - | $ 60,736 |
| 2 | ABVC | 9/1/2021 | 9/1/2021 | $ - | $ - | $ 14,798 | $ 28,852 | $ - | $ - | $ 4,674 | $ - | $ - | $ 48,325 |
| 3 | ABVC | 10/12/2021 | 10/14/2021 | $ - | $ 65,678 | $ - | $ 15,724 | $ - | $ - | $ - | $ - | $ - | $ 81,402 |
| 4 | ABVC | 11/1/2021 | 11/1/2021 | $ - | $ 2,086,048 | $ 44,094 | $ 22,063 | $ - | $ 1,507 | $ 6,086 | $ - | $ - | $ 2,159,798 |
| 5 | ACST | 6/3/2020 | 6/5/2020 | $ 22,049 | $ - | $ 4 | $ 522 | $ 21,263 | $ 901 | $ - | $ - | $ - | $ 44,740 |
| 6 | ACST | 9/8/2020 | 9/8/2020 | $ - | $ - | $ - | $ - | $ - | $ (103) | $ - | $ 252 | $ - | $ 149 |
| 7 | ACST | 11/30/2020 | 11/30/2020 | $ - | $ - | $ - | $ 81 | $ - | $ - | $ - | $ - | $ - | $ 81 |
| 8 | ACST | 12/23/2020 | 1/12/2021 | $ 348,086 | $ 59,006 | $ 40,085 | $ 20,165 | $ - | $ 49,729 | $ 70 | $ - | $ (377) | $ 516,763 |
| 9 | ACST | 5/19/2021 | 5/20/2021 | $ 45,908 | $ - | $ - | $ (13,406) | $ - | $ - | $ (1,253) | $ - | $ - | $ 31,249 |
| 10 | ACST | 6/4/2021 | 6/7/2021 | $ - | $ 7,580 | $ 2,523 | $ - | $ - | $ 1,576 | $ - | $ 2,737 | $ - | $ 14,416 |
| 11 | ACST | 6/16/2021 | 7/16/2021 | $ - | $ 119,922 | $ 46,400 | $ - | $ - | $ 400 | $ - | $ - | $ - | $ 166,723 |
| 12 | ACST | 8/3/2021 | 8/4/2021 | $ - | $ - | $ 11,812 | $ 4,667 | $ - | $ 973 | $ 382 | $ - | $ 23 | $ 17,856 |
| 13 | ADMP | 9/8/2020 | 9/10/2020 | $ - | $ 6,149 | $ - | $ 55 | $ - | $ 726 | $ - | $ - | $ - | $ 6,929 |
| 14 | ADMP | 10/7/2020 | 10/20/2020 | $ - | $ - | $ 3,494 | $ 1,138 | $ 5,511 | $ - | $ 372 | $ (161) | $ (396) | $ 9,959 |
| 15 | ADMP | 12/23/2020 | 12/23/2020 | $ - | $ - | $ 7,189 | $ - | $ - | $ 6,949 | $ - | $ - | $ - | $ 14,138 |
| 16 | ADMP | 1/20/2021 | 1/28/2021 | $ (17,119) | $ - | $ - | $ 36,767 | $ - | $ - | $ - | $ - | $ - | $ 19,647 |
| 17 | ADMP | 4/28/2021 | 5/11/2021 | $ - | $ 44,755 | $ 130,457 | $ 90,773 | $ 54,440 | $ 8,024 | $ 18,509 | $ - | $ 544 | $ 347,501 |
| 18 | AEI | 2/16/2021 | 2/17/2021 | $ - | $ 70,394 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 70,394 |
| 19 | AEI | 3/22/2021 | 3/30/2021 | $ - | $ 29,084 | $ 21,763 | $ 88,398 | $ 40,525 | $ 29,142 | $ 20,465 | $ 320 | $ 2,475 | $ 232,172 |
| 20 | AEI | 6/21/2021 | 6/21/2021 | $ - | $ - | $ - | $ 4,850 | $ - | $ - | $ 1,293 | $ (34) | $ - | $ 6,110 |
| 21 | AEI | 9/2/2021 | 9/20/2021 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,925 | $ 337 | $ 3,261 |
| 22 | AEI | 3/7/2022 | 3/11/2022 | $ - | $ - | $ 66,930 | $ - | $ - | $ - | $ - | $ 2,889 | $ - | $ 69,818 |
| 23 | AEMD | 9/21/2021 | 9/22/2021 | $ - | $ - | $ 233,131 | $ - | $ 32,964 | $ - | $ 270 | $ 3,535 | $ - | $ 269,899 |
| 24 | AERC | 3/17/2022 | 3/17/2022 | $ - | $ - | $ - | $ 2,061 | $ - | $ - | $ 6,109 | $ - | $ - | $ 8,171 |
| 25 | AGRI | 7/29/2021 | 8/2/2021 | $ - | $ - | $ 216,149 | $ - | $ - | $ 130 | $ - | $ - | $ - | $ 216,279 |
| 26 | AGRI | 10/27/2021 | 10/27/2021 | $ - | $ 32,061 | $ 585,570 | $ 5,396 | $ 142,195 | $ 88,959 | $ 1,759 | $ 53,358 | $ - | $ 909,297 |
| 27 | AHI | 12/1/2021 | 12/20/2021 | $ 1,182,805 | $ 464,795 | $ - | $ - | $ - | $ 840 | $ 6,586 | $ 373 | $ 14,313 | $ 1,669,711 |
| 28 | AHPI | 6/17/2020 | 6/22/2020 | $ - | $ - | $ - | $ 1,240 | $ - | $ - | $ - | $ - | $ - | $ 1,240 |
| 29 | AHPI | 7/13/2021 | 8/4/2021 | $ - | $ 424,269 | $ 28,874 | $ 220,441 | $ - | $ 9,766 | $ (59,235) | $ - | $ (124) | $ 623,992 |
| 30 | AHPI | 8/10/2021 | 8/12/2021 | $ - | $ - | $ 15,808 | $ 69,505 | $ - | $ 585 | $ 10,736 | $ - | $ 67 | $ 96,702 |
| 31 | AHPI | 9/15/2021 | 9/16/2021 | $ - | $ 48,870 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 48,870 |
| 32 | AHPI | 11/26/2021 | 11/26/2021 | $ - | $ 364,024 | $ 6,246 | $ 31,582 | $ - | $ 15,400 | $ 11,814 | $ - | $ - | $ 429,067 |
| 33 | AHT | 7/28/2020 | 7/28/2020 | $ - | $ 2,658 | $ - | $ - | $ - | $ 1,052 | $ - | $ - | $ - | $ 3,710 |
| 34 | AHT | 11/9/2020 | 11/13/2020 | $ - | $ - | $ - | $ 4,945 | $ - | $ - | $ - | $ - | $ - | $ 4,945 |
| 35 | AIHS | 9/22/2021 | 9/24/2021 | $ - | $ 26,199 | $ - | $ 44,018 | $ - | $ 530 | $ 417 | $ - | $ - | $ 71,164 |
| 36 | ALF | 5/4/2021 | 5/13/2021 | $ 952,794 | $ 197,411 | $ (19,296) | $ 57,156 | $ 85,527 | $ 5,868 | $ 7,377 | $ 890 | $ 12,246 | $ 1,299,973 |
| 37 | ALF | 6/15/2021 | 6/16/2021 | $ - | $ - | $ (176) | $ 50,810 | $ - | $ 3,670 | $ 7,925 | $ - | $ (33) | $ 62,197 |
| 38 | ALF | 6/22/2021 | 6/22/2021 | $ - | $ - | $ 244 | $ 24,128 | $ - | $ (675) | $ 452 | $ - | $ - | $ 24,149 |
| 39 | ALNA | 1/26/2021 | 1/26/2021 | $ - | $ (563) | $ 4,540 | $ 323 | $ - | $ 923 | $ - | $ - | $ - | $ 5,222 |
| 40 | ALZN | 6/15/2021 | 7/23/2021 | $ 964,001 | $ 16,549 | $ 84,281 | $ 134,059 | $ 43,108 | $ (5,051) | $ 13,794 | $ (1,576) | $ 552 | $ 1,249,716 |
| 41 | ALZN | 12/13/2021 | 12/14/2021 | $ - | $ - | $ - | $ 9,389 | $ - | $ 2,679 | $ 4,610 | $ - | $ 6,122 | $ 22,799 |
| 42 | ALZN | 1/4/2022 | 1/5/2022 | $ - | $ 21,238 | $ 14,797 | $ - | $ - | $ 8 | $ - | $ - | $ - | $ 36,043 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit I**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Panel A: Total Profit (Loss)** | | | | | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | 1,938,072 | $ 1,654,018 | $ 1,340,207 | 661,421 | $ 212,170 | $ 121,474,499 |
| **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | | | | | |
| 43 | AMCI | 11/27/2020 | 1/22/2021 | $ 190,470 | $ 18,939 | $ 20,728 | $ 171 | $ 29,005 | $ 1,848 | $ - | $ 3,248 | $ 2,068 | $ 266,478 |
| 44 | AMPG | 3/9/2022 | 3/31/2022 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 18,610 | $ - | $ 18,610 |
| 45 | APRE | 7/21/2021 | 7/21/2021 | $ - | $ 46,013 | $ 11,399 | $ 59,492 | $ - | $ 6,971 | $ 11,969 | $ - | $ - | $ 135,844 |
| 46 | AREC | 2/21/2020 | 2/21/2020 | $ 686 | $ - | $ - | $ - | $ - | $ 37 | $ - | $ - | $ - | $ 723 |
| 47 | AREC | 7/24/2020 | 7/24/2020 | $ - | $ 1,200 | $ 385 | $ 246 | $ - | $ 567 | $ - | $ - | $ - | $ 2,398 |
| 48 | AREC | 10/7/2020 | 10/30/2020 | $ 56,782 | $ 346 | $ 24,583 | $ (226) | $ - | $ - | $ - | $ 365 | $ (229) | $ 81,622 |
| 49 | AREC | 11/24/2020 | 11/24/2020 | $ 43,200 | $ 1,391 | $ - | $ 1,294 | $ - | $ - | $ - | $ - | $ - | $ 45,885 |
| 50 | AREC | 2/2/2021 | 3/18/2021 | $ 1,685,165 | $ 14,672 | $ 85,517 | $ 74,064 | $ 16,050 | $ 1,298 | $ 5,991 | $ - | $ 506 | $ 1,883,263 |
| 51 | AVGR | 7/20/2020 | 7/30/2020 | $ - | $ 17,667 | $ (1,749) | $ - | $ - | $ 796 | $ - | $ - | $ - | $ 16,714 |
| 52 | AVGR | 8/4/2020 | 8/21/2020 | $ 439,746 | $ 153,912 | $ 66,081 | $ 4,122 | $ 78,333 | $ 3,484 | $ - | $ - | $ 3,154 | $ 748,833 |
| 53 | AVGR | 8/24/2020 | 8/31/2020 | $ 37,162 | $ - | $ 16,074 | $ 114 | $ - | $ 1,144 | $ 1,634 | $ - | $ 770 | $ 56,898 |
| 54 | AVGR | 11/10/2020 | 11/10/2020 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 143 | $ - | $ 143 |
| 55 | AVGR | 12/24/2020 | 12/24/2020 | $ - | $ - | $ - | $ 830 | $ - | $ - | $ - | $ - | $ - | $ 830 |
| 56 | AVGR | 1/11/2021 | 1/11/2021 | $ - | $ - | $ - | $ 5,254 | $ - | $ - | $ - | $ - | $ - | $ 5,254 |
| 57 | BAOS | 4/19/2022 | 4/27/2022 | $ 230,100 | $ (2,598) | $ - | $ - | $ 2,824 | $ 2,674 | $ 5,964 | $ 4,894 | $ 2,114 | $ 245,971 |
| 58 | BBI | 4/13/2022 | 4/22/2022 | $ 124,725 | $ 59,843 | $ 8,727 | $ 1,565 | $ 3,009 | $ (2,926) | $ 2,526 | $ - | $ - | $ 197,470 |
| 59 | BBIG | 1/21/2021 | 1/21/2021 | $ - | $ - | $ - | $ 20,881 | $ - | $ (1,359) | $ 11 | $ - | $ - | $ 19,533 |
| 60 | BBIG | 2/23/2021 | 2/23/2021 | $ - | $ 2,091 | $ 44,814 | $ 1,887 | $ - | $ (3,796) | $ 61 | $ - | $ - | $ 45,057 |
| 61 | BBIG | 3/22/2021 | 3/30/2021 | $ 274,043 | $ 76,025 | $ 2,557 | $ 34,840 | $ - | $ 3,974 | $ 2,296 | $ - | $ 2,294 | $ 396,029 |
| 62 | BBIG | 4/21/2021 | 4/23/2021 | $ 16,616 | $ 2,187 | $ (3,137) | $ (7,846) | $ - | $ 3,399 | $ 510 | $ - | $ - | $ 11,729 |
| 63 | BBIG | 5/19/2021 | 7/16/2021 | $ 460,217 | $ 181,309 | $ 476 | $ 15,863 | $ 15,401 | $ 12,822 | $ 608 | $ 2,465 | $ 520 | $ 689,680 |
| 64 | BBIG | 2/10/2022 | 2/10/2022 | $ - | $ - | $ - | $ (1,322) | $ - | $ 253 | $ 2,485 | $ - | $ - | $ 1,416 |
| 65 | BBLG | 1/10/2022 | 1/10/2022 | $ - | $ - | $ 8,863 | $ 26,688 | $ - | $ 1,786 | $ 7,320 | $ - | $ - | $ 44,656 |
| 66 | BCTX | 6/2/2021 | 6/2/2021 | $ - | $ - | $ 523 | $ 24,975 | $ - | $ 374 | $ 1,357 | $ - | $ - | $ 27,229 |
| 67 | BCTX | 7/13/2021 | 8/4/2021 | $ - | $ 62,675 | $ 19,136 | $ (13,674) | $ 110,868 | $ 4,008 | $ 22,275 | $ - | $ 582 | $ 205,870 |
| 68 | BCTX | 12/1/2021 | 12/1/2021 | $ - | $ - | $ 12,996 | $ 31,086 | $ - | $ 7,488 | $ 16,630 | $ - | $ - | $ 68,200 |
| 69 | BFRI | 10/29/2021 | 11/24/2021 | $ 83,769 | $ 38,247 | $ 36,802 | $ 65,935 | $ - | $ (20,009) | $ 34,336 | $ - | $ 41 | $ 239,120 |
| 70 | BFRI | 3/11/2022 | 3/22/2022 | $ - | $ 30,162 | $ - | $ - | $ - | $ - | $ 9,300 | $ - | $ - | $ 39,462 |
| 71 | BHTG | 7/9/2020 | 7/9/2020 | $ 1,278 | $ 6,779 | $ - | $ (249) | $ - | $ - | $ - | $ - | $ - | $ 7,808 |
| 72 | BHTG | 8/3/2020 | 8/4/2020 | $ - | $ 5,386 | $ 1,818 | $ - | $ - | $ 372 | $ - | $ - | $ - | $ 7,576 |
| 73 | BHTG | 9/30/2020 | 9/30/2020 | $ - | $ - | $ 4,378 | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,378 |
| 74 | BHTG | 1/13/2021 | 1/14/2021 | $ - | $ 34,671 | $ 12,610 | $ - | $ - | $ 7,930 | $ 15 | $ - | $ (27) | $ 55,199 |
| 75 | BHTG | 2/3/2021 | 2/11/2021 | $ - | $ 376,539 | $ (1,864) | $ (5,790) | $ - | $ 7,402 | $ 1,400 | $ - | $ 1,133 | $ 378,820 |
| 76 | BHTG | 7/19/2021 | 8/10/2021 | $ - | $ 27,973 | $ - | $ - | $ - | $ 78 | $ - | $ - | $ - | $ 28,050 |
| 77 | BRPM | 10/26/2021 | 10/26/2021 | $ - | $ (18,303) | $ 3,176 | $ 35,486 | $ - | $ (3,377) | $ 21,493 | $ - | $ - | $ 38,474 |
| 78 | BRQS | 8/24/2020 | 8/24/2020 | $ - | $ - | $ 8,113 | $ 2,660 | $ - | $ 422 | $ 194 | $ - | $ - | $ 11,389 |
| 79 | BRQS | 11/12/2020 | 11/19/2020 | $ - | $ 18,979 | $ 9,538 | $ 41 | $ - | $ 1,440 | $ - | $ - | $ - | $ 29,999 |
| 80 | BRQS | 1/8/2021 | 1/13/2021 | $ 37,481 | $ 109,834 | $ 32,234 | $ 230 | $ - | $ 2,396 | $ 146 | $ - | $ 430 | $ 182,750 |
| 81 | BRQS | 2/11/2021 | 2/16/2021 | $ - | $ - | $ - | $ 22,873 | $ 13,440 | $ - | $ - | $ - | $ 127 | $ 36,440 |
| 82 | BRQS | 3/22/2021 | 3/25/2021 | $ - | $ 56,478 | $ 63,482 | $ - | $ - | $ 14,914 | $ - | $ - | $ - | $ 134,874 |
| 83 | BRQS | 6/4/2021 | 6/15/2021 | $ - | $ - | $ 2,188 | $ - | $ - | $ 2,435 | $ 998 | $ - | $ - | $ 5,621 |
| 84 | BRQS | 6/30/2021 | 7/1/2021 | $ - | $ - | $ 37,148 | $ 34,862 | $ 1,700 | $ 4,484 | $ 556 | $ - | $ - | $ 78,749 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit I**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 85 | CATB | 12/2/2020 | 12/2/2020 | $ - | $ - | $ - | $ 2,139 | $ - | $ - | $ (24) | $ - | $ - | $ 2,115 |
| 86 | CATB | 1/29/2021 | 1/29/2021 | 512,564 | (7,827) | - | 19,884 | - | - | (74) | - | (26) | 524,521 |
| 87 | CBAT | 9/14/2020 | 9/16/2020 | - | 13,926 | 4,193 | (96) | - | 2,647 | - | - | - | 20,671 |
| 88 | CBAT | 10/5/2020 | 10/5/2020 | - | - | 961 | 459 | - | 561 | - | - | - | 1,981 |
| 89 | CBAT | 11/10/2020 | 11/19/2020 | - | - | 653 | 690 | - | - | (206) | - | - | 1,137 |
| 90 | CBAT | 12/21/2020 | 12/28/2020 | - | - | 12,123 | - | - | 5,291 | - | - | - | 17,414 |
| 91 | CBAT | 1/6/2021 | 2/23/2021 | 132,273 | 18,419 | 412,224 | 50,189 | 15,681 | 3,774 | 1,077 | 182 | 2,597 | 636,416 |
| 92 | CEI | 9/29/2020 | 10/30/2020 | 155,157 | 18,722 | 44,649 | 12,366 | 2,951 | 8,136 | (442) | - | - | 241,540 |
| 93 | CEI | 11/12/2020 | 11/18/2020 | - | 13,670 | - | - | - | - | - | - | - | 13,670 |
| 94 | CEI | 8/3/2021 | 11/30/2021 | 4,767,466 | 35,192 | 7,902 | (43,079) | 4,058 | 16,743 | (5,344) | 316,692 | 1,664 | 5,101,292 |
| 95 | CHEK | 6/30/2020 | 7/2/2020 | - | - | 300 | 65 | 37 | (58) | - | 265 | - | 610 |
| 96 | CHEK | 9/4/2020 | 9/4/2020 | - | 1,792 | 1,123 | - | - | (82) | - | - | - | 2,833 |
| 97 | CHEK | 12/31/2020 | 1/4/2021 | 414,318 | - | - | 952 | - | (284) | - | - | - | 414,986 |
| 98 | CHEK | 3/15/2021 | 3/15/2021 | 65,496 | - | - | 17,100 | 3,456 | (3,029) | 1,113 | - | 294 | 84,432 |
| 99 | CNTX | 10/20/2021 | 12/21/2021 | 2,194,903 | 479,961 | 8,619 | 24,862 | (10,815) | 14,890 | 12,522 | 18,452 | 17,713 | 2,761,107 |
| 100 | COMS | 2/11/2021 | 2/23/2021 | - | 20,836 | 88,529 | 74,830 | (12,861) | 34,542 | 1,082 | - | 433 | 207,391 |
| 101 | COMS | 10/25/2021 | 10/25/2021 | - | - | 1,649 | - | - | 196 | 6,463 | - | - | 8,308 |
| 102 | COMS | 3/22/2022 | 3/28/2022 | - | 1,353 | 6,393 | - | 135 | 8,065 | - | - | - | 15,946 |
| 103 | CSCW | 12/24/2020 | 12/30/2020 | 226,217 | 96,873 | 4,320 | (632) | - | 4,946 | - | - | - | 331,725 |
| 104 | CSCW | 3/24/2021 | 3/24/2021 | - | - | 34,820 | 16,271 | - | (994) | 4,495 | - | - | 54,593 |
| 105 | CSCW | 3/31/2021 | 3/31/2021 | - | - | - | 13,919 | 3,266 | - | 3,245 | - | 1,898 | 22,328 |
| 106 | CSCW | 4/27/2021 | 4/27/2021 | - | - | 1,534 | 826 | - | - | 110 | - | - | 2,470 |
| 107 | CSCW | 2/17/2022 | 2/17/2022 | - | - | - | (713) | - | - | 1,584 | - | - | 871 |
| 108 | CVM | 8/6/2021 | 8/6/2021 | - | - | - | 3,574 | - | - | - | - | - | 3,574 |
| 109 | CXDC | 10/26/2021 | 10/27/2021 | - | 426,662 | 1,268 | - | - | - | - | 547 | - | 428,477 |
| 110 | CYN | 10/21/2021 | 10/22/2021 | - | 2,649 | 10,503 | 19,560 | 10,663 | (1,390) | 35,350 | - | 2,542 | 79,878 |
| 111 | DATS | 8/13/2021 | 10/26/2021 | 6,232,845 | 68,175 | 11,874 | (12,248) | 27,857 | 1,500 | (17,418) | (14,134) | 5,542 | 6,303,993 |
| 112 | DBGI | 5/14/2021 | 5/28/2021 | 84,140 | 57,447 | 2,994 | 2,556 | - | 3,073 | - | - | - | 150,210 |
| 113 | DBGI | 6/10/2021 | 7/8/2021 | - | 1,029,191 | 23,878 | 39,733 | 6,481 | 21,468 | 14,179 | - | 118 | 1,135,047 |
| 114 | DBGI | 7/13/2021 | 8/12/2021 | - | 136,181 | - | - | - | 42,513 | - | - | - | 178,694 |
| 115 | DBGI | 10/28/2021 | 10/28/2021 | 3,863 | - | 26,672 | 10,166 | 170 | 1,594 | 15,671 | - | - | 58,135 |
| 116 | DLPN | 6/3/2020 | 6/19/2020 | 60,590 | - | 3,318 | 160 | - | 514 | - | - | - | 64,583 |
| 117 | DLPN | 10/16/2020 | 10/19/2020 | - | - | 4,859 | 3,811 | 2,676 | - | - | - | - | 11,346 |
| 118 | DLPN | 1/12/2021 | 1/12/2021 | 52,603 | 38,107 | 30,344 | - | - | - | - | - | - | 121,054 |
| 119 | DLPN | 2/11/2021 | 2/12/2021 | - | 88,654 | - | - | - | 13,957 | 760 | - | - | 103,372 |
| 120 | DLPN | 4/23/2021 | 4/29/2021 | - | - | 24,847 | 11,554 | - | 224 | 2,033 | - | 104 | 38,761 |
| 121 | DLPN | 8/26/2021 | 8/26/2021 | - | 9,577 | 8,628 | 20,605 | - | (974) | 4,690 | - | - | 42,527 |
| 122 | DLPN | 10/27/2021 | 10/27/2021 | - | - | - | - | - | - | 7,305 | - | - | 7,305 |
| 123 | EARS | 4/8/2021 | 4/8/2021 | - | 40,006 | 4,960 | 12,212 | - | 1,646 | 2,900 | - | 1,279 | 63,002 |
| 124 | EARS | 6/3/2021 | 6/3/2021 | - | (3,137) | 9,713 | 23,386 | - | 1,322 | - | - | - | 31,284 |
| 125 | EXPR | 1/22/2021 | 1/27/2021 | 3,449,364 | - | 6,171 | 2,109 | - | 2,907 | (22) | - | - | 3,460,530 |
| 126 | EXPR | 3/8/2021 | 3/10/2021 | - | - | 13,310 | 9,689 | - | 1,124 | 1,339 | 480 | - | 25,942 |

Privileged and Confidential
Subject to Protective Order

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 127 | EXPR | 5/26/2021 | 6/8/2021 | $ - | $ - | $ 3,030 | $ 754 | $ (2,565) | $ (215) | $ (1,473) | $ 2,619 | $ (380) | $ 1,770 |
| 128 | EZFL | 9/15/2021 | 10/11/2021 | $ 98,500 | $ 529,043 | $ 11,562 | $ 20,627 | $ - | $ 30,905 | $ 5,901 | $ 49,647 | $ - | $ 746,186 |
| 129 | FCEL | 11/13/2020 | 12/29/2020 | $ - | $ - | $ 936 | $ (1,082) | $ - | $ - | $ 12 | $ 4,270 | $ (38) | $ 4,097 |
| 130 | FCEL | 10/4/2020 | 10/20/2021 | $ 1,009,629 | $ 3,997 | $ - | $ (1,706) | $ 2,163 | $ 41 | $ 2,482 | $ 4,217 | $ 860 | $ 1,021,683 |
| 131 | FGF | 12/30/2020 | 12/31/2020 | $ 72,660 | $ 43,710 | $ 65,164 | $ - | $ - | $ 8,683 | $ - | $ (1,016) | $ - | $ 189,202 |
| 132 | GIPR | 10/12/2021 | 10/13/2021 | $ - | $ 9,991 | $ - | $ 9,216 | $ - | $ 3,712 | $ 6,989 | $ - | $ 423 | $ 30,332 |
| 133 | GMVD | 10/28/2021 | 10/29/2021 | $ - | $ (24,847) | $ - | $ 25,177 | $ 7,777 | $ 999 | $ 18,243 | $ - | $ - | $ 27,350 |
| 134 | GNUS | 3/4/2021 | 3/30/2021 | $ 2,167,554 | $ 102,337 | $ 182,924 | $ 17,158 | $ 40,154 | $ 14,712 | $ 716 | $ - | $ (589) | $ 2,524,966 |
| 135 | GRTX | 10/27/2021 | 10/28/2021 | $ - | $ 222,133 | $ - | $ 78,765 | $ 24,066 | $ 25,088 | $ 44,709 | $ - | $ 1,233 | $ 395,995 |
| 136 | GRVI | 7/6/2021 | 7/7/2021 | $ - | $ (9,736) | $ 4,158 | $ - | $ - | $ 1,074 | $ 6,013 | $ - | $ - | $ 1,509 |
| 137 | GRVI | 10/19/2021 | 10/19/2021 | $ - | $ - | $ - | $ 25,939 | $ 16,978 | $ - | $ 16,869 | $ - | $ - | $ 59,786 |
| 138 | GTEC | 10/19/2020 | 10/20/2020 | $ (269) | $ 5,702 | $ 28,730 | $ - | $ - | $ 7,809 | $ - | $ - | $ - | $ 41,971 |
| 139 | GTEC | 12/7/2020 | 12/7/2020 | $ 445,501 | $ - | $ 264 | $ 1,968 | $ - | $ 185 | $ - | $ - | $ - | $ 447,918 |
| 140 | GTT | 2/24/2021 | 2/25/2021 | $ - | $ 83,874 | $ - | $ - | $ - | $ 25,795 | $ 950 | $ - | $ 847 | $ 111,466 |
| 141 | GTT | 3/1/2021 | 3/3/2021 | $ - | $ 41,845 | $ 50,709 | $ 6,832 | $ - | $ (882) | $ 864 | $ 484 | $ 3,361 | $ 103,211 |
| 142 | GTT | 3/16/2021 | 3/17/2021 | $ - | $ 9,765 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,765 |
| 143 | HCDI | 8/31/2020 | 8/31/2020 | $ - | $ - | $ 3,653 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,653 |
| 144 | HCDI | 12/18/2020 | 12/21/2020 | $ - | $ 56,960 | $ 20,033 | $ - | $ - | $ 3,311 | $ - | $ - | $ - | $ 80,304 |
| 145 | HCDI | 5/10/2021 | 5/12/2021 | $ 6,795 | $ - | $ 4,049 | $ (2,776) | $ - | $ (1,310) | $ 65 | $ - | $ 20 | $ 6,841 |
| 146 | HCDI | 11/4/2021 | 11/5/2021 | $ 28,358 | $ 72,119 | $ 41,357 | $ 53,301 | $ 12,921 | $ 11,291 | $ 20,289 | $ 1,112 | $ 5,203 | $ 245,952 |
| 147 | HCWB | 10/18/2021 | 10/22/2021 | $ - | $ 63,846 | $ - | $ 6,288 | $ 1,816 | $ - | $ 1,559 | $ - | $ - | $ 73,509 |
| 148 | HJLI | 8/21/2020 | 8/21/2020 | $ 33,495 | $ 34,749 | $ (19) | $ 58 | $ - | $ 1,566 | $ 31 | $ - | $ - | $ 69,880 |
| 149 | HJLI | 4/5/2021 | 4/5/2021 | $ - | $ - | $ 14,593 | $ (1,437) | $ (3,357) | $ 3,848 | $ 1,127 | $ - | $ - | $ 14,774 |
| 150 | HJLI | 8/3/2021 | 8/3/2021 | $ - | $ - | $ 6,465 | $ 31,419 | $ - | $ 737 | $ 5,861 | $ - | $ - | $ 44,481 |
| 151 | HOFV | 1/8/2021 | 1/12/2021 | $ - | $ 15,411 | $ 18,949 | $ 107 | $ - | $ 18,831 | $ - | $ - | $ - | $ 53,298 |
| 152 | HOFV | 2/3/2021 | 2/5/2021 | $ - | $ (1,188) | $ 58,877 | $ (11) | $ - | $ 646 | $ 461 | $ - | $ 470 | $ 59,256 |
| 153 | HOFV | 3/17/2021 | 3/30/2021 | $ 7,083,699 | $ 61,116 | $ 55,647 | $ 29,913 | $ (3,451) | $ 2,786 | $ 8,686 | $ - | $ 409 | $ 7,238,805 |
| 154 | HOFV | 4/15/2021 | 4/19/2021 | $ - | $ 1,589 | $ 210 | $ - | $ - | $ 2,329 | $ - | $ - | $ - | $ 4,128 |
| 155 | IPDN | 8/5/2020 | 8/5/2020 | $ 10,756 | $ 22,034 | $ 716 | $ 20 | $ - | $ 373 | $ - | $ - | $ - | $ 33,899 |
| 156 | IPDN | 10/7/2020 | 10/8/2020 | $ 51,965 | $ - | $ 6,158 | $ 582 | $ - | $ 1,388 | $ - | $ - | $ - | $ 60,092 |
| 157 | IPDN | 10/15/2020 | 10/15/2020 | $ - | $ - | $ 1,636 | $ - | $ - | $ 975 | $ - | $ - | $ - | $ 2,611 |
| 158 | IPDN | 12/1/2020 | 12/2/2020 | $ - | $ - | $ 3,075 | $ 4,008 | $ - | $ - | $ - | $ - | $ - | $ 7,083 |
| 159 | IPDN | 12/30/2020 | 12/30/2020 | $ - | $ - | $ 176 | $ 1,962 | $ - | $ 276 | $ - | $ - | $ - | $ 2,414 |
| 160 | IPDN | 1/8/2021 | 1/11/2021 | $ 93,446 | $ 11,452 | $ - | $ - | $ - | $ 26,876 | $ - | $ - | $ - | $ 131,775 |
| 161 | IPDN | 3/17/2021 | 3/18/2021 | $ - | $ 13,839 | $ 97,056 | $ 35,630 | $ 5,429 | $ 3,191 | $ 2,848 | $ - | $ - | $ 157,993 |
| 162 | IPDN | 3/29/2021 | 3/31/2021 | $ - | $ - | $ 11,994 | $ - | $ - | $ 1,152 | $ - | $ - | $ - | $ 13,146 |
| 163 | ISIG | 10/26/2020 | 10/27/2020 | $ 31,917 | $ 25,985 | $ 3,413 | $ (721) | $ - | $ 489 | $ - | $ - | $ - | $ 61,084 |
| 164 | ISIG | 4/7/2021 | 4/7/2021 | $ - | $ - | $ - | $ 8,342 | $ 10,414 | $ - | $ 2,319 | $ - | $ 647 | $ 21,723 |
| 165 | ISIG | 12/6/2020 | 12/6/2020 | $ - | $ 63,724 | $ 2,842 | $ 52,144 | $ - | $ 2,434 | $ 10,551 | $ - | $ - | $ 131,696 |
| 166 | JAGX | 4/1/2020 | 4/1/2020 | $ - | $ - | $ 62 | $ - | $ - | $ 101 | $ - | $ - | $ - | $ 163 |
| 167 | JAGX | 7/22/2020 | 7/29/2020 | $ - | $ - | $ 1,288 | $ (188) | $ - | $ (61) | $ - | $ - | $ - | $ 1,039 |
| 168 | JAGX | 10/6/2020 | 10/8/2020 | $ 23,342 | $ 3,335 | $ (676) | $ 902 | $ - | $ 1,369 | $ - | $ - | $ 297 | $ 28,569 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit I**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 169 | JAGX | 12/22/2020 | 12/24/2020 | $ - | $ 21,646 | $ 11,157 | $ 14,655 | $ - | $ - | $ - | $ - | $ - | $ 47,458 |
| 170 | JAGX | 1/4/2021 | 1/4/2021 | $ - | $ - | $ - | $ 10,574 | $ - | $ - | $ - | $ - | $ - | $ 10,574 |
| 171 | JAGX | 1/13/2021 | 1/13/2021 | $ - | $ - | $ 257 | $ - | $ - | $ - | $ - | $ - | $ - | $ 257 |
| 172 | JAGX | 5/24/2021 | 6/10/2021 | $ 957,430 | $ - | $ (7,998) | $ 885 | $ 25,414 | $ 1,025 | $ (287) | $ 1,932 | $ 6,054 | $ 984,456 |
| 173 | JAGX | 12/21/2021 | 12/21/2021 | $ - | $ 53,472 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 53,472 |
| 174 | JAN | 1/16/2020 | 1/23/2020 | $ 3,333 | $ - | $ - | $ - | $ - | $ 4 | $ - | $ - | $ - | $ 3,336 |
| 175 | JAN | 2/5/2021 | 2/5/2021 | $ - | $ - | $ 8,182 | $ 6,711 | $ - | $ - | $ - | $ - | $ - | $ 14,894 |
| 176 | JAN | 5/13/2021 | 5/26/2021 | $ 27,482 | $ 1,113 | $ 4,023 | $ - | $ - | $ (4,828) | $ - | $ - | $ (462) | $ 27,329 |
| 177 | KALV | 2/9/2021 | 2/9/2021 | $ 444,993 | $ - | $ 137,863 | $ - | $ - | $ 37,367 | $ - | $ - | $ - | $ 620,222 |
| 178 | KAVL | 10/13/2021 | 10/20/2021 | $ 697,222 | $ 63,831 | $ - | $ 20,143 | $ - | $ 1,465 | $ 5,263 | $ - | $ 40 | $ 787,964 |
| 179 | KAVL | 2/15/2022 | 2/15/2022 | $ - | $ - | $ 1,800 | $ 4,762 | $ - | $ 502 | $ - | $ - | $ - | $ 7,064 |
| 180 | KAVL | 3/15/2022 | 3/15/2022 | $ - | $ - | $ - | $ 16,416 | $ - | $ 423 | $ - | $ - | $ - | $ 16,838 |
| 181 | KERN | 11/5/2020 | 12/4/2020 | $ 69,344 | $ 4,780 | $ 23,419 | $ (927) | $ - | $ - | $ (526) | $ 180 | $ 361 | $ 96,632 |
| 182 | KERN | 1/6/2021 | 2/12/2021 | $ 1,875,249 | $ 614 | $ 69,298 | $ (4,333) | $ 3,186 | $ 45,577 | $ 5 | $ - | $ 406 | $ 1,990,003 |
| 183 | KERN | 3/1/2021 | 3/11/2021 | $ 33,872 | $ - | $ 20,042 | $ 2,276 | $ - | $ - | $ - | $ - | $ 65 | $ 56,255 |
| 184 | KERN | 5/18/2021 | 5/18/2021 | $ - | $ - | $ 2,230 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,230 |
| 185 | KERN | 9/13/2021 | 9/14/2021 | $ - | $ 28,604 | $ 81 | $ 8,018 | $ - | $ 6,525 | $ 6,959 | $ - | $ - | $ 50,186 |
| 186 | KERN | 3/24/2022 | 3/24/2022 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,027 | $ - | $ - | $ 1,027 |
| 187 | KIQ | 10/20/2021 | 11/18/2021 | $ - | $ 145,862 | $ - | $ - | $ - | $ (577) | $ - | $ 9,465 | $ - | $ 154,750 |
| 188 | KTTA | 11/23/2021 | 11/23/2021 | $ - | $ 100,311 | $ 4,071 | $ 127,951 | $ - | $ 4,129 | $ 50,733 | $ - | $ - | $ 287,195 |
| 189 | KXIN | 7/8/2020 | 7/8/2020 | $ 8,860 | $ 6,391 | $ - | $ 136 | $ - | $ 14 | $ - | $ - | $ - | $ 15,402 |
| 190 | KXIN | 10/16/2020 | 10/27/2020 | $ - | $ - | $ 1,667 | $ 628 | $ - | $ - | $ - | $ - | $ - | $ 2,295 |
| 191 | KXIN | 2/10/2021 | 2/11/2021 | $ 69,838 | $ 94,303 | $ 48,582 | $ - | $ 9,086 | $ 3,168 | $ 1,043 | $ - | $ 2,724 | $ 228,745 |
| 192 | KXIN | 3/16/2021 | 3/22/2021 | $ - | $ 816 | $ 7,121 | $ - | $ - | $ 9,358 | $ - | $ - | $ - | $ 17,295 |
| 193 | KXIN | 8/6/2021 | 8/9/2021 | $ - | $ - | $ 29,543 | $ 46,287 | $ - | $ (643) | $ 601 | $ - | $ - | $ 75,788 |
| 194 | KXIN | 11/2/2021 | 11/2/2021 | $ - | $ - | $ 994 | $ (4,629) | $ - | $ - | $ 19,200 | $ - | $ - | $ 15,565 |
| 195 | LEDS | 2/13/2020 | 2/28/2020 | $ 6,033 | $ - | $ - | $ - | $ - | $ 506 | $ - | $ - | $ - | $ 6,539 |
| 196 | LEDS | 9/28/2020 | 9/28/2020 | $ - | $ - | $ 766 | $ - | $ - | $ - | $ - | $ - | $ - | $ 766 |
| 197 | LEDS | 2/9/2021 | 2/11/2021 | $ - | $ - | $ 56,359 | $ 14,656 | $ - | $ 21,716 | $ 3,050 | $ - | $ 1,877 | $ 97,658 |
| 198 | LEDS | 6/1/2021 | 6/24/2021 | $ - | $ - | $ 55,148 | $ 25,230 | $ - | $ 948 | $ 715 | $ - | $ - | $ 82,042 |
| 199 | LEDS | 8/30/2021 | 9/3/2021 | $ - | $ - | $ 104 | $ - | $ - | $ - | $ - | $ - | $ - | $ 104 |
| 200 | LLIT | 1/28/2021 | 3/12/2021 | $ 404,920 | $ 350,485 | $ 129,214 | $ 8,120 | $ - | $ 77,505 | $ - | $ - | $ - | $ 970,243 |
| 201 | LLIT | 4/20/2021 | 5/12/2021 | $ (44,709) | $ 12,828 | $ 31,764 | $ 7,485 | $ - | $ 7,726 | $ 3,292 | $ - | $ (30) | $ 18,306 |
| 202 | LMFA | 9/28/2020 | 9/30/2020 | $ 17,217 | $ 30,018 | $ 14,127 | $ 6,564 | $ - | $ 6,913 | $ - | $ - | $ - | $ 74,839 |
| 203 | LMFA | 12/1/2020 | 12/4/2020 | $ - | $ 4,563 | $ - | $ (197) | $ - | $ - | $ - | $ - | $ - | $ 4,366 |
| 204 | LMFA | 1/8/2021 | 1/15/2021 | $ 586,610 | $ - | $ 9,497 | $ 2,858 | $ - | $ (2,602) | $ - | $ - | $ - | $ 596,363 |
| 205 | LMFA | 7/8/2021 | 7/9/2021 | $ 88,168 | $ - | $ 7,473 | $ 3,116 | $ - | $ - | $ 4,129 | $ - | $ - | $ 102,886 |
| 206 | LOTZ | 6/7/2021 | 6/8/2021 | $ (59,572) | $ 3,009 | $ - | $ 19,865 | $ 13,678 | $ 714 | $ 5,777 | $ - | $ - | $ (16,529) |
| 207 | MARPS | 3/7/2022 | 3/7/2022 | $ - | $ - | $ - | $ 2,480 | $ - | $ - | $ - | $ 8,516 | $ - | $ 10,996 |
| 208 | MDRR | 3/11/2021 | 3/15/2021 | $ - | $ 111,518 | $ - | $ 2,807 | $ 26,635 | $ - | $ 5,108 | $ - | $ 6,522 | $ 152,591 |
| 209 | MDRR | 5/7/2021 | 5/17/2021 | $ 94,054 | $ 11,438 | $ 37,822 | $ 82,298 | $ (1,980) | $ 10,289 | $ 9,724 | $ - | $ (813) | $ 242,832 |
| 210 | MDRR | 6/8/2021 | 6/10/2021 | $ - | $ 58,439 | $ - | $ 7,163 | $ - | $ 1,515 | $ 140 | $ - | $ - | $ 67,257 |

**Exhibit I**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Panel A: Total Profit (Loss)** | | | | | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | | | | | |
| 211 | METX | 10/16/2020 | 10/16/2020 | $ - | $ - | $ 837 | $ - | $ - | $ - | $ - | $ - | $ - | $ 837 |
| 212 | METX | 12/17/2020 | 12/21/2020 | $ (3,422) | $ 3,879 | $ 2,424 | $ - | $ - | $ 741 | $ - | $ - | $ - | $ 3,622 |
| 213 | METX | 2/4/2021 | 2/5/2021 | $ - | $ 22,520 | $ (2,188) | $ 8,141 | $ - | $ 3,979 | $ - | $ - | $ - | $ 32,451 |
| 214 | METX | 3/12/2021 | 3/17/2021 | $ 68,642 | $ (14,016) | $ - | $ 12,619 | $ - | $ 4,396 | $ 371 | $ - | $ - | $ 72,013 |
| 215 | METX | 4/16/2021 | 5/6/2021 | $ - | $ (11,116) | $ 6,847 | $ 12,801 | $ - | $ 741 | $ (868) | $ - | $ - | $ 8,406 |
| 216 | METX | 9/29/2021 | 9/30/2021 | $ - | $ - | $ 2,367 | $ - | $ - | $ 445 | $ - | $ - | $ - | $ 2,811 |
| 217 | METX | 10/12/2021 | 10/29/2021 | $ (26,823) | $ 311,881 | $ 330 | $ - | $ (12,596) | $ 4,477 | $ 3,746 | $ 145,203 | $ 59 | $ 426,278 |
| 218 | METX | 11/5/2021 | 11/11/2021 | $ 200,042 | $ - | $ 21,909 | $ 6,353 | $ 30,520 | $ 10 | $ 18,786 | $ 996 | $ 11,235 | $ 289,851 |
| 219 | METX | 3/15/2022 | 3/15/2022 | $ - | $ - | $ - | $ - | $ - | $ 24 | $ 2,708 | $ - | $ - | $ 2,731 |
| 220 | MFH | 10/16/2020 | 10/21/2020 | $ (428) | $ - | $ 7,561 | $ 2,011 | $ - | $ 1,051 | $ (22) | $ - | $ (65) | $ 10,110 |
| 221 | MFH | 3/22/2021 | 3/23/2021 | $ 34,633 | $ - | $ 7,391 | $ 34,740 | $ 27,445 | $ - | $ (2,364) | $ - | $ (349) | $ 101,496 |
| 222 | MGLD | 3/10/2022 | 4/11/2022 | $ 347,708 | $ 22,805 | $ - | $ - | $ - | $ 760 | $ - | $ 2,415 | $ - | $ 373,688 |
| 223 | MITQ | 7/26/2021 | 7/26/2021 | $ - | $ 7,409 | $ - | $ 15,148 | $ - | $ - | $ 29,229 | $ - | $ - | $ 51,786 |
| 224 | MKD | 3/2/2022 | 3/29/2022 | $ 199,309 | $ - | $ 49 | $ 2,371 | $ - | $ 2,855 | $ 7,550 | $ 1,208 | $ - | $ 213,343 |
| 225 | MTSL | 6/19/2020 | 6/23/2020 | $ 98,776 | $ - | $ 2,448 | $ 110 | $ - | $ (80) | $ - | $ - | $ - | $ 101,254 |
| 226 | MTSL | 4/16/2021 | 4/16/2021 | $ - | $ - | $ 3,849 | $ 7,368 | $ (822) | $ - | $ - | $ - | $ - | $ 10,395 |
| 227 | MTSL | 6/29/2021 | 7/22/2021 | $ - | $ 441,747 | $ 33,269 | $ 158,004 | $ - | $ 37,820 | $ 38,887 | $ - | $ - | $ 709,729 |
| 228 | MULN | 11/2/2021 | 11/12/2021 | $ - | $ 994,686 | $ 69,755 | $ - | $ - | $ - | $ - | $ 31 | $ - | $ 1,064,471 |
| 229 | MYSZ | 10/26/2021 | 11/2/2021 | $ 1,133,399 | $ (48,538) | $ 5,037 | $ 16,814 | $ 27,612 | $ - | $ 21,678 | $ 1,878 | $ 17,091 | $ 1,174,969 |
| 230 | NAKD | 7/24/2020 | 7/27/2020 | $ - | $ 8,311 | $ (512) | $ 65 | $ - | $ - | $ - | $ - | $ - | $ 7,865 |
| 231 | NAKD | 9/24/2020 | 9/25/2020 | $ 12,682 | $ 6,054 | $ - | $ - | $ - | $ 955 | $ - | $ 18 | $ - | $ 19,709 |
| 232 | NAKD | 1/4/2021 | 1/28/2021 | $ 9,615,201 | $ 824,672 | $ 76,420 | $ 20,734 | $ - | $ 82,758 | $ (64) | $ 4,873 | $ 724 | $ 10,625,319 |
| 233 | NAKD | 2/8/2021 | 2/12/2021 | $ 86,730 | $ 121,590 | $ 233,278 | $ 34,093 | $ - | $ 39,082 | $ 2,839 | $ (700) | $ 4,538 | $ 521,450 |
| 234 | NAKD | 3/24/2021 | 3/25/2021 | $ - | $ (421) | $ 16,611 | $ - | $ - | $ 9,396 | $ - | $ 931 | $ - | $ 26,518 |
| 235 | NAKD | 4/29/2021 | 5/6/2021 | $ 39,399 | $ 80,079 | $ 85,420 | $ 56,979 | $ 1,990 | $ 6,867 | $ 7,173 | $ 2,034 | $ (2,231) | $ 277,709 |
| 236 | NAKD | 9/24/2021 | 10/4/2021 | $ - | $ 160,645 | $ 12,139 | $ 54,357 | $ - | $ 1,860 | $ 7,887 | $ - | $ - | $ 236,888 |
| 237 | NETE | 10/13/2020 | 10/14/2020 | $ 27,309 | $ 3,537 | $ 11,376 | $ 3,807 | $ - | $ 1,511 | $ - | $ - | $ - | $ 47,539 |
| 238 | NETE | 11/13/2020 | 11/13/2020 | $ 16,563 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,563 |
| 239 | NETE | 11/16/2020 | 11/25/2020 | $ 35,523 | $ 1,160 | $ 13,327 | $ 580 | $ - | $ 1,483 | $ - | $ 1,572 | $ 9 | $ 53,655 |
| 240 | NETE | 2/10/2021 | 2/19/2021 | $ 134,899 | $ - | $ 72,638 | $ 12,092 | $ - | $ 7,999 | $ 1,200 | $ - | $ 1,135 | $ 229,962 |
| 241 | NETE | 4/6/2021 | 4/6/2021 | $ - | $ - | $ 3,705 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,705 |
| 242 | NETE | 8/20/2021 | 8/24/2021 | $ - | $ - | $ 13,482 | $ 3,478 | $ - | $ (205) | $ - | $ - | $ - | $ 16,756 |
| 243 | NOVN | 3/2/2021 | 3/2/2021 | $ 34,748 | $ 23,252 | $ - | $ 1,004 | $ - | $ 6,602 | $ - | $ - | $ - | $ 65,606 |
| 244 | NOVN | 5/13/2021 | 5/13/2021 | $ - | $ 15,155 | $ - | $ 1,614 | $ - | $ - | $ - | $ - | $ - | $ 16,769 |
| 245 | NOVN | 6/14/2021 | 6/15/2021 | $ 158,084 | $ 72,889 | $ 3,180 | $ 6,875 | $ - | $ (2,541) | $ 4,692 | $ 1,758 | $ - | $ 244,937 |
| 246 | NTEC | 2/2/2021 | 2/3/2021 | $ 26,659 | $ (5,812) | $ 53,788 | $ 30,670 | $ - | $ (893) | $ 674 | $ - | $ - | $ 105,087 |
| 247 | NTEC | 2/10/2021 | 2/10/2021 | $ - | $ - | $ 13,099 | $ 5,575 | $ 5,414 | $ - | $ - | $ - | $ - | $ 24,087 |
| 248 | NTEC | 5/10/2021 | 5/11/2021 | $ - | $ 72,004 | $ 891 | $ - | $ - | $ - | $ 708 | $ - | $ 969 | $ 74,571 |
| 249 | NTRB | 10/1/2021 | 10/12/2021 | $ 1,483,799 | $ 80,337 | $ (23,559) | $ 10,376 | $ (10,016) | $ (2,328) | $ (4,387) | $ - | $ 154 | $ 1,534,377 |
| 250 | NXTD | 7/2/2020 | 7/2/2020 | $ - | $ - | $ 1,733 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,733 |
| 251 | NXTD | 12/1/2020 | 2/19/2021 | $ 333,214 | $ 14,093 | $ 42,365 | $ 41,128 | $ - | $ 10,410 | $ (15) | $ - | $ (16) | $ 441,181 |
| 252 | NXTD | 3/9/2021 | 3/10/2021 | $ - | $ - | $ 28,210 | $ 16,586 | $ - | $ 1,316 | $ 3,842 | $ - | $ 5,256 | $ 55,210 |

Privileged and Confidential
Subject to Protective Order

**Exhibit I**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | 1,938,072 | $ 1,654,018 | $ 1,340,207 | 661,421 | 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 253 | NXTD | 7/26/2021 | 7/28/2021 | - | 849 | (6) | 4,190 | 6,810 | (1,361) | (10,092) | - | - | 390 |
| 254 | NXTD | 10/27/2021 | 11/2/2021 | (5,127) | 393,235 | 30,636 | 5,384 | 1,982 | - | 6,020 | - | - | 432,131 |
| 255 | NXTD | 12/15/2021 | 12/15/2021 | - | 46,650 | 13,947 | (10,862) | - | 2,788 | 1,294 | - | - | 53,816 |
| 256 | OBLN | 9/3/2020 | 9/3/2020 | - | 985 | - | - | - | (73) | - | - | - | 912 |
| 257 | OBLN | 12/7/2020 | 12/7/2020 | - | - | 1,828 | 2,632 | - | - | - | - | - | 4,461 |
| 258 | OBLN | 1/20/2021 | 1/22/2021 | - | - | 20,599 | - | - | - | - | - | - | 20,599 |
| 259 | OBLN | 2/10/2021 | 2/10/2021 | - | - | 15,116 | - | - | 23,142 | - | - | - | 38,258 |
| 260 | OBLN | 3/5/2021 | 3/5/2021 | - | 6,680 | - | - | - | (2,312) | - | - | - | 4,368 |
| 261 | OBLN | 3/16/2021 | 3/16/2021 | - | 434 | 6,827 | - | - | - | - | - | - | 7,262 |
| 262 | OBLN | 5/10/2021 | 5/10/2021 | - | 32,434 | 5 | 3,587 | - | 190 | - | - | - | 36,216 |
| 263 | OBLN | 5/18/2021 | 5/24/2021 | - | 123,567 | 2,370 | 9,218 | - | 697 | 321 | - | - | 136,174 |
| 264 | OGEN | 7/9/2020 | 7/30/2020 | - | 14,209 | 4,392 | 954 | - | 742 | - | - | - | 20,298 |
| 265 | OGEN | 12/2/2020 | 12/7/2020 | 48,439 | 90,039 | 54,959 | 1,310 | - | 6,380 | (10) | - | - | 201,116 |
| 266 | OGEN | 12/22/2020 | 12/22/2020 | - | - | 1,300 | - | - | (945) | - | - | - | 355 |
| 267 | OGEN | 1/5/2021 | 1/7/2021 | 9,998 | - | 6,219 | 13,459 | - | 285 | - | - | - | 29,961 |
| 268 | OGEN | 2/8/2021 | 2/8/2021 | - | - | - | 10,731 | - | - | - | - | - | 10,731 |
| 269 | OGEN | 3/9/2021 | 3/9/2021 | - | - | 2,901 | - | - | (500) | 30 | - | - | 2,431 |
| 270 | OGEN | 4/23/2021 | 4/26/2021 | - | - | 7,867 | 2,461 | - | 566 | 1,652 | - | 203 | 12,749 |
| 271 | OGEN | 12/20/2021 | 12/21/2021 | - | - | - | - | - | - | - | 9,099 | - | 9,099 |
| 272 | ONTX | 7/16/2020 | 8/26/2020 | 296,341 | (979) | 2,734 | 255 | 77,222 | 1,303 | - | - | (1,851) | 375,026 |
| 273 | ONTX | 11/30/2020 | 12/22/2020 | - | 1,601 | 18,915 | (193) | - | 17,083 | - | - | - | 37,406 |
| 274 | ONTX | 2/3/2021 | 3/19/2021 | (215,729) | 801,685 | 119,839 | 933 | 92,938 | 18,647 | 2,028 | - | 4,429 | 824,770 |
| 275 | ONTX | 5/18/2021 | 5/18/2021 | - | - | - | 4,730 | - | - | - | - | - | 4,730 |
| 276 | OXBR | 7/6/2020 | 7/7/2020 | - | 2,799 | - | (34) | - | - | - | - | - | 2,765 |
| 277 | OXBR | 7/15/2020 | 7/15/2020 | - | 4,792 | - | (45) | - | - | - | - | - | 4,747 |
| 278 | OXBR | 8/10/2020 | 8/11/2020 | 1,877 | 9,630 | - | 433 | - | 584 | - | - | - | 12,524 |
| 279 | OXBR | 9/25/2020 | 10/8/2020 | 10,222 | 39,967 | 13,381 | (1,156) | - | 392 | 141 | (317) | - | 62,629 |
| 280 | OXBR | 12/28/2020 | 12/29/2020 | - | 40,657 | - | 2,046 | - | 549 | - | - | - | 43,252 |
| 281 | OXBR | 1/14/2021 | 1/27/2021 | 286,133 | 12,248 | 11,681 | 3,688 | - | 4,095 | 206 | 21 | 722 | 318,794 |
| 282 | OXBR | 5/20/2021 | 6/17/2021 | 161,445 | 96,485 | 43,267 | 34,370 | - | 4,734 | 702 | - | 1,870 | 342,874 |
| 283 | OXBR | 7/16/2021 | 7/19/2021 | - | 140,561 | - | - | - | - | - | - | - | 140,561 |
| 284 | PIXY | 3/29/2022 | 3/31/2022 | - | - | 1,968 | 20,695 | 2,543 | 2,362 | 14,088 | - | - | 41,657 |
| 285 | PPSI | 6/12/2020 | 6/12/2020 | 26 | - | 841 | - | - | - | - | - | - | 866 |
| 286 | PPSI | 7/22/2020 | 7/22/2020 | - | - | 1,817 | - | - | 114 | - | - | - | 1,931 |
| 287 | PPSI | 8/4/2020 | 8/7/2020 | - | - | 6,803 | - | - | 1,345 | - | - | - | 8,148 |
| 288 | PPSI | 8/25/2020 | 8/26/2020 | - | - | 3,029 | - | - | 46 | 103 | - | - | 3,177 |
| 289 | PPSI | 9/23/2020 | 9/25/2020 | - | - | 1,216 | - | - | - | - | (458) | - | 759 |
| 290 | PPSI | 10/6/2020 | 10/9/2020 | - | - | 9,689 | 1,180 | 273 | - | - | (1,189) | - | 9,953 |
| 291 | PPSI | 11/23/2020 | 11/23/2020 | - | - | 1,036 | - | - | - | - | - | - | 1,036 |
| 292 | PPSI | 12/4/2020 | 12/4/2020 | 5,930 | - | 5,977 | - | - | - | - | - | - | 11,906 |
| 293 | PPSI | 1/12/2021 | 1/22/2021 | 583,657 | (3,715) | 4,754 | (1,360) | - | 7,751 | - | - | - | 591,087 |
| 294 | PPSI | 2/8/2021 | 2/16/2021 | - | - | 25,579 | (820) | - | - | 627 | - | - | 25,386 |

Privileged and Confidential
Subject to Protective Order

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Panel A: Total Profit (Loss)** | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| | | | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | |
| 295 | PPSI | 11/8/2021 | 11/12/2021 | $ - | $ - | $ 27,095 | $ 92,278 | $ 17,137 | $ 3,514 | $ 22,292 | $ - | $ - | $ 162,317 |
| 296 | PPSI | 11/17/2021 | 11/17/2021 | - | - | 24,892 | - | - | - | (8,235) | - | - | 16,657 |
| 297 | PPSI | 12/21/2021 | 12/21/2021 | - | - | - | 1,150 | - | 419 | 338 | - | - | 1,907 |
| 298 | PRFX | 11/3/2020 | 11/4/2020 | (5,357) | 24,186 | (1,851) | - | - | 862 | - | - | - | 17,840 |
| 299 | PRFX | 7/13/2021 | 7/30/2021 | - | 705,979 | 4,539 | 45,842 | - | 2,082 | 17,949 | - | - | 776,390 |
| 300 | REDU | 4/8/2021 | 4/8/2021 | - | - | 9,021 | - | - | - | - | - | - | 9,021 |
| 301 | REDU | 10/15/2021 | 10/26/2021 | - | 391,179 | (1,797) | 38,681 | - | 464 | 2,185 | 40,356 | (73) | 470,995 |
| 302 | RGLS | 6/11/2020 | 7/30/2020 | 9,935 | 14,307 | 5,479 | 1,266 | 3,958 | 6,238 | - | - | 658 | 41,842 |
| 303 | RGLS | 3/11/2021 | 3/12/2021 | - | 91,749 | 38,829 | 69,412 | 74,976 | 1,979 | 16,761 | - | 8,865 | 302,572 |
| 304 | RGLS | 6/3/2021 | 6/10/2021 | - | 17,131 | 64,246 | 56,058 | 19,952 | (19,464) | 18,567 | - | 8,285 | 164,776 |
| 305 | RHE | 2/22/2021 | 2/22/2021 | - | - | 27,280 | - | - | 4,208 | 130 | - | - | 31,618 |
| 306 | RHE | 4/28/2021 | 5/26/2021 | 75,069 | 3,961 | 7,297 | 13,825 | - | 1,339 | 3,142 | - | - | 104,633 |
| 307 | RHE | 8/30/2021 | 8/31/2021 | - | 238,249 | 4,891 | 35,228 | - | 2 | 597 | - | - | 278,968 |
| 308 | RNAZ | 7/9/2021 | 7/13/2021 | - | 367,764 | 8,500 | 42,675 | - | 5,547 | 39,221 | - | - | 463,706 |
| 309 | RNXT | 11/10/2021 | 11/10/2021 | - | - | 10,836 | 59,425 | - | 9,307 | 50,849 | - | - | 130,418 |
| 310 | RNXT | 11/30/2021 | 11/30/2021 | - | - | - | 64,472 | - | 482 | 28,446 | - | - | 93,401 |
| 311 | SALM | 10/21/2021 | 10/21/2021 | - | - | 14,985 | 14,008 | 18,766 | 6,855 | 10,850 | - | - | 65,464 |
| 312 | SFET | 8/6/2021 | 8/9/2021 | - | - | 3,879 | 11,476 | - | (630) | 1,961 | - | - | 16,685 |
| 313 | SINO | 2/8/2021 | 2/22/2021 | 470,745 | - | 186,347 | (105) | - | 1,505 | 872 | - | 979 | 660,343 |
| 314 | SINO | 3/17/2021 | 3/18/2021 | 3,261 | 19,335 | 68,726 | (2,551) | (4,043) | 22,185 | 3,007 | - | 231 | 110,151 |
| 315 | SINO | 4/20/2021 | 4/20/2021 | - | (4,712) | 1,246 | 3,610 | - | - | 294 | - | - | 437 |
| 316 | SNDL | 11/23/2020 | 12/3/2020 | 199,027 | 54,746 | 6,602 | (4,642) | - | 5,023 | 70 | 343 | - | 261,168 |
| 317 | SNDL | 1/6/2021 | 2/17/2021 | 17,164,384 | 274,550 | 77,803 | (97,678) | 10,789 | 13,797 | (125) | (1,646) | 570 | 17,442,445 |
| 318 | SNDL | 3/1/2021 | 3/2/2021 | - | - | 16,157 | 11,082 | - | - | 500 | - | 44 | 27,784 |
| 319 | SNDL | 10/21/2021 | 10/21/2021 | - | - | - | 10,970 | 4,606 | 4,293 | 5,741 | - | - | 25,609 |
| 320 | SNOA | 4/1/2021 | 4/1/2021 | - | - | 14,978 | 14,680 | - | 3,025 | 5,929 | - | 1,542 | 40,154 |
| 321 | SNOA | 5/3/2021 | 5/3/2021 | - | 70,576 | 55,192 | 45,094 | - | - | 24,668 | - | 1,999 | 197,530 |
| 322 | SOS | 1/6/2021 | 1/6/2021 | - | - | 87,413 | - | - | 3,542 | - | - | - | 90,955 |
| 323 | SOS | 1/27/2021 | 2/16/2021 | 2,566 | 221,255 | 45,438 | 2,230 | - | 12,125 | - | - | - | 283,615 |
| 324 | SOS | 8/9/2021 | 8/11/2021 | - | - | (2,508) | - | - | - | 833 | - | - | (1,675) |
| 325 | STAF | 5/10/2021 | 5/10/2021 | - | - | 3,522 | - | - | 50 | 428 | - | 854 | 4,853 |
| 326 | STAF | 6/30/2021 | 7/2/2021 | 92,523 | 366,373 | (2,210) | 22,588 | - | 11,489 | 2,009 | - | 208 | 492,979 |
| 327 | STAF | 7/19/2021 | 7/21/2021 | - | 132,839 | 14,358 | 61,901 | - | 23,206 | (848) | - | - | 231,456 |
| 328 | SUPV | 2/17/2021 | 2/23/2021 | - | 235,307 | 90,114 | - | 20,372 | 22,691 | 1,692 | - | 186 | 370,363 |
| 329 | SURF | 5/5/2021 | 6/3/2021 | - | - | 102,507 | 129,692 | 125,826 | 6,916 | 28,743 | - | 5,884 | 399,567 |
| 330 | SURG | 11/9/2021 | 11/9/2021 | - | - | 41,124 | 26,879 | 30,232 | 1,654 | 23,540 | 36,728 | - | 160,155 |
| 331 | SXTC | 6/18/2020 | 9/4/2020 | 32,673 | 7,400 | 16,759 | 1,988 | 17,842 | 8,411 | - | - | (2,149) | 82,924 |
| 332 | SXTC | 9/11/2020 | 9/14/2020 | - | 15,079 | 1,863 | 2,381 | - | 1,833 | - | - | (69) | 21,088 |
| 333 | SXTC | 7/15/2021 | 7/19/2021 | - | 123,098 | 13,163 | 122,021 | (11,101) | 12,630 | 10,281 | - | 999 | 271,091 |
| 334 | SXTC | 1/19/2022 | 3/1/2022 | - | (159,826) | 990 | 92,189 | - | 5,396 | 17,851 | - | - | (43,399) |
| 335 | SYPR | 8/11/2020 | 8/11/2020 | - | 16,102 | 531 | - | - | 1,579 | - | - | - | 18,212 |
| 336 | SYPR | 2/24/2021 | 2/25/2021 | - | 1,434 | 20,993 | - | 12,960 | 1,650 | - | 309 | | 37,346 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Panel A: Total Profit (Loss)** | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | 1,938,072 | 1,654,018 | 1,340,207 | 661,421 | 212,170 | $ 121,474,499 |
| | | | | **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | |
| 337 | TGC | 1/20/2021 | 2/25/2021 | $ (361,508) | $ 669,177 | $ 125,804 | $ 99,048 | 37,440 | 144,937 | 6,360 | - | 2,495 | 723,753 |
| 338 | TMBR | 7/31/2020 | 7/31/2020 | - | - | 5,392 | - | 508 | 345 | - | - | - | 6,244 |
| 339 | TMBR | 9/24/2020 | 10/21/2020 | - | 11,639 | 779 | - | - | 146 | - | - | - | 12,564 |
| 340 | TMBR | 12/9/2020 | 12/15/2020 | - | 50,329 | 8,425 | - | - | - | - | - | - | 58,754 |
| 341 | TMBR | 1/25/2021 | 1/27/2021 | - | 89,529 | 17,220 | - | - | 2,257 | 37 | - | 23 | 109,066 |
| 342 | TMBR | 3/11/2021 | 3/17/2021 | - | 9,368 | 61,214 | 31,616 | - | (2,152) | 3,914 | - | 959 | 104,918 |
| 343 | TRCH | 8/21/2020 | 8/24/2020 | - | - | 2,073 | - | - | 57 | - | - | - | 2,130 |
| 344 | TRCH | 9/21/2020 | 9/21/2020 | - | 1,627 | - | - | - | 801 | - | - | - | 2,428 |
| 345 | TRCH | 2/10/2021 | 2/23/2021 | 2,492 | 98,701 | 336,138 | 148,131 | 288,603 | 29,831 | 2,364 | - | 2,170 | 908,429 |
| 346 | TRCH | 4/22/2021 | 4/28/2021 | - | 36,219 | 1,897 | - | - | 71 | - | - | - | 38,186 |
| 347 | UPC | 3/29/2021 | 4/1/2021 | - | 5,466 | 15,979 | - | - | 2,861 | - | - | 37 | 24,343 |
| 348 | UPC | 7/22/2021 | 7/23/2021 | - | 193,923 | 1,503 | 148,902 | - | - | 15,647 | - | - | 359,975 |
| 349 | USEG | 1/7/2020 | 1/8/2020 | 5,221 | - | - | - | - | - | - | - | - | 5,221 |
| 350 | USEG | 2/19/2020 | 2/21/2020 | 6,575 | - | - | - | - | 0 | - | - | - | 6,576 |
| 351 | USEG | 9/29/2020 | 9/30/2020 | 29,563 | - | - | - | - | 14 | 1,001 | - | | 30,578 |
| 352 | USEG | 1/19/2021 | 1/28/2021 | - | 20,689 | 27,597 | 1,905 | - | 3,424 | - | - | - | 53,615 |
| 353 | USEG | 3/8/2021 | 3/10/2021 | - | - | 8,583 | - | - | - | - | - | - | 8,583 |
| 354 | USEG | 6/1/2021 | 6/2/2021 | - | - | 1,036 | - | - | - | - | - | - | 1,036 |
| 355 | USEG | 7/14/2021 | 7/14/2021 | - | 268,089 | - | 163,372 | - | 9,414 | 7,391 | - | - | 448,266 |
| 356 | USEG | 3/7/2022 | 3/7/2022 | - | - | - | - | - | - | - | 904 | - | 904 |
| 357 | VISL | 3/3/2020 | 3/4/2020 | 17,262 | - | - | 1,429 | - | 1,434 | - | - | - | 20,125 |
| 358 | VISL | 4/23/2020 | 4/30/2020 | 24,807 | - | - | 1,070 | - | 3,866 | - | - | 11 | 29,755 |
| 359 | VISL | 2/4/2021 | 3/30/2021 | - | 81,271 | 175,569 | 94,192 | 123,468 | 2,094 | 6,841 | - | 5,410 | 488,844 |
| 360 | VRPX | 3/26/2021 | 4/14/2021 | - | 41,870 | 1,797 | 1,812 | - | 3,996 | 603 | - | (1,122) | 48,956 |
| 361 | VRPX | 6/30/2021 | 7/15/2021 | - | 585,657 | 56,288 | 199,811 | (10,705) | (151) | 37,386 | - | - | 868,287 |
| 362 | VRPX | 8/10/2021 | 8/18/2021 | - | 10,009 | 3,817 | 39,428 | - | (68) | 3,654 | - | - | 56,839 |
| 363 | VTVT | 7/27/2020 | 7/30/2020 | 59,231 | - | 17,742 | (49) | - | 648 | - | - | 509 | 78,081 |
| 364 | VTVT | 10/29/2020 | 12/15/2020 | 288,165 | (42) | 4,259 | (3,216) | (2,903) | 418 | 120 | (553) | 703 | 286,951 |
| 365 | VTVT | 2/2/2021 | 2/8/2021 | 372,357 | - | 15,556 | 4,714 | - | 9,882 | 10 | - | - | 402,518 |
| 366 | VTVT | 2/22/2021 | 3/1/2021 | - | 21,848 | 5,868 | 15,994 | - | - | 3,460 | - | 3,494 | 50,665 |
| 367 | VTVT | 4/13/2021 | 4/13/2021 | - | - | - | 23,099 | - | - | 3,189 | - | (11) | 26,277 |
| 368 | WAFU | 7/30/2020 | 7/30/2020 | - | - | - | 438 | 1,010 | - | - | - | - | 1,449 |
| 369 | WAFU | 1/27/2021 | 2/8/2021 | 307,384 | 101,139 | 58,396 | 1,679 | - | 22,351 | 22 | - | - | 490,970 |
| 370 | WAFU | 3/26/2021 | 3/31/2021 | - | - | 461 | 11,026 | - | 2,505 | - | - | - | 13,993 |
| 371 | WAFU | 4/19/2021 | 4/19/2021 | - | - | 4,583 | - | - | (466) | - | - | - | 4,118 |
| 372 | WORX | 8/25/2020 | 8/26/2020 | - | 34,179 | - | - | - | 2,174 | - | - | - | 36,353 |
| 373 | WORX | 9/4/2020 | 9/10/2020 | - | - | 7,629 | - | - | 118 | - | - | - | 7,747 |
| 374 | WORX | 9/16/2020 | 9/23/2020 | - | 14,443 | 1,171 | 633 | - | 1,791 | - | - | (11) | 18,027 |
| 375 | WORX | 7/9/2021 | 7/13/2021 | - | 156,304 | 48,581 | 240,241 | - | 2,892 | 24,957 | - | - | 472,974 |
| 376 | WORX | 7/30/2021 | 7/30/2021 | - | - | 3,111 | - | - | (334) | - | - | - | 2,777 |
| 377 | WORX | 8/4/2021 | 8/9/2021 | - | - | 7,654 | 37,218 | - | (428) | 2,304 | - | - | 46,748 |
| 378 | WPG | 6/1/2021 | 6/9/2021 | 738,517 | 20,096 | 1,190 | 9,054 | - | 6,510 | 4,306 | - | 253 | 779,926 |

*Privileged and Confidential*
*Subject to Protective Order*

**Exhibit 1**
**Profit by Trader and At-Issue Trading Episode**

| At-Issue Episode ID | Episode Symbol | Episode Start Date | Episode End Date | Constantin, Edward | Rybarczyk, John | Matlock, Perry | Deel, Gary | Hennessey, Mitchell | Sabo, Francis | Cooperman, Tom | Hrvatin, Stefan | Knight, Daniel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Panel A: Total Profit (Loss)** | | | | | | | | | | | | | |
| - | - | - | - | $ 80,957,987 | $ 21,976,374 | $ 6,641,266 | $ 6,092,985 | $ 1,938,072 | $ 1,654,018 | $ 1,340,207 | $ 661,421 | $ 212,170 | $ 121,474,499 |
| **Panel B: Profit (Loss) by At-Issue Trading Episode** | | | | | | | | | | | | | |
| 379 | WPG | 9/1/2021 | 9/1/2021 | $ 26,386 | $ (6,155) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 20,231 |
| 380 | WWR | 8/20/2020 | 8/21/2020 | $ 881 | $ 43,652 | $ 1,499 | $ 46 | $ - | $ 3,314 | $ - | $ - | $ - | $ 49,393 |
| 381 | WWR | 9/14/2020 | 9/15/2020 | $ - | $ - | $ 1,690 | $ - | $ - | $ 1,298 | $ - | $ - | $ - | $ 2,988 |
| 382 | WWR | 9/25/2020 | 10/6/2020 | $ 19,208 | $ - | $ 2,914 | $ (101) | $ - | $ 332 | $ (135) | $ (1,223) | $ - | $ 20,994 |
| 383 | WWR | 10/20/2020 | 10/21/2020 | $ - | $ - | $ 2,105 | $ - | $ - | $ (1,120) | $ - | $ - | $ - | $ 985 |
| 384 | WWR | 10/26/2020 | 10/26/2020 | $ - | $ - | $ (1,083) | $ 3,418 | $ - | $ - | $ - | $ - | $ - | $ 2,335 |
| 385 | WWR | 11/2/2020 | 11/23/2020 | $ - | $ - | $ 7,636 | $ 471 | $ - | $ 1,079 | $ - | $ 103 | $ 76 | $ 9,365 |
| 386 | WWR | 1/6/2021 | 1/26/2021 | $ 19,151 | $ - | $ 7,038 | $ 41,761 | $ 1,330 | $ 2,341 | $ (21) | $ 3,032 | $ 60 | $ 74,691 |
| 387 | WWR | 2/5/2021 | 2/19/2021 | $ - | $ - | $ 149,341 | $ 26,303 | $ - | $ 28,470 | $ 1,991 | $ - | $ 2,160 | $ 208,265 |
| 388 | WWR | 3/11/2021 | 3/25/2021 | $ - | $ 9,007 | $ - | $ 40,702 | $ (2,757) | $ 2,826 | $ 3,632 | $ - | $ 2,673 | $ 56,083 |
| 389 | WWR | 3/30/2022 | 4/8/2022 | $ - | $ - | $ (273) | $ - | $ - | $ 352 | $ (865) | $ 2,981 | $ - | $ 2,194 |
| 390 | XRTX | 11/3/2020 | 11/5/2020 | $ 442,800 | $ 41,748 | $ 34,904 | $ 15,397 | $ 23,386 | $ 10,104 | $ 22,833 | $ 4,787 | $ 4,375 | $ 600,335 |
| 391 | YVR | 6/3/2020 | 6/4/2020 | $ - | $ - | $ - | $ 570 | $ - | $ 324 | $ - | $ - | $ - | $ 894 |
| 392 | YVR | 7/30/2020 | 7/30/2020 | $ - | $ 4,175 | $ - | $ - | $ - | $ 589 | $ - | $ - | $ - | $ 4,764 |
| 393 | YVR | 3/12/2021 | 3/31/2021 | $ 788,070 | $ (737) | $ 56,187 | $ 42,203 | $ 73,559 | $ 3,570 | $ 12,587 | $ - | $ - | $ 975,438 |
| 394 | YVR | 7/13/2021 | 7/16/2021 | $ - | $ 150,001 | $ (201) | $ 119,402 | $ - | $ 9,061 | $ 29,052 | $ - | $ - | $ 307,315 |
| 395 | YVR | 9/2/2021 | 9/3/2021 | $ - | $ - | $ 2,491 | $ 3,140 | $ - | $ (101) | $ 773 | $ - | $ - | $ 6,303 |
| 396 | ZSAN | 3/21/2022 | 4/5/2022 | $ 194,381 | $ - | $ - | $ - | $ (359) | $ 1,683 | $ (3,385) | $ - | $ 478 | $ 192,797 |
| 397 | ZYNE | 2/2/2021 | 2/23/2021 | $ 1,696,156 | $ 14,895 | $ 47,032 | $ 24,594 | $ - | $ 7,751 | $ 294 | $ - | $ 1,062 | $ 1,791,785 |

**Sources**
Brokerage Account Trading Files for At-Issue Traders (see Appendix B)
At-Issue Trading Episodes from 20230609_Trading Events.xlsx

Privileged and Confidential
Subject to Protective Order

**Appendix A**
**MARIA EUGENIA GARIBOTTI, PH.D.**
**Vice President**

Phone: 312 291 5674                                                    180 North Stetson Avenue
Cell: 646 270 3687                                                                         Suite 2300
maria.garibotti@analysisgroup.com                                       Chicago, IL 60601

Dr. Garibotti specializes in the application of economics and statistics to questions arising in a variety of settings, including antitrust, finance and commercial litigation. In her antitrust work, Dr. Garibotti has evaluated market definition, market structure, competitive effects, damages, and efficiencies in merger reviews and investigations. She has assessed the appropriateness of class certification and evaluated allegations of collusive behavior, refusal to deal, exclusive selling arrangements, tying, and non-compete clauses in litigation, in sectors including pharmaceuticals, hospitals, health insurance, auto parts, finance, and tech. Her work in finance has included cases related to residential mortgage-backed securities, alleged collusion in financial markets, valuation of OTC-traded firms, and investigations of spoofing allegations. Dr. Garibotti has been deposed and has provided expert testimony at trial.

**EDUCATION**

2011          Ph.D., economics, New York University

2002          B.S., (*magna cum laude*), economics, Universidad de San Andrés, Buenos Aires

**PROFESSIONAL EXPERIENCE**

2012–Present    Analysis Group, Inc.
                *Vice President (2018–Present)*
                *Manager (2015–2017)*
                *Associate (2012–2015)*

2011–2012       Barnard College
                *Term Assistant Professor*

**TESTIMONY EXPERIENCE**

- **In Re: Arizona Theranos Incorporated Litigation**
  *US District Court, Arizona*
  Submitted a rebuttal expert report on behalf of Defendant Walgreens responding to Plaintiffs' estimate of aggregate class damages
  .

- **Elmagin Capital, LLC v. Chen et al.**
  *US District Court, Eastern District of Pennsylvania*
  Provided deposition and trial testimony on economic analysis of trade secrets allegations in algorithmic trading, on behalf of Defendants.

*Privileged and Confidential*
*Subject to Protective Order*

- **U.S. v. Bases et al.**
  *US District Court, Northern District of Illinois*
  Provided testimony on Analysis Group's analysis of futures trading patterns on behalf of the United States.

- **U.S. v. Vorley et al.**
  *US District Court, Northern District of Illinois*
  Provided testimony on Analysis Group's analysis of futures trading patterns on behalf of the United States.

## SELECTED CONSULTING EXPERIENCE

**Antitrust, Competition, and Regulation**

- **PenguinRandomHouse-Simon & Schuster Merger**
  Supported Professor Ted Snyder's expert analysis on behalf of the merging parties in the case of a merger of book publishers focused on the purchase of publishing rights from authors, which included market definition, measurement of market shares, assessment of competitive effects and potential entry, and analysis of efficiencies.

- **Confidential Platform Antitrust Matters**
  Supported academic affiliate in multiple antitrust matters related to electronic platforms, analyzing market definition, shares, and allegations of monopoly power.

- **Ingevity Corp., et al. v. BASF Corp.**
  Supported Dr. Divya Mathur in analysis of antitrust counterclaims and calculation of antitrust damages on behalf of counter-plaintiff BASF.

- **Anthem-Cigna Merger**
  Supported Professor David Dranove's expert analysis on behalf of the DOJ in the case of a merger of major health insurers, which included market definition, measurement of market shares, assessment of competitive effects and potential entry, and analysis of proposed efficiencies.

- **EnergySolutions-Waste Control Specialists Merger**
  Supported Professor John Mayo's expert analysis on behalf of the DOJ in the case of the merger between two close competitors in the business of low-level radioactive waste disposal, including market definition, measurement of market shares, and assessment of competitive effects and proposed efficiencies.

- **Insurance Merger**
  Worked with the DOJ in the investigation of a proposed merger of two health insurers. Supported an academic affiliate who advised the DOJ on issues pertaining to market definition, entry, and competitive effects.

- **DOJ Investigation of Health Care Payer-Provider Contractual Practices**
  Investigated competition issues related to steering and tiering contractual provisions between health care providers and payers in a major health care system on behalf of the DOJ.

- **Delayed Generic Entry Litigation**

*Privileged and Confidential*
*Subject to Protective Order*

- o Supported expert analysis of direct and indirect purchaser class certification in multiple delayed generic entry and reverse payment cases.

- o Supported expert analysis of potential damages to indirect purchasers from alleged delayed generic entry, which involved assessing the existence of a certifiable class in multiple cases.

- o Supported FDA expert on analysis of regulatory decisions by FDA.

- **Confidential hospital litigation matter**
  Supported expert analysis of hospital competition in the rural Midwest. Analyzed potential effects of a new entrant.

- **Confidential pharma-related class action**
  Supported industry expert analysis of pharmacy benefit managers and pharmacy benefit design, highlighting the various dimensions of differentiation in services provided and prices paid for pharmaceutical products.

- ***TMT Management Group, LLC v. U.S. Bank National Association, et al.***
  *US District Court, District of Minnesota*
  Analyzed antitrust liability and damages related to refusal to deal and tying claims involving the sale of demand deposit account debt portfolios.

- **Confidential Automotive Parts Antitrust Investigations**
  Performed economic analyses of the impact of alleged price-fixing and bid-rigging, including overcharge and pass-through, on behalf of major automotive parts manufacturers. Cleaned and analyzed large sales and cost datasets.

- **Confidential Labor Antitrust Case**
  Supported expert analysis of market definition and damages in a labor antitrust case related to non-compete clauses. Supported expert analysis of non-compete contractual clauses and damages calculation.

- **Certain Integrated Circuits with Voltage Regulators and Products**
  *US International Trade Commission*
  Assessed the economic impact of an import ban on certain microprocessors, servers, and personal computers on behalf of a major microprocessor manufacturer and two major original equipment manufacturers (OEMs).

- **Government Investigation into Competition Practices at Mexico City Airport**
  Assisted experts in the development of a white paper presented to the Mexican Competition Authority (COFECE) which framed issues related to the allocation of take-off and landing slots at the Mexico City International Airport, and addressed the basics of airline economics, including the common features of hub-and-spoke competition and slot concentration.

- **Confidential merger investigations**
  Supported parties seeking merger approval before the Federal Trade Commission (FTC) and the Canadian Competition Bureau.

- **Confidential DOJ Investigation**
  Supported expert analysis of precious metal derivatives trading patterns on behalf of a bank.

Privileged and Confidential
Subject to Protective Order

**Finance and Securities**

- **Federal Housing Finance Agency Residential Mortgage-Backed Security (RMBS) Cases and Other RMBS Cases**
  - Supported expert analysis of appropriateness of statistical sampling for re-underwriting purposes in various RMBS cases. Also supported the experts in preparing an opinion on the correct use of extrapolation techniques. Analyzed large datasets and programmed statistical simulations.

  - Supported expert analysis of loan performance in various RMBS cases, focusing on issues of statistical significance. Analyzed large datasets and programmed statistical hypothesis tests.

  - Supported expert analysis of due diligence issues in the context of RMBS litigation.

- **Confidential Loan Servicing Litigation**
  - Supported expert analysis of damages related to servicing of residential mortgages.

- **Pension Fund Administrator Investment Disputes**
  Supported industry expert analysis of pension fund investment management practices and industry standard practice for pre- and post-investment due diligence, and contractual obligations and industry norms of hedge fund administrators.

- **Financial Industry Regulatory Authority (FINRA) Arbitration**
  Supported expert analysis of investment policy guidelines and portfolio composition in an arbitration matter related to auction rate securities.

- **Confidential DOJ Investigation**
  Supported expert analysis of precious metal derivatives trading patterns on behalf of a bank.

- **Confidential Litigation**
  Supported expert valuation analysis of two OTC-traded companies.

- **Confidential State Investigation**
  Analyzed FX trading patterns.

## SELECTED SPEAKING ENGAGEMENTS

American Bar Association (ABA) Antitrust Law Section Webinar, "Distribution Essentials: Two-Sided Platforms in *Amex* and Beyond," June 8, 2023

ABA Antitrust Law Section Panel Summer Series, "Antitrust: A Day in the Life," June 30, 2022

ABA Antitrust Law Section Spring Meeting, "Economics: Fundamentals," April 6, 2022

ABA Antitrust Law Section Panel, "Antitrust: A Day in the Life," November 15, 2021

New York State Bar Association (NYSBA) Antitrust Section, Unilateral Conduct Committee, "Latest Legal and Economic Developments in Exclusive Dealing Cases," November 25, 2019

ABA Continuing Legal Education (CLE) Webinar, "Introduction to Regression Analysis in Antitrust Litigation," November 2, 2017

Privileged & Confidential
Subject to Protective Order

**SELECTED ARTICLES**

Banternghansa, Chanont 'Big', Garibotti, Maria, and Zetenyi, Kristof, "Efficiencies in the second-score auction model," *Concurrences Law & Economics*, No. 2-2023.

Garibotti, Maria and Gorin, Brian, "United States: Platform Economics and Mergers," in *Global Competition Review Digital Markets Guide, Second Edition*, November 25, 2022

Samra, Emily and Garibotti, Maria, "Update on the Commentary on the DOJ Bank Merger Guidelines," *The Exchange: Insurance and Financial Services Developments*, ABA Section of Antitrust Law, Summer 2022

Davis, Ted, Ellman, Brian, Fink, Stephen and Garibotti, Maria, "Meeting the Burden: The Predominance Requirement in Pharmaceutical Class Actions," *Health Care Bulletin*, 2021

Garibotti, Maria, "United States v. EnergySolutions – Perspectives on Litigating Antitrust Merger Challenges," *Cartel & Joint Conduct Review*, Newsletter of the ABA Section of Antitrust Law Joint Conduct Committee, Vol. 13 No. 1, Winter 2017

**LANGUAGES**

Spanish (native), English (fluent)

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix B**
**Materials Reviewed**

## 1. Legal Documents

Superseding Indictment, United States of American v. Edward Constantinescu, et al., 4:22-cr-612-S, February 8, 2023

Pages from 5th Circuit Pattern Jury Instructions.pdf

## 2. Trading Documents

### 2.A At-Issue Trading Episodes

20230609_Trading Events xlsx

### 2.B Brokerage Account Trading Records

2TZ07175 Orders.csv

2TZ07175 Trades.csv

blotter 36756133 - Constantin -Etrade xlsx

blotter 37481764 - Matlock - Etrade.xlsx

Order Tickets 1 - Interactive Brokers xlsx

Order Tickets 2 - Interactive Brokers xlsx

Plato 03_23_2022.1 xlsx

report_1 - TD.csv

report_2 - TD.csv

report_3 - TD.csv

report_4 - TD.csv

report_5 - TD.csv

RYBARCZYK Blotter 2.xlsx

RYBARCZYK Blotter 3.xlsx

RYBARCZYK Blotter 4.xlsx

RYBARCZYK Blotter1 xlsx

Trade & Order Blotter.xlsx

Trade Blotter - TradeStation - Matlock xlsx

Trade Blotter U3063007.xlsx

TRADE HISTORY REPORT -TD -  Hvartin - Stefan and Stephanie xlsx

Webull - 5IJ59954 Mitchell Hennessey Time Stamped Orders xlsx

Webull - 5KU41041 Stefan Hrvatin Time Stamped Orders xlsx

Webull - 5KV54402 Perry Matlock.csv

Webull - 5KX16182 Gary Deel.csv

Webull - 5MV17047 Tom Cooperman.csv

Webull - 5NB36671 John Joseph Rybarczyk Time Stamped Orders xlsx

Webull - 5WA85933 Edward Constantin.csv

### 2.C Brokerage Timezone E-mails

Etrade.pdf

IB.pdf

TD and Schwab.pdf

Trade Station.pdf

Trade Zero.pdf

Webull.pdf

## 3. Communication Records

### 3.A Alleged False Statements

Defendants Social Media Messages for Episodes xlsx

Sabo Discord Messages for Episodes xlsx

### 3.B Atlas Trading Discord Server

458013311846449152.csv

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix B**
**Materials Reviewed**

3.C Cell Phone Data

| |
|---|
| Deel_iPhone 13 Pro Max_2023-01-11_Report_2023-02-06_1.ufdr |
| Apple_A2483 iPhone 13 Pro_2023-02-08_Report_2023-02-10_Report (CLEAN Version).ufdr |

3.D Defendant Twitter Posts

| |
|---|
| Attachment_F_priority_files_008d.xlsm |
| DipDeity xlsx |
| Hugh_Henne xlsx |
| LadeBackk.xlsx |
| MrZackMorris xlsx |
| notoriousalerts xlsx |
| ohheytommy xlsx |
| PJ_Matlock xlsx |
| Ultra_Calls xlsx |

3.E Raw and HTML-Compatible Discord and Twitter Communications

| |
|---|
| Contents of "DOJ-DISCORD re" folder |
| Contents of "DOJ-TWITTER-0000000001_Reprocessed" folder |
| Contents of "DOJ-TWTR-0000000001" folder |

**4. Price Volume Data**

4.A FINRA Trade Inquiries

| |
|---|
| ABVC Trade Inquiry 081121 xlsx |
| AEMD Trade Inquiry 092221 1.xlsx |
| AEMD Trade Inquiry 092221 2.xlsx |
| AEMD Trade Inquiry 092221 3.xlsx |
| AIHS Trade Inquiry 092321 xlsx |
| ALZN Trade Inquiry 063021 xlsx |
| AREC Trade Inquiry 031722 xlsx |
| AREC Trade Inquiry 100720 1 xlsx |
| AREC Trade Inquiry 100720 2 xlsx |
| AREC Trade Inquiry 100720 3 xlsx |
| AREC Trade Inquiry 100720 4 xlsx |
| AREC Trade Inquiry 100720 5 xlsx |
| AREC Trade Inquiry 100720 6 xlsx |
| AREC Trade Inquiry 100720 7 xlsx |
| AREC Trade Inquiry 100720 xlsx |
| BAOS Trade Inquiry 042222 xlsx |
| BAOS Trade Inquiry 042522 xlsx |
| BBI Trade Inquiry 041922 xlsx |
| BBI Trade Inquiry 042222 xlsx |
| BBLG Trade Inquiry 011022 1 xlsx |
| BBLG Trade Inquiry 011022 2 xlsx |
| CNTX Trade Inquiry 102121 xlsx |
| CNTX Trade Inquiry 102221 xlsx |
| CNTX Trade Inquiry 110221 xlsx |
| CNTX Trade Inquiry 120121 xlsx |
| EZFL Trade Inquiry 101121.xlsx |
| FCEL Trade Inquiry 101421 xlsx |
| FCEL Trade Inquiry 101821 1 xlsx |
| FCEL Trade Inquiry 101821 2 xlsx |
| FCEL Trade Inquiry 101921 1 xlsx |
| FCEL Trade Inquiry 101921 2 xlsx |
| GTT 031621.xlsx |

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix B**
**Materials Reviewed**

GTT Trade Inquiry 030121 xlsx
GTT Trade Inquiry 030221 xlsx
GTT Trade Inquiry 030321 xlsx
GTT Trade Inquiry 030421 xlsx
GTT Trade Inquiry 031521 xlsx
GTT Trade Inquiry 031721 xlsx
GTT Trade Inquiry 031821 xlsx
HCWB Trade inquiry 101921 xlsx
METX Trade Inquiry 102621 1 xlsx
METX Trade Inquiry 102621 2 xlsx
METX Trade Inquiry 102621 3 xlsx
METX Trade Inquiry 102621 4 xlsx
METX Trade Inquiry 102621 5 xlsx
METX Trade Inquiry 102621 6 xlsx
METX Trade Inquiry 102621 7 xlsx
MFH Trade Inquiry 032221 xlsx
MITQ Trade Inquiry 072621 xlsx
MYSZ Trade Inquiry 102621 1 xlsx
MYSZ Trade Inquiry 102621 2 xlsx
MYSZ Trade Inquiry 102621 3 xlsx
MYSZ Trade Inquiry 102621 4 xlsx
MYSZ Trade Inquiry 102621 5 xlsx
MYSZ Trade Inquiry 102621 6 xlsx
NAKD Trade Inquiry 092721 1 xlsx
NAKD Trade Inquiry 092721 2 xlsx
NAKD Trade Inquiry 092821 1 xlsx
NAKD Trade Inquiry 092821 2 xlsx
NAKD Trade Inquiry 092821 3 xlsx
ONTX Trade Inquiry 021721 1 xlsx
ONTX Trade Inquiry 021721 2 xlsx
ONTX Trade Inquiry 021721 3 xlsx
ONTX Trade Inquiry 021721 4 xlsx
ONTX Trade Inquiry 021821 1 xlsx
ONTX Trade Inquiry 021821 2 xlsx
ONTX Trade Inquiry 072820 - 073120 xlsx
PIXY Trade Inquiry 032922 xlsx
RGLS Trade Inquiry 031221 xlsx
RGLS Trade Inquiry 061021 xlsx
SFET Trade Inquiry 080621 xlsx
SNOA Trade Inquiry 050321 xlsx
STAF Trade Inquiry 070121 xlsx
STAF Trade Inquiry 070221 3 xlsx
STAF Trade Inquiry 072021 1 xlsx
STAF Trade Inquiry 072021 2 xlsx
SUPV Trade Inquiry 021821 xlsx
SURF Trade Inquiry 051921 xlsx
SURG Trade Inquiry 110921 xlsx
SXTC Trade Inquiry 071621 1 xlsx
SXTC Trade Inquiry 071621 2 xlsx
SXTC Trade Inquiry 091420 xlsx
TRCH Trade Inquiry 021021 1 xlsx
TRCH Trade Inquiry 021021 2 xlsx
TRCH Trade Inquiry 021021 3 xlsx
TRCH Trade Inquiry 021021 4 xlsx
TRCH Trade Inquiry 021021 5 xlsx

**Appendix B**
**Materials Reviewed**

TRCH Trade Inquiry 021021 6 xlsx
TRCH Trade Inquiry 021621 1 xlsx
TRCH Trade Inquiry 021621 3 xlsx
TRCH Trade Inquiry 021621 4 xlsx
TRCH Trade Inquiry 021621 5 xlsx
TRCH Trade Inquiry 021621 6 xlsx
TRCH Trade Rpt 021621 2 xlsx
UPC Trade Inquiry 072221 xlsx
UPC Trade Inquiry 072321 xlsx
VISL Trade Inquiry 030221 xlsx
VRPX Trade Inquiry 071421 1 xlsx
VRPX Trade Inquiry 071421 2 xlsx
VTVT Trade Inquiry 072720.xlsx
VTVT Trade Inquiry 072820.xlsx
XRTX Trade Inquiry 110321 xlsx
XRTX Trade Inquiry 110421 xlsx
XRTX Trade Inquiry 110521 xlsx
YVR Trade Inquiry 090221 xlsx

4.B Bloomberg Price and Volume Data

PV Data - ABVC xlsx
PV Data - AEMD xlsx
PV Data - AIHS xlsx
PV Data - ALZN xlsx
PV Data - AREC (MKUL) xlsx
PV Data - BAOS xlsx
PV Data - BBI (FRTX) xlsx
PV Data - BBLG xlsx
PV Data - CBAT xlsx
PV Data - CEI.xlsx
PV Data - CNTX xlsx
PV Data - DATS xlsx
PV Data - EZFL.xlsx
PV Data - FCEL xlsx
PV Data - GTT (GTTNQ) xlsx
PV Data - HCWB xlsx
PV Data - METX xlsx
PV Data - MFH.xlsx
PV Data - MITQ xlsx
PV Data - MYSZ xlsx
PV Data - NAKD (CENN) xlsx
PV Data - ONTX xlsx
PV Data - PIXY xlsx
PV Data - RGLS xlsx
PV Data - SFET (ALAR) xlsx
PV Data - SNOA.xlsx
PV Data - STAF xlsx
PV Data - SUPV xlsx
PV Data - SURF.xlsx
PV Data - SURG xlsx
PV Data - SXTC xlsx
PV Data - TRCH (MMAT) xlsx
PV Data - UPC xlsx
PV Data - VISL xlsx
PV Data - VRPX xlsx

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix B**
**Materials Reviewed**

PV Data - VTVT xlsx
PV Data - XRTX xlsx
PV Data - YVR xlsx

**5. Other Publicly Available Documents**

5.A SEC Filings

Mullen Automotive Inc., SEC Form 8-K, November 12, 2021, available at
https://www.sec.gov/Archives/edgar/data/1499961/000110465921138173/tm2132610d1_8k htm.

Exhibit 99.1 to CarLotz, Inc., SEC Form 8-K, January 21, 2021, available at
https://www.sec.gov/Archives/edgar/data/1759008/000110465921006346/tm213854d1_ex99-1 htm.

5.B Websites

InteractiveBrokers, "Viewing Open Orders," 2023, available at https://www.ibkrguides.com/ecam/viewing-open-orders htm

National Institute of Standards and Technology, "Local Time FAQs," March 2023, available at https://www nist.gov/pml/time-and-frequency-division/local-time-faqs.

SAS Help Center, "Working with Dates and Times by Using the ISO 8601 Basic and Extended Notations," February 2023, available at https://documentation.sas.com/doc/en/pgmsascdc/9.4_3.5/leforinforref/p1a0qt18rxydrkn1b0rtdfh2t8zs.htm.

Securities and Exchange Commission, "Investor Bulletin: Stop, Stop-Limit, and Trailing Stop Orders," July 13, 2017, available at https://www.sec.gov/resources-investors/investor-alerts-bulletins/stop-stop-limits-trading-stop-orders

*Privileged and Confidential*
*Subject to Protective Order*

## APPENDIX C - DATA APPENDIX

1.    I received data from the DOJ covering (i) trading records for the At-Issue Traders; (ii) Twitter posts for the Defendants (i.e., excluding Francis Sabo); (iii) chat records for the "Atlas Trading" Discord server; and (iv) a list of statements the At-Issue Traders made on Twitter and Discord that the DOJ alleges to be false.[13] In this appendix, I first describe the trading records I received and the steps I took to combine the trading records and calculate profit for the At-Issue Trading Episodes. I then describe the communications I received, including Twitter posts and Discord chat records. Finally, I describe how I created Excel files combining the trading records and communications.

### A.    Trading Data and Profit Calculation

2.    I received from the DOJ 26 trading files from six brokerages covering the At-Issue Traders' trading. These files include order placement, modification, cancelation, and execution records across symbols for these traders.[14]

3.    In **Appendix Exhibit 1**, I list each trading file I received as well as the traders, accounts, and dates covered by each file. I also list fields and information used to calculate profits for the At-Issue Trading Episodes, which include the time zone for the time stamps in the original file, the fields used to identify filled orders, and other fields used for the profit calculation. Counting both purchases and sales, these files cover approximately $53.3 billion in executed trades across all symbols.

---

[13]   I also received from the DOJ and reviewed two sets of price and volume data related to select At-Issue Trading Episodes: (i) 101 files from FINRA showing intraday price and volume data over select periods and (ii) 38 Bloomberg data files showing daily price and volume data. *See* Appendix B, Section 4. These files are not an input to the profit calculation, but I understand I may be asked to present summary exhibits using this data at trial.

[14]   The brokerage files contain trading in both equities and options. I do not include options trading in the profit calculation (*see* n. 10).

*Privileged and Confidential*
*Subject to Protective Order*

4.   I took five steps to combine the data across files, which I summarize in detail in **Appendix Exhibit 1**:

    a)   First, I retained only records showing fully or partially filled orders (*i.e.*, I excluded any records showing cancelled, reversed, or expired orders).[15]

    b)   Second, I retained the fields needed to calculate profit for the At-Issue Trading Episodes (trade time, side, quantity, price, symbol, and account) and assigned them a common name to facilitate combining files.[16] Because some orders are partially filled, I used fields representing executed quantities, not ordered quantities.

    c)   Third, I standardized the trade side field to have two values: "buy" and "sell" trades. Buy trades increase an account's position in a given symbol, and include such values as "Buy," "Buy To Close," and "Buy To Cover." Sell trades decrease the account's position, and include such values as "Sell," "Sell To Close," and "Sell Short." This standardization involves making trade side entries consistent across brokerages (*e.g.*, "Buy to Close" to "BUY," "Sell Short" to "SELL," etc.).

    d)   Fourth, I standardized timestamps to be in US Eastern Time, to the extent they were not already in that format. The DOJ provided me with e-mails from the relevant brokerages describing the native time zone information for each trade file.[17]

---

[15]   *See* Column [5] of **Appendix Exhibit 1**.

[16]   *See* Column [6] of **Appendix Exhibit 1**. Excluded fields included information on order type (*i.e.*, limit orders vs. market orders), order duration (*e.g.*, day orders vs. good until cancelled orders), exchange identifiers, and market session identifiers (*i.e.*, extended hours vs. regular hours).

[17]   *See* **Appendix B**, Section 2.D.

*Privileged and Confidential*
*Subject to Protective Order*

e) Fifth, I identified and dropped any duplicate trades arising from files that cover overlapping time periods for the same account.[18]

5. After combining the trade data, I assigned each trade a "roundtrip" identifier. A roundtrip is a collection of trades within a brokerage account that initiates a new long or short position in a given symbol and subsequently returns the account's position in that symbol to zero. For example, suppose an account made an initial purchase of 5 units of XYZ stock at 10:00AM, bought 5 more units at 11:00AM, sold 4 units at 11:30AM, and sold the remaining 6 units at 12:00PM. Those four trades would form a single roundtrip.

6. I identified roundtrips by taking the cumulative sum of the number of shares traded over time for a given account holder, symbol, and brokerage account (beginning from a trader's first trade in a given symbol); every time the cumulative position returns to zero, the subsequent transaction is the start of a new roundtrip.[19]

---

[18] Specifically, the Interactive Brokers file "Trade Blotter U3063007.xlsx" contains duplicate copies of some trades in the "Order Tickets 1 - Interactive Brokers.xlsx" and "Order Tickets 2 - Interactive Brokers.xlsx" files. I identify duplicate trades across these files using the execution order ID field ("Exec id") and retain only a single record corresponding to each executed order. *See*, *e.g.*, InteractiveBrokers, "Viewing Open Orders," 2023, available at https://www.ibkrguides.com/ecam/viewing-open-orders.htm (noting that "Exec ID" is the "ID assigned to the executed order").

[19] There are two At-Issue Trading Episodes for which the underlying stock ticker changed before or during the episode.

On November 5, 2021, Mullen Automotive, Inc., entered into a reverse merger transaction with Net Element, Inc. Subsequent to the merger, the company changed its stock ticker from "NETE" to "MULN." One of the At-Issue Trading Episodes involved trades of MULN stock between November 2, 2021, and November 12, 2021. At the end of the trading day on November 4, 2021, Defendant Constantin had a net long position of 80,601 shares of NETE, and between November 5, 2021, and November 12, 2021, he sold a net of 80,601 shares of MULN. To accurately capture this roundtrip, I included Defendant Constantin's position in NETE prior to November 5, 2021, when calculating his cumulative position for MULN. *See* Mullen Automotive Inc., SEC Form 8-K, November 12, 2021, available at https://www.sec.gov/Archives/edgar/data/1499961/000110465921138173/ tm2132610d1_8k.htm.

In January of 2021, CarLotz, Inc., completed a de-SPAC merger with Acamar Partners Acquisition Corp. On January 22, 2021, the combined entity's shares began trading on the Nasdaq Global Market under the ticker "LOTZ." Acamar Partners' stock had previously traded on the Nasdaq under the ticker "ACAM." One of the At-Issue Trading Episodes involved trades of LOTZ stock on June 8, 2021. As with NETE/MULN above, I included traders' net long or short positions in ACAM at the time of the ticker change so as to accurately identify LOTZ roundtrips that closed out on June 8, 2021. *See* Exhibit 99.1 to CarLotz, Inc., SEC Form 8-K, January 21, 2021, available at https://www.sec.gov/ Archives/edgar/data/1759008/000110465921006346/tm213854d1_ex99-1.htm.

*Privileged and Confidential*
*Subject to Protective Order*

7.    Within a roundtrip I calculated profit on a first-in-first-out ("FIFO") basis. In a FIFO profit calculation, shares are valued as if they were sold in the order they are acquired, so when a sale is made the cost of the acquired shares is that of the earliest purchased shares.[20] **Table 1** in **Section IV** above provides an example FIFO profit calculation.

8.    To calculate profits for the At-Issue Trading Episodes, I first identified every roundtrip that contained at least one trade in the at-issue security during the episode. For these roundtrips, I then calculated the total FIFO profit associated with every trade that took place during the episode and summed these profits together to determine the profit each At-Issue Trader realized during the episode.

9.    In total, trades from 6,883 unique roundtrips are included in the profit calculation. More than 99 percent of these roundtrips (6,828 of the 6,883) begin and end during the relevant episode, and so the entirety of the trading in the roundtrip is included in the profit calculation. However, two less common situations occur: some roundtrips begin prior to the start of an episode, and some roundtrips conclude after the end of an episode. For such roundtrips, I include only FIFO profits realized from trades during the At-Issue Trading Episodes. For example:

a)    <u>Roundtrip Beginning Prior to an Episode</u> (At-Issue Trading Episode covering SXTC between June 18, 2020, and September 4, 2020):

i)    On May 29, 2020, approximately three weeks prior to the start of the At-Issue Trading Episode, Defendant Knight began buying and selling shares of SXTC. Between May 29, 2020, and June 17, 2020 (the day before the start of the episode), Defendant Knight purchased and sold

---

[20]   There are 32 roundtrips with trades that contribute to the profit calculation in which an account at some point during the roundtrip has a negative (short) position. The FIFO method works the same for short positions as for long positions, but in the inverse—it matches <u>purchases</u> against the earliest <u>sale</u> that has not already been covered.

*Privileged and Confidential*
*Subject to Protective Order*

24,130 and 21,900 shares of SXTC, respectively, leaving him with a net long position of 2,230 shares at the start of the episode.

ii)  The profit calculation includes FIFO profit from Defendant Knight's sales during the episode that closed his incoming 2,230 share long position (as well as subsequent purchases and sales during the episode window). The profit calculation does not include any FIFO profit from the 21,900 shares of SXTC that Defendant Knight purchased and sold prior to the start of the episode.

b) <u>Roundtrip Concluding After an Episode</u> (At-Issue Trading Episode covering CYN between October 21, 2021, and October 22, 2021):

i)  On October 22, 2021, during an episode, Defendant Hennessey opened a position in CYN and purchased 20,000 shares. On October 25, 2021, three days after the end of the episode, Defendant Hennessey purchased an additional 30,000 shares of CYN between 9:40:06 AM ET and 10:13:51 AM ET. He subsequently sold his entire 50,000 share position between 12:55:24 PM ET and 12:56:32 PM ET. Because the closing of Defendant Hennessey's position occurred entirely after the end of the At-Issue Trading Episode, the profit calculation does not include any of the $64,128.19 of profit Defendant Hennessey realized from these trades.[21]

10.   Of the 6,883 unique roundtrips that have trades during an At-Issue Trading Episode, 55 (0.8 percent) have at least one trade outside an episode window

---

[21]   If Defendant Hennessey had sold some of his shares on October 22, 2021, I would have included the profit realized from these share sales in the profit calculation.

*Privileged and Confidential*
*Subject to Protective Order*

(before or after). The trades of these 55 roundtrips that occur during an At-Issue Trading Episode contribute $5,365,341.98 to the profit calculation.[22]

### B.   Communication Data

#### 1.   *Twitter*

11.   I received from the DOJ nine Excel files containing records of Defendants' Twitter activity, which are summarized in **Appendix Exhibit 2**. I understand that the Twitter activity for the Defendants, except Defendants Matlock and Rybarczyk, was obtained through a search warrant executed on Twitter, Inc.[23] I further understand that the Twitter activity for Defendants Matlock and Rybarczyk was obtained by an analyst at the Securities and Exchange Commission who in and around March 2022 collected their publicly available tweets.

12.   I retain each public tweet[24] and standardize the tweet's timestamp to U.S. Eastern Time. The Twitter files contain a Twitter handle in the file title, which I have mapped to the Defendants based on the indictment.[25] In total there are 170,749 public Twitter posts by the Defendants, of which 136,154 posts occurred during an At-Issue Trading Episode.

---

[22]   In addition, these 55 roundtrips have $679,638.76 in FIFO profit from trades outside an At-Issue Trading Episode, which is not included in the profit calculation.

[23]   Two files obtained via the search warrant executed on Twitter, Inc. contain limited Twitter activity for Defendants Matlock and Rybarczyk, primarily from late March 2022 and beyond. *See* Rows [A.7] and [A.8] of **Appendix Exhibit 2** and the associated exhibit notes.

[24]   Files [A.1] through [A.8] of **Appendix Exhibit 2** also contain direct messages between the Defendants and other individual accounts, which I do not include in the data files discussed in **Appendix C.C**.

[25]   Superseding Indictment, ¶¶ 2-9. The file "Attachment_F_priority_files_008d.xlsm" does not have a Twitter handle in the file title but lists the relevant Twitter handle in the "username" field.

*Privileged and Confidential*
*Subject to Protective Order*

### 2.    *Discord and Cell Phone Data*

13.    I received from the DOJ a CSV file containing the communication records from the Atlas Trading Discord server (458013311846449152.csv). This Discord file contains over 2 million records from more than 6,000 unique usernames. I flagged posts by the At-Issue Traders based on the "Username" field and the username information contained in the indictment.[26] For the data declaration I retained only posts by the At-Issue Traders, and for each post I retained the timestamp and contents of those posts. The timestamps in the Discord file are stored in Coordinated Universal Time ("UTC"), which I converted to US Eastern Time.[27] In total, there are 184,232 Discord posts by the At-Issue Traders, of which 93,343 occurred during an At-Issue Trading Episode.

14.    I then appended the Discord data to the combined Twitter data to create a single Discord and Twitter file.

15.    I also received from counsel records of direct messages the At-Issue Traders sent or received from various Discord channels, as well as Cellebrite cell phone records for Defendants Knight and Deel.[28]

### 3.    *Alleged False Statements*

16.    I lastly received from the DOJ a list of 2,048 statements made by Defendants on Twitter or Discord—as well as 111 Discord messages by Francis Sabo— which the DOJ alleges to be false. I identified these statements in the combined Discord and Twitter file based on the timestamp and content of the statements.

---

[26]    Superseding Indictment, ¶¶ 2-9.

[27]    For example, the timestamp for the first entry in the Discord file is '2022-03-08 19:45:32.380000+00:00'. The "+00:00" is an offset relative to UTC. Because this offset is zero, the timestamps are stored in UTC. *See, e.g.*, SAS Help Center, "Working with Dates and Times by Using the ISO 8601 Basic and Extended Notations," February 2023, available at https://documentation.sas.com/doc/en/pgmsascdc/9.4_3.5/leforinforref/p1a0qt18rxydrkn1b0rtdf h2t8zs.htm.

[28]    *See* **Appendix B**, Sections 3.C and 3.E.

*Privileged and Confidential*
*Subject to Protective Order*

### C.    Preparation of the Data Files

17.   For each At-Issue Trading Episode I have prepared an Excel file containing (i) a table summarizing the Twitter, Discord, and trading activity for each At-Issue Trader during the episode, and (ii) a timeline of each At-Issue Trader's trades and public Twitter and Discord posts during the episode. Each Excel file is titled based on the security and date range applicable to a given At-Issue Trading Episode: for example, "Episode 111 - DATS - August 13, 2021 to October 26, 2021.xlsx" contains information related to the At-Issue Trading Episode covering trading of DATS stock between August 13, 2021, and October 26, 2021.

18.   The summary tables for the Excel files were constructed as follows:

a)   First, I used the combined Twitter and Discord file (see Appendix ¶ 14) to calculate, for each trader, the number of public Twitter posts and Discord messages that (i) were made during the At-Issue Trading Episode and (ii) mentioned the security at-issue in the episode. Because there are over 350,000 Twitter and Discord posts by the At-Issue Traders, I used a computer program to identify posts that mention the at-issue ticker. For example, at 2:51:31 PM ET on September 23, 2021, Defendant Constantin tweeted, "$DATS I want $30+ with all the upcoming catalysts." Because this tweet had the string "DATS" in it and occurred between August 13, 2021, and October 26, 2021, it is counted in the summary table for the At-Issue Trading Episode covering trading of DATS between those dates.[29]

---

[29]   The program considers a Twitter or Discord message to mention a ticker associated with an At-Issue Trading Episode if (i) the ticker string is included in the message (not case sensitive) and (ii) the ticker string is preceded and followed by non-word characters. Non-word characters are characters other than letters, numbers, and the underscore. A single message can potentially refer to zero, one, or more than one ticker.

For example, the message, "$DATS I want $30+ with all the upcoming catalysts," flags the ticker "DATS" because the message contains the string "DATS" and "DATS" is preceded by a dollar sign and followed by a space, both of which are non-word characters. The beginning and end of a message are considered non-word characters, so this message would meet the non-word character criteria even if the dollar sign at the beginning were deleted.

*Privileged and Confidential*
*Subject to Protective Order*

b) Second, I calculated the total number of shares each trader bought and sold during the At-Issue Trading Episode and the FIFO profit they realized from these trades.[30]

19.   The individual trader timelines for the Excel files were constructed as follows:

a) First, for a given trader and At-Issue Trading Episode, I identified every trade in the combined trade dataset (see Appendix ¶ 4) that was made by the trader in the at-issue security.

b) Second, I aggregated these trades by account, trade side, and second to create within-second entries.[31] For example, the TD Ameritrade data records trades at the millisecond level. Between 11:05:48 and 11:05:49 AM ET on August 13, 2021, Defendant Constantin's TD Ameritrade account had 74 unique purchase records for DATS associated with three distinct order IDs. Each order ID was for 10,000 shares of DATS, so in total Defendant Constantin purchased 30,000 shares of DATS in this 1-second window. In the timeline, all 74 of these purchase records were combined into a single entry reflecting Defendant Constantin's purchases of DATS between 11:05:48 and 11:05:49 AM ET. I aggregated sales and purchases separately, without netting them out, so that each second could potentially have up to two entries, one for sales and one for purchases.[32]

---

Alternatively, the hypothetical message "I'm holdingdats," with a missing space between "holding" and "dats," would not meet these criteria because the string "DATS" is preceded by a word character (the letter "g").

[30]   *See* Appendix ¶¶ 5-8 for a discussion of how I calculate trading profits.

[31]   As shown in **Appendix Exhibit 1**, four Webull files report trading records to the minute (*i.e.*, without specifying the second of the trade). For these files (Webull – 5KV54402 Perry Matlock.csv, Webull – 5KX16182 Gary Deel.csv, Webull – 5MV17047 Tom Cooperman.csv, and Webull – 5WA85933 Edward Constantin.csv), I aggregate trades by account, trade side, and minute.

[32]   I also aggregated transactions by the same trader across brokerage accounts separately, so that each second could potentially have multiple entries each corresponding to the purchase or sale of shares in a different brokerage account.

*Privileged and Confidential*
*Subject to Protective Order*

c)   Finally, I combined the aggregated trade records with the public Twitter posts and Discord messages that mention the at-issue security during the At-Issue Trading Episode (see Appendix ¶ 18.a). I also added an identifier field that flags whether the DOJ alleges these Twitter posts and Discord messages to be false.

20.   Where applicable, the Excel files for the At-Issue Trading Episodes also contain a summary of any open positions in the at-issue security held by At-Issue Traders prior to the start of the episode or at the conclusion of the episode.[33] For positions that existed prior to the start of an episode, the summary tables show the trader's position at the beginning of the episode and any FIFO profits the trader realized while building that position. Likewise, for traders with open positions at the end of an episode, the summary tables show the trader's position at the end of the episode and any FIFO profits the trader realized after the episode from closing that position. Because these FIFO profits were realized outside of the At-Issue Trading Episodes, they are not included in the $121,474,498.91 profit total reported in ¶ 9.

---

[33]   I only report positions and FIFO profits for roundtrips that contain at least one trade during the At-Issue Episode (for example, I do not report profits for roundtrips that both opened and closed prior to the start of an episode). There are 55 such roundtrips. *See* Appendix ¶ 10 and n. 22.

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix Exhibit 1**
**Summary of Brokerage Data Files and Data Combination**

| | File Name | Account(s) and Account Holder(s) | Time Period Covered | Native Time Zone Format | Fields Used to Identify Filled Orders | Fields Used for Profit Calculation |
|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] |
| | *Panel A: Etrade* | | | | | |
| [A 1] | RYBARCZYK Blotter1 xlsx | 45076583 (Rybarczyk) | 7/1/2020 - 12/30/2020 | US Eastern (time in seconds) | Event Type Definition = "EXECUTED" | Event Timestamp (dts_exec) |
| [A 2] | RYBARCZYK Blotter 2 xlsx | 45076583 (Rybarczyk) | 1/4/2021 - 6/29/2021 | | | Security Symbol Desc (symbol) |
| [A 3] | RYBARCZYK Blotter 3 xlsx | 45076583 (Rybarczyk) | 7/1/2021 - 12/30/2021 | | | Order_Action_Type (side) |
| [A 4] | RYBARCZYK Blotter 4 xlsx | 45076583 (Rybarczyk) | 1/3/2022 - 5/26/2022 | | | Event Quantity (quant) |
| [A 5] | blotter 36756133 - Constantin -Etrade xlsx | 36756133 (Constantin) | 6/7/2016 - 7/21/2022 | | | Event Execution Price (price) |
| [A 6] | blotter 37481764 - Matlock - Etrade xlsx | 37481764 (Matlock) | 10/16/2019 - 12/17/2019 | | | ADP Account Nbr (acct_id) |
| | *Panel B: Interactive Brokers* | | | | | |
| [B 1] | Order Tickets 2 - Interactive Brokers xlsx | U3063007 (Hrvatin, Stefan) | 6/13/2019 - 12/30/2020 | US Eastern (time in microseconds) | Tag = "E" | Time and Milliseconds (combined into dts_exec) |
| [B 2] | Order Tickets 1 - Interactive Brokers xlsx | U3063007 (Hrvatin, Stefan) | 2/23/2021 - 7/21/2022 | | | Symbol (symbol) |
| | | | | | | Side (side) |
| | | | | | | Size (quant) |
| | | | | | | Price (price) |
| | | | | | | Acct Number (acct_id) |
| [B 3] | Trade Blotter U3063007 xlsx | U3063007 (Hrvatin, Stefan) | 9/5/2019 - 8/4/2022 | US Eastern (time in seconds) | Tag = "E" | Trade Date (dts_exec) |
| | | | | | | Symbol (symbol) |
| | | | | | | Side (side) |
| | | | | | | Quantity (quant) |
| | | | | | | Price (price) |
| | | | | | | Account (acct_id) |
| | *Panel C: TD Ameritrade* | | | | | |
| [C 1] | Plato 03_23_2022 1 xlsx | 494758755 (Hennessey, Michael) 497399758 (Rybarczyk, Mariela) | 2/20/2019 - 3/16/2023 | US Central (time in milliseconds) | action_type = "FILL" or execution_type = "FILL" | actvy_ts (dts_exec) |
| [C 2] | TRADE HISTORY REPORT -TD - Hvartin Stefan and Stephanie xlsx | 495155738 (Hrvatin, Stefan) 865274859 (Hrvatin, Stefan) 686230254 (Hrvatin, Stephanie) | 1/2/2019 - 10/17/2021 | | | symbol (symbol) side (side) exec_leg_qty (quant) price_amt (price) |
| [C 3] | report_1 - TD csv | 232154067 (Hennessey Capital Management) 491247364 (Hennessey, Mitchell) 491693310 (Rybarczyk) 494158769 (Matlock) 496625310 (Knight) 497695487 (Deel) | 1/2/2019 - 5/27/2022 | | | acct_nbr (acct_id) |
| [C 4] | report_2 - TD csv | 497695487 (Deel) | 12/11/2020 - 5/16/2022 | | | |
| [C 5] | report_3 - TD csv | 497695487 (Deel) 865819349 (Constantin) | 3/6/2019 - 6/30/2022 | | | |
| [C 6] | report_4 - TD csv | 865819349 (Constantin) | 12/18/2020 - 8/31/2021 | | | |
| [C 7] | report_5 - TD csv | 232154067 (Hennessey Capital Management) 252939445 (Hennessey, Mitchell) 270979985 (Hennessey, Mitchell) 277487039 (Hennessey, Mitchell) 491247364 (Hennessey, Mitchell) 489686839 (Matlock) 496625310 (Knight) 865819349 (Constantin) | 1/2/2019 - 6/30/2022 | | | |

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix Exhibit 1**
**Summary of Brokerage Data Files and Data Combination**

| File Name | Account(s) and Account Holder(s) | Time Period Covered | Native Time Zone Format | Fields Used to Identify Filled Orders | Fields Used for Profit Calculation |
|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] |
| *Panel D: Tradestation* | | | | | |
| [D 1] Trade & Order Blotter xlsx | 11013340 (Sabo) | 6/21/2019 - 12/12/2022 | US Eastern (time in seconds) | STATUS = "FLL" or "FLP" | TIME_EXECUTED (dts_exec) SYMBOL (symbol) SIDE (side) EXEC_QUANTITY (quantity) EXEC_PRICE (price) |
| [D 2] Trade Blotter - TradeStation - Matlock xlsx | 11015653 (Matlock) | 6/28/2019 - 9/4/2019 | UTC (time in seconds) | | ACCOUNTID (acct_id) |
| *Panel E: TradeZero* | | | | | |
| [E 1] 2TZ07175 Trades csv | 2TZ07175 (Matlock) | 5/22/2020 - 10/27/2022 | US Eastern (time in milliseconds) | LastQty > 0 | FIXTransactDate (dts_exec) Symbol (symbol) Side (side) LastQty (quant) LastPrice (price) Account (acct_id) |
| *Panel F: Webull* | | | | | |
| [F 1] Webull - 5IJ59954 Mitchell Hennessey Time Stamped Orders xlsx | 5IJ59954 (Hennessey, Mitchell) | 5/13/2022 - 9/19/2022 | US Eastern (time in seconds) | Type = "TRADE" | Trade Time (dts_exec) Sub Type (side) Description is a text variable (parsed to create symbol, quantity, and price) Filenames (parsed to extract acct_id) |
| [F 2] Webull - 5KU41041 Stefan Hrvatin Time Stamped Orders xlsx | 5KU41041 (Hrvatin, Stefan) | 2/4/2022 - 10/5/2022 | | | |
| [F 3] Webull - 5NB36671 John Joseph Rybarczyk Time Stamped Orders xlsx | 5NB36671 (Rybarczyk, John) | 11/5/2020 - 8/8/2022 | | | |
| [F 4] Webull - 5KV54402 Perry Matlock csv | 5KV54402 (Matlock) | 4/17/2019 - 10/4/2022 | US Eastern (time in minutes) | Type = "TRADE" | filled_time (dts_exec) symbol (symbol) side (side) |
| [F 5] Webull - 5KX16182 Gary Deel csv | 5KX16182 (Deel) | 7/22/2019 - 9/28/2022 | | | order_qty (quant) |
| [F 6] Webull - 5MV17047 Tom Cooperman csv | 5MV17047 (Cooperman) | 8/19/2020 - 10/4/2022 | | | order_money (price = order_money / order_qty) |
| [F 7] Webull - 5WA85933 Edward Constantin csv | 5WA85933 (Constantin) | 12/10/2018 - 10/4/2022 | | | broker_account_id (acct_id) |

**Notes**

From the second Sunday in March to the first Sunday in November, the US Eastern time zone is Eastern Daylight Time, which is 4 hours behind Coordinated Universal Time (UTC)  During the remainder of the year, US Eastern time zone is Eastern Standard Time, which is 5 hours behind UTC

From the second Sunday in March to the first Sunday in November, the US Central time zone is Central Daylight Time, which is 5 hours behind Coordinated Universal Time (UTC)  During the remainder of the year, US Central time zone is Central Standard Time, which is 6 hours behind UTC

In files "Order Tickets 1 - Interactive Brokers xlsx" and "Order Tickets 2 - Interactive Brokers xlsx," the Milliseconds variable reports to the sixth decimal place which indicates the data is at microsecond granularity

Files that report time in seconds sometimes include slight deviations of 1-3 microseconds away from a full second  When I calculate time in seconds, to aggregate trades I truncate time to the second (e g , trades occuring at 5 999997 seconds would be aggregated with trades occuring at 5 seconds rather than 6 seconds)  Therefore, for files that report time in seconds, I add 10 microseconds to the time to mitigate these deviations (e g , I would replace 5 999997 with 6 000007 which would be aggregated with trades at 6 seconds)

*Privileged and Confidential*
*Subject to Protective Order*

**Appendix Exhibit 2**
**Summary of Twitter Files**

| | File Name | Account Holder(s) | Time Period Covered (Tweets) | No. Tweets | Native Time Zone Format |
|---|---|---|---|---|---|
| | **[1]** | **[2]** | **[3]** | **[4]** | **[5]** |
| [A.1] | DipDeity.xlsx | Knight | 1/1/2020 - 8/25/2022 | 16,166 | UTC |
| [A.2] | Hugh_Henne.xlsx | Hennessey | 1/6/2020 - 8/26/2022 | 19,960 | UTC |
| [A.3] | LadeBackk.xlsx | Hrvatin | 1/1/2020 - 8/26/2022 | 48,165 | UTC |
| [A.4] | MrZackMorris.xlsx | Constantin | 1/1/2020 - 8/26/2022 | 29,848 | UTC |
| [A.5] | notoriousalerts.xlsx | Deel | 1/2/2020 - 8/26/2022 | 12,193 | UTC |
| [A.6] | ohheytommy.xlsx | Cooperman | 2/19/2021 - 8/26/2022 | 22,085 | UTC |
| [A.7] | PJ_Matlock.xlsx | Matlock | 1/28/2020 - 8/26/2022 | 1,501 | UTC |
| [A.8] | Ultra_Calls.xlsx | Rybarczyk | 1/17/2020 - 8/26/2022 | 822 | UTC |
| [A.9] | Attachment_F_priority_files_008d.xlsm | Matlock, Rybarczyk | 2/8/2021 - 3/7/2022 (Matlock)<br>1/1/2020 - 3/8/2022 (Rybarczyk) | 1,257 (Matlock)<br>18,752 (Rybarczyk) | US Eastern |

**Notes**

For files [A.1] through [A.8], the phrase "Tweets" refers to the Twitter posts included in the "tweets" sheet (as opposed to "direct-messages" or "direct-messages-group").

"PJ_Matlock.xlsx" contains 10 tweets between January 8, 2020, and May 11, 2022, all of which are retweets.

"Ultra_Calls.xlsx" contains 52 tweets between January 8, 2020, and March 30, 2022, all of which are retweets.