**Episode 1: Trading in ABVC between August 10, 2021 and August 11, 2021**

| Last Name, First Name | Twitter Handle | Discord Handle | # of Tweets | # of Discord Messages | # of Shares Bought | # of Shares Sold | Profit (FIFO) |
|---|---|---|---:|---:|---:|---:|---:|
| Rybarczyk, John | @Ultra_Calls | Ultra#0374 | 31 | - | 340,582 | 340,582 | $ 59,345 |
| Deel, Gary | @notoriousalerts | Gary (Mystic Mac) 🍀#7345 | - | - | 50,381 | 50,381 | $ 2,025 |
| Sabo, Francis | | Ricky Bobby 🏁💨#7407 | - | - | 10,099 | 10,099 | $ (635) |
| **Total** | | | **31** | **-** | **401,062** | **401,062** | **$ 60,736** |

**Notes:**
"Profit (FIFO)" calculates a profit for every sale equal to the sale price minus the purchase price of the earliest-purchased shares not yet matched to a sale.
The FIFO method works the same for short positions as for long positions but in the inverse—it matches purchases against the earliest sale that has not already been covered.
"# of Tweets" and "# of Discord Messages" represents the number of public Twitter posts and Discord messages, respectively, by a trader during the episode that either (i) have been alleged to be false by the DOJ or (ii) refer to ABVC

John Rybarczyk (@Ultra_Calls / Ultra#0374)
Trade, Tweet, and Discord Activity in ABVC between August 10, 2021 and August 11, 2021

| # | Account Name | Brokerage | Activity | Date | Time | Side | No. Shares | Price ($) | Volume ($) | Total No. Shares | Profit (FIFO) | False/Misleading Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:34:11 AM | BUY | 3,000 | $ 3.29 | $ 9,868 | 3,000 | | |
| [2] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:34:20 AM | BUY | 3,000 | $ 3.23 | $ 9,701 | 6,000 | | |
| [3] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:34:30 AM | BUY | 3,000 | $ 3.29 | $ 9,863 | 9,000 | | |
| [4] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:35:01 AM | BUY | 3,000 | $ 3.30 | $ 9,890 | 12,000 | | |
| [5] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:35:22 AM | BUY | 2,000 | $ 3.30 | $ 6,600 | 14,000 | | |
| [6] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:36:48 AM | BUY | 2,000 | $ 3.30 | $ 6,600 | 16,000 | | |
| [7] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:37:08 AM | BUY | 2,000 | $ 3.40 | $ 6,800 | 18,000 | | |
| [8] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:37:18 AM | BUY | 2,000 | $ 3.34 | $ 6,675 | 20,000 | | |
| [9] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:37:28 AM | BUY | 2,000 | $ 3.39 | $ 6,783 | 22,000 | | |
| [10] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:44:29 AM | BUY | 2,000 | $ 3.40 | $ 6,800 | 24,000 | | |
| [11] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 09:44:38 AM | BUY | 2,000 | $ 3.40 | $ 6,793 | 26,000 | | |
| [12] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:00:39 AM | BUY | 2,000 | $ 3.24 | $ 6,481 | 28,000 | | |
| [13] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:00:51 AM | BUY | 2,000 | $ 3.25 | $ 6,500 | 30,000 | | |
| [14] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:01:06 AM | BUY | 2,000 | $ 3.30 | $ 6,600 | 32,000 | | |
| [15] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:25:09 AM | BUY | 2,000 | $ 3.22 | $ 6,444 | 34,000 | | |
| [16] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:25:34 AM | BUY | 2,000 | $ 3.25 | $ 6,495 | 36,000 | | |
| [17] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:25:49 AM | BUY | 2,000 | $ 3.27 | $ 6,548 | 38,000 | | |
| [18] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:28:33 AM | BUY | 2,000 | $ 3.30 | $ 6,598 | 40,000 | | |
| [19] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:53:41 AM | BUY | 2,000 | $ 3.33 | $ 6,654 | 42,000 | | |
| [20] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:54:37 AM | BUY | 2,000 | $ 3.30 | $ 6,604 | 44,000 | | |
| [21] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:54:57 AM | BUY | 2,000 | $ 3.33 | $ 6,660 | 46,000 | | |
| [22] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:55:14 AM | BUY | 2,000 | $ 3.35 | $ 6,700 | 48,000 | | |
| [23] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:55:29 AM | BUY | 2,000 | $ 3.35 | $ 6,700 | 50,000 | | |
| [24] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:57:29 AM | BUY | 6,796 | $ 3.39 | $ 23,047 | 56,796 | | |
| [25] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:57:30 AM | BUY | 100 | $ 3.40 | $ 340 | 56,896 | | |
| [26] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:57:34 AM | BUY | 100 | $ 3.40 | $ 340 | 56,996 | | |
| [27] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 10:59:11 AM | SELL | (700) | $ 3.56 | $ (2,492) | 56,296 | $ 189 | |
| [28] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 11:31:11 AM | BUY | 2,500 | $ 3.29 | $ 8,228 | 58,796 | | |
| [29] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 11:31:26 AM | BUY | 200 | $ 3.30 | $ 660 | 58,996 | | |
| [30] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 11:53:03 AM | BUY | 5,403 | $ 3.30 | $ 17,830 | 64,399 | | |
| [31] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 11:54:10 AM | BUY | 4,800 | $ 3.30 | $ 15,840 | 69,199 | | |
| [32] | Rybarczyk, John | | Tweet | 08/10/2021 | 02:43:00 PM | $ABVC HALTED UP 🔺 | | | | | | |
| [33] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:43:09 PM | BUY | 7,394 | $ 3.52 | $ 25,992 | 76,593 | | |
| [34] | Rybarczyk, John | | Tweet | 08/10/2021 | 02:45:00 PM | Will be hawking $ABVC looks clean | | | | | | |
| [35] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:17 PM | SELL | (18,703) | $ 3.81 | $ (71,350) | 57,890 | $ 9,648 | |
| [36] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:18 PM | SELL | (22) | $ 3.75 | $ (83) | 57,868 | $ 9 | |
| [37] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:19 PM | SELL | (4,600) | $ 3.75 | $ (17,250) | 53,268 | $ 1,663 | |
| [38] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:20 PM | SELL | (3,100) | $ 3.75 | $ (11,625) | 50,168 | $ 1,271 | |
| [39] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:21 PM | SELL | (2,800) | $ 3.75 | $ (10,500) | 47,368 | $ 1,408 | |
| [40] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:22 PM | SELL | (1,700) | $ 3.75 | $ (6,375) | 45,668 | $ 769 | |
| [41] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:24 PM | SELL | (1,000) | $ 3.76 | $ (3,757) | 44,668 | $ 506 | |
| [42] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:25 PM | SELL | (2,700) | $ 3.75 | $ (10,125) | 41,968 | $ 1,392 | |
| [43] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 02:49:26 PM | SELL | (1,968) | $ 3.75 | $ (7,387) | 40,000 | $ 961 | |
| [44] | Rybarczyk, John | | Tweet | 08/10/2021 | 02:50:00 PM | $ABVC 2ND HALT UP 🔺 | | | | | | |
| [45] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:04:48 PM | BUY | 757 | $ 3.94 | $ 2,983 | 40,757 | | |
| [46] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:04:49 PM | BUY | 100 | $ 3.94 | $ 394 | 40,857 | | |
| [47] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:04:52 PM | BUY | 100 | $ 3.94 | $ 394 | 40,957 | | |
| [48] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:04:54 PM | BUY | 50 | $ 3.94 | $ 197 | 41,007 | | |
| [49] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:04:58 PM | BUY | 900 | $ 3.94 | $ 3,546 | 41,907 | | |
| [50] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:05:05 PM | BUY | 8,093 | $ 3.94 | $ 31,886 | 50,000 | | |
| [51] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:12:15 PM | BUY | 3,446 | $ 3.60 | $ 12,406 | 53,446 | | |
| [52] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:12:19 PM | BUY | 200 | $ 3.60 | $ 720 | 53,646 | | |
| [53] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:12:20 PM | BUY | 300 | $ 3.60 | $ 1,080 | 53,946 | | |
| [54] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 03:12:25 PM | BUY | 1,390 | $ 3.60 | $ 5,004 | 55,336 | | |
| [55] | Rybarczyk, John | | Tweet | 08/10/2021 | 03:13:00 PM | $ABVC In chat 11:06 EST. $3.30's to $4.46. This is the soak zone for a swing or potentially another DT" | | | | | | |
| [56] | Rybarczyk, John | | Tweet | 08/10/2021 | 03:16:00 PM | $ABVC curl | | | | | | |
| [57] | Rybarczyk, John | | Tweet | 08/10/2021 | 03:21:00 PM | $ABVC Watch for the re-break of $4 | | | | | | |
| [58] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:27 PM | BUY | 2,267 | $ 3.36 | $ 7,627 | 57,603 | | |
| [59] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:31 PM | BUY | 2,000 | $ 3.40 | $ 6,800 | 59,603 | | |
| [60] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:32 PM | BUY | 1 | $ 3.40 | $ 3 | 59,604 | | |
| [61] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:34 PM | BUY | 1,000 | $ 3.40 | $ 3,400 | 60,604 | | |
| [62] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:35 PM | BUY | 2,000 | $ 3.40 | $ 6,800 | 62,604 | | |
| [63] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:38 PM | BUY | 1,733 | $ 3.40 | $ 5,892 | 64,337 | | |
| [64] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:43 PM | BUY | 500 | $ 3.40 | $ 1,700 | 64,837 | | |
| [65] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:44 PM | BUY | 90 | $ 3.40 | $ 306 | 64,927 | | |
| [66] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:57 PM | BUY | 6,320 | $ 3.40 | $ 21,488 | 71,247 | | |
| [67] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:29:59 PM | BUY | 328 | $ 3.40 | $ 1,115 | 71,575 | | |
| [68] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:00 PM | BUY | 300 | $ 3.40 | $ 1,020 | 71,875 | | |
| [69] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:29 PM | BUY | 1,572 | $ 3.40 | $ 5,345 | 73,447 | | |
| [70] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:34 PM | BUY | 50 | $ 3.37 | $ 169 | 73,497 | | |
| [71] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:38 PM | BUY | 3,000 | $ 3.40 | $ 10,200 | 76,497 | | |
| [72] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:40 PM | BUY | 1,000 | $ 3.40 | $ 3,400 | 77,497 | | |
| [73] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:41 PM | BUY | 1,000 | $ 3.40 | $ 3,400 | 78,497 | | |
| [74] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:43 PM | BUY | 1,130 | $ 3.40 | $ 3,842 | 79,627 | | |
| [75] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:45 PM | BUY | 1,950 | $ 3.40 | $ 6,630 | 81,577 | | |
| [76] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:46 PM | BUY | 1,500 | $ 3.40 | $ 5,100 | 83,077 | | |
| [77] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:47 PM | BUY | 1,000 | $ 3.40 | $ 3,400 | 84,077 | | |
| [78] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:53 PM | BUY | 500 | $ 3.40 | $ 1,700 | 84,577 | | |

| # | Name | Broker | Type | Date | Time | Action | Qty | Price | Amount | Balance | P/L |
|---|------|--------|------|------|------|--------|-----|-------|--------|---------|-----|
| [79] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:30:56 PM | BUY | 759 | $ 3.40 | $ 2,581 | 85,336 | |
| [80] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:58:08 PM | BUY | 2,665 | $ 3.35 | $ 8,928 | 88,001 | |
| [81] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:59:36 PM | BUY | 1,914 | $ 3.35 | $ 6,412 | 89,915 | |
| [82] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:59:37 PM | BUY | 25,820 | $ 3.35 | $ 86,497 | 115,735 | |
| [83] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:59:43 PM | BUY | 25,000 | $ 3.35 | $ 83,750 | 140,735 | |
| [84] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:59:45 PM | BUY | 2,200 | $ 3.35 | $ 7,370 | 142,935 | |
| [85] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 04:59:46 PM | BUY | 7,065 | $ 3.35 | $ 23,668 | 150,000 | |
| [86] | Rybarczyk, John | | Tweet | 08/10/2021 | 05:06:00 PM | $ABVC Dirt cheap, was $29's https://t.co/F95fgX34YM | | | | | |
| [87] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:06:16 PM | BUY | 45,000 | $ 3.35 | $ 150,750 | 195,000 | |
| [88] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:06:17 PM | BUY | 5,000 | $ 3.35 | $ 16,750 | 200,000 | |
| [89] | Rybarczyk, John | | Tweet | 08/10/2021 | 05:07:00 PM | $ABVC Most recent offering was $6.25/share. Bought offering. I mean come on. | | | | | |
| [90] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:31:26 PM | BUY | 156 | $ 3.29 | $ 513 | 200,156 | |
| [91] | Rybarczyk, John | | Tweet | 08/10/2021 | 05:35:00 PM | Didn't post much because I didn't see anything that would go minimum 50%. Only one on my radar that I think could blow up premarket is $ABVC ; their bought offering was $6.25. So that's why we can see minimum 50% here | | | | | |
| [92] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:48:18 PM | BUY | 200 | $ 3.49 | $ 698 | 200,356 | |
| [93] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:48:32 PM | BUY | 411 | $ 3.49 | $ 1,434 | 200,767 | |
| [94] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:48:52 PM | BUY | 1,000 | $ 3.49 | $ 3,490 | 201,767 | |
| [95] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:49:49 PM | BUY | 1,920 | $ 3.54 | $ 6,797 | 203,687 | |
| [96] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:51:50 PM | BUY | 1,134 | $ 3.54 | $ 4,014 | 204,821 | |
| [97] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:52:08 PM | BUY | 1,000 | $ 3.54 | $ 3,540 | 205,821 | |
| [98] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:52:27 PM | BUY | 68 | $ 3.54 | $ 241 | 205,889 | |
| [99] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:52:40 PM | BUY | 1,000 | $ 3.54 | $ 3,540 | 206,889 | |
| [100] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:52:54 PM | BUY | 997 | $ 3.54 | $ 3,529 | 207,886 | |
| [101] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:53:20 PM | BUY | 3,881 | $ 3.55 | $ 13,778 | 211,767 | |
| [102] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:54:03 PM | BUY | 3,000 | $ 3.54 | $ 10,620 | 214,767 | |
| [103] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:56:09 PM | BUY | 200 | $ 3.54 | $ 708 | 214,967 | |
| [104] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 05:56:24 PM | BUY | 189 | $ 3.54 | $ 669 | 215,156 | |
| [105] | Rybarczyk, John | | Tweet | 08/10/2021 | 07:59:00 PM | $ABVC GAPPER CANDIDATE | | | | | |
| [106] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:03 PM | BUY | 23,309 | $ 3.72 | $ 86,763 | 238,465 | |
| [107] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:06 PM | BUY | 300 | $ 3.95 | $ 1,185 | 238,765 | |
| [108] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:08 PM | BUY | 300 | $ 3.95 | $ 1,185 | 239,065 | |
| [109] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:10 PM | BUY | 300 | $ 3.95 | $ 1,185 | 239,365 | |
| [110] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:15 PM | BUY | 10,000 | $ 3.95 | $ 39,500 | 249,365 | |
| [111] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:16 PM | BUY | 20,000 | $ 3.95 | $ 79,000 | 269,365 | |
| [112] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:17 PM | BUY | 100 | $ 3.95 | $ 395 | 269,465 | |
| [113] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:18 PM | BUY | 597 | $ 3.95 | $ 2,358 | 270,062 | |
| [114] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:19 PM | BUY | 500 | $ 3.95 | $ 1,975 | 270,562 | |
| [115] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:26 PM | BUY | 5,700 | $ 3.95 | $ 22,515 | 276,262 | |
| [116] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:34 PM | BUY | 495 | $ 3.95 | $ 1,955 | 276,757 | |
| [117] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:39 PM | BUY | 1,792 | $ 3.95 | $ 7,078 | 278,549 | |
| [118] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:45 PM | BUY | 100 | $ 3.95 | $ 395 | 278,649 | |
| [119] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:49 PM | BUY | 3,000 | $ 3.95 | $ 11,850 | 281,649 | |
| [120] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:50 PM | BUY | 250 | $ 3.95 | $ 988 | 281,899 | |
| [121] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:53 PM | BUY | 100 | $ 3.95 | $ 395 | 281,999 | |
| [122] | Rybarczyk, John | Etrade | Trade | 08/10/2021 | 07:59:55 PM | BUY | 100 | $ 3.95 | $ 395 | 282,099 | |
| [123] | Rybarczyk, John | | Tweet | 08/10/2021 | 08:03:00 PM | $ABVC INSANE CLOSE! This Gaps huge. What a big bullish candle to close the day off | | | | | |
| [124] | Rybarczyk, John | | Tweet | 08/10/2021 | 08:27:00 PM | $ABVC Nice 69K candle 🍆 | | | | | |
| [125] | Rybarczyk, John | | Tweet | 08/10/2021 | 08:42:00 PM | $ABVC Under $4 still super low risk here. Their bought offering was over $6 with series A warrants equal to $6.30 and Series B $10.00 https://t.co/dM2NKbIGxy | | | | | |
| [126] | Rybarczyk, John | | Tweet | 08/10/2021 | 11:21:00 PM | $ABVC All time high volume 4.5M. Still doing more DD on this name. Can be a super nova though. Based on today's action can pull a $MDIA $NURO $FULC type move. Target 🎯 1: $6.00+Target 🎯 2: $8.00+Target 🎯 3: $10.00+" | | | | | |
| [127] | Rybarczyk, John | | Tweet | 08/11/2021 | 08:00:00 AM | No sleep just waking up too lol $ABVC looking strong still!! $4/ $4.50 breakouts next. $FULC day two of the run. | | | | | |
| [128] | Rybarczyk, John | | Tweet | 08/11/2021 | 08:06:00 AM | The 50-100% runners are coming back! $ABVC should go huge too like $FULC once these algos kick on. Check the insider and tute ownership https://t.co/JMSn02gzCN | | | | | |
| [129] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:09:55 AM | BUY | 1,100 | $ 3.87 | $ 4,262 | 283,199 | |
| [130] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:09:57 AM | BUY | 50 | $ 3.88 | $ 194 | 283,249 | |
| [131] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:10:32 AM | BUY | 40 | $ 3.88 | $ 155 | 283,289 | |
| [132] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:30 AM | BUY | 17,021 | $ 3.97 | $ 67,585 | 300,310 | |
| [133] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:31 AM | BUY | 1,200 | $ 4.00 | $ 4,800 | 301,510 | |
| [134] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:33 AM | BUY | 11 | $ 4.00 | $ 44 | 301,521 | |
| [135] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:34 AM | BUY | 500 | $ 4.00 | $ 2,000 | 302,021 | |
| [136] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:35 AM | BUY | 500 | $ 4.00 | $ 2,000 | 302,521 | |
| [137] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:37 AM | BUY | 150 | $ 4.00 | $ 600 | 302,671 | |
| [138] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 08:11:38 AM | BUY | 618 | $ 4.00 | $ 2,472 | 303,289 | |
| [139] | Rybarczyk, John | | Tweet | 08/11/2021 | 08:24:00 AM | $ABVC Soaked a ton between yesterday and a few fills when I got up. High conviction play $6+ first target. Keep on your WL for coming days | | | | | 1 |
| [140] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:05:00 AM | $ABVC Offering was $6.25 and closed quickly. Super enticing for accumulation at these levels. No brainer for me https://t.co/4y5PR3NYiR | | | | | 1 |
| [141] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:10:00 AM | 20 min! Top watches $ABVC $FULC $MDIA | | | | | |
| [142] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:30:00 AM | $ABVC LONG $6+++ | | | | | 1 |
| [143] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:32:00 AM | $ABVC $4.10 big key spot! Should explode off $FULC $MDIA Uplisters been hot | | | | | 1 |
| [144] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:34:00 AM | $ABVC Over 1M volume. Second day in row of huge accumulation | | | | | |
| [145] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:11 AM | SELL | (613) | $ 4.03 | $ (2,470) | 302,676 | $ 463 |
| [146] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:12 AM | SELL | (11) | $ 4.03 | $ (44) | 302,665 | $ 8 |
| [147] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:17 AM | SELL | (247) | $ 4.04 | $ (997) | 302,418 | $ 184 |
| [148] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:19 AM | SELL | (270) | $ 4.03 | $ (1,089) | 302,148 | $ 199 |
| [149] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:20 AM | SELL | (38) | $ 4.04 | $ (153) | 302,110 | $ 28 |
| [150] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:23 AM | SELL | (118) | $ 4.03 | $ (476) | 301,992 | $ 87 |
| [151] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:24 AM | SELL | (268) | $ 4.04 | $ (1,082) | 301,724 | $ 198 |
| [152] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:35:27 AM | SELL | (1,467) | $ 4.03 | $ (5,912) | 300,257 | $ 1,063 |
| [153] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:36:55 AM | SELL | (285) | $ 4.00 | $ (1,140) | 299,972 | $ 192 |
| [154] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:36:56 AM | SELL | (40) | $ 4.00 | $ (160) | 299,932 | $ 27 |
| [155] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:36:57 AM | SELL | (125) | $ 4.02 | $ (503) | 299,807 | $ 87 |
| [156] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:36:59 AM | SELL | (5) | $ 4.00 | $ (20) | 299,802 | $ 3 |
| [157] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:00 AM | SELL | (125) | $ 4.02 | $ (502) | 299,677 | $ 86 |
| [158] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:01 AM | SELL | (2,000) | $ 4.00 | $ (8,000) | 297,677 | $ 1,369 |
| [159] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:02 AM | SELL | (2,100) | $ 4.00 | $ (8,400) | 295,577 | $ 1,437 |
| [160] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:03 AM | SELL | (2,657) | $ 3.99 | $ (10,597) | 292,920 | $ 1,716 |
| [161] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:04 AM | SELL | (2,819) | $ 3.90 | $ (11,004) | 290,101 | $ 1,541 |

| # | Name | Platform | Type | Date | Time | Action/Content | Quantity | Price | Value | Balance | Extra |
|---|------|----------|------|------|------|----------------|----------|-------|-------|---------|-------|
| [162] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:05 AM | SELL | (1,280) | $ 3.87 | $ (4,949) | 288,821 | $ 608 |
| [163] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:06 AM | SELL | (3,499) | $ 3.83 | $ (13,411) | 285,322 | $ 1,545 |
| [164] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:07 AM | SELL | (1,561) | $ 3.80 | $ (5,939) | 283,761 | $ 645 |
| [165] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:08 AM | SELL | (3,650) | $ 3.79 | $ (13,837) | 280,111 | $ 1,797 |
| [166] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:09 AM | SELL | (2,101) | $ 3.76 | $ (7,901) | 278,010 | $ 967 |
| [167] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:10 AM | SELL | (2,900) | $ 3.76 | $ (10,890) | 275,110 | $ 1,320 |
| [168] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:11 AM | SELL | (2,200) | $ 3.75 | $ (8,252) | 272,910 | $ 992 |
| [169] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:12 AM | SELL | (4,032) | $ 3.76 | $ (15,166) | 268,878 | $ 1,471 |
| [170] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:13 AM | SELL | (2,100) | $ 3.72 | $ (7,810) | 266,778 | $ 428 |
| [171] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:14 AM | SELL | (2,000) | $ 3.71 | $ (7,423) | 264,778 | $ 392 |
| [172] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:37:15 AM | SELL | (1,000) | $ 3.71 | $ (3,712) | 263,778 | $ 197 |
| [173] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:40:00 AM | $ABVC Still goes $6+ | | | | | 1 |
| [174] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:41:05 AM | SELL | (2,000) | $ 3.89 | $ (7,770) | 261,778 | $ 98 |
| [175] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:44:00 AM | Called out Uplistings that went 100-200% recently. So I know what $ABVC will do. | | | | | 1 |
| [176] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:46:00 AM | $ABVC NHOD! Parabolic MODE soon like $FULC | | | | | 1 |
| [177] | Rybarczyk, John | | Tweet | 08/11/2021 | 09:49:00 AM | $ABVC Long … Res breakouts $4.25… $4.68 … $5 …. $6 | | | | | 1 |
| [178] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:49:59 AM | SELL | (2,000) | $ 3.96 | $ (7,922) | 259,778 | $ 42 |
| [179] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:50:10 AM | SELL | (2,000) | $ 4.03 | $ (8,052) | 257,778 | $ 172 |
| [180] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:55:02 AM | SELL | (1,577) | $ 4.03 | $ (6,358) | 256,201 | $ 144 |
| [181] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:55:13 AM | SELL | (2,000) | $ 4.00 | $ (8,009) | 254,201 | $ 129 |
| [182] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:59:15 AM | SELL | (59,020) | $ 3.77 | $ (222,417) | 195,181 | $ 21,411 |
| [183] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 09:59:17 AM | SELL | (25,181) | $ 3.65 | $ (91,923) | 170,000 | $ 7,566 |
| [184] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:00:38 AM | SELL | (1,700) | $ 3.76 | $ (6,395) | 168,300 | $ 700 |
| [185] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:00:49 AM | SELL | (1,700) | $ 3.77 | $ (6,409) | 166,600 | $ 714 |
| [186] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:01:01 AM | SELL | (1,700) | $ 3.77 | $ (6,409) | 164,900 | $ 714 |
| [187] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:01:23 AM | SELL | (1,700) | $ 3.77 | $ (6,410) | 163,200 | $ 715 |
| [188] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:01:45 AM | SELL | (1,700) | $ 3.77 | $ (6,409) | 161,500 | $ 714 |
| [189] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:02:00 AM | SELL | (1,700) | $ 3.78 | $ (6,432) | 159,800 | $ 737 |
| [190] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:02:10 AM | SELL | (1,700) | $ 3.82 | $ (6,494) | 158,100 | $ 799 |
| [191] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:02:48 AM | SELL | (1,700) | $ 3.84 | $ (6,531) | 156,400 | $ 836 |
| [192] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:03:00 AM | SELL | (1,700) | $ 3.82 | $ (6,500) | 154,700 | $ 805 |
| [193] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:04:35 AM | SELL | (1,700) | $ 3.83 | $ (6,511) | 153,000 | $ 816 |
| [194] | Rybarczyk, John | | Tweet | 08/11/2021 | 10:05:00 AM | $ABVC Not anywhere near done. Full position intact. 90% of swings all explode | | | | | 1 |
| [195] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:10:34 AM | SELL | (1,700) | $ 3.92 | $ (6,667) | 151,300 | $ 972 |
| [196] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:10:55 AM | SELL | (1,513) | $ 3.89 | $ (5,886) | 149,787 | $ 817 |
| [197] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:11:05 AM | SELL | (1,513) | $ 3.89 | $ (5,886) | 148,274 | $ 817 |
| [198] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:25 AM | SELL | (100) | $ 3.88 | $ (388) | 148,174 | $ 53 |
| [199] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:30 AM | SELL | (30) | $ 3.88 | $ (116) | 148,144 | $ 16 |
| [200] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:34 AM | SELL | (2,000) | $ 3.82 | $ (7,646) | 146,144 | $ 946 |
| [201] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:35 AM | SELL | (500) | $ 3.80 | $ (1,900) | 145,644 | $ 225 |
| [202] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:36 AM | SELL | (500) | $ 3.80 | $ (1,900) | 145,144 | $ 225 |
| [203] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:18:37 AM | SELL | (4,870) | $ 3.80 | $ (18,523) | 140,274 | $ 2,208 |
| [204] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:19:26 AM | SELL | (1,482) | $ 3.83 | $ (5,676) | 138,792 | $ 711 |
| [205] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:19:35 AM | SELL | (1,482) | $ 3.86 | $ (5,718) | 137,310 | $ 753 |
| [206] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:22:11 AM | SELL | (1,500) | $ 3.72 | $ (5,580) | 135,810 | $ 555 |
| [207] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:22:55 AM | SELL | (1,358) | $ 3.70 | $ (5,025) | 134,452 | $ 476 |
| [208] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:23:04 AM | SELL | (1,358) | $ 3.70 | $ (5,028) | 133,094 | $ 479 |
| [209] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:23:17 AM | SELL | (1,358) | $ 3.69 | $ (5,015) | 131,736 | $ 466 |
| [210] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:23:34 AM | SELL | (1,358) | $ 3.69 | $ (5,004) | 130,378 | $ 455 |
| [211] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:23:43 AM | SELL | (1,358) | $ 3.67 | $ (4,984) | 129,020 | $ 435 |
| [212] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:23:52 AM | SELL | (1,358) | $ 3.68 | $ (4,996) | 127,662 | $ 447 |
| [213] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:03 AM | SELL | (1,358) | $ 3.69 | $ (5,011) | 126,304 | $ 462 |
| [214] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:15 AM | SELL | (1,358) | $ 3.70 | $ (5,025) | 124,946 | $ 475 |
| [215] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:25 AM | SELL | (1,358) | $ 3.72 | $ (5,045) | 123,588 | $ 496 |
| [216] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:34 AM | SELL | (1,358) | $ 3.71 | $ (5,038) | 122,230 | $ 489 |
| [217] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:44 AM | SELL | (1,358) | $ 3.70 | $ (5,025) | 120,872 | $ 475 |
| [218] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:24:54 AM | SELL | (1,358) | $ 3.71 | $ (5,033) | 119,514 | $ 483 |
| [219] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:25:08 AM | SELL | (1,358) | $ 3.69 | $ (5,013) | 118,156 | $ 464 |
| [220] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:25:26 AM | SELL | (1,358) | $ 3.67 | $ (4,982) | 116,798 | $ 433 |
| [221] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:25:42 AM | SELL | (1,358) | $ 3.66 | $ (4,970) | 115,440 | $ 421 |
| [222] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:26:01 AM | SELL | (1,154) | $ 3.65 | $ (4,212) | 114,286 | $ 346 |
| [223] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:26:11 AM | SELL | (1,154) | $ 3.65 | $ (4,212) | 113,132 | $ 346 |
| [224] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:26:21 AM | SELL | (1,154) | $ 3.65 | $ (4,216) | 111,978 | $ 350 |
| [225] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:26:29 AM | SELL | (1,154) | $ 3.55 | $ (4,100) | 110,824 | $ 234 |
| [226] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:26:52 AM | SELL | (1,108) | $ 3.46 | $ (3,835) | 109,716 | $ 123 |
| [227] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:27:03 AM | SELL | (1,108) | $ 3.49 | $ (3,861) | 108,608 | $ 150 |
| [228] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:27:12 AM | SELL | (1,108) | $ 3.47 | $ (3,845) | 107,500 | $ 133 |
| [229] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:27:23 AM | SELL | (1,108) | $ 3.42 | $ (3,789) | 106,392 | $ 78 |
| [230] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:27:39 AM | SELL | (1,063) | $ 3.43 | $ (3,646) | 105,329 | $ 85 |
| [231] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:27:49 AM | SELL | (1,063) | $ 3.42 | $ (3,631) | 104,266 | $ 70 |
| [232] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:28:00 AM | SELL | (1,063) | $ 3.40 | $ (3,617) | 103,203 | $ 61 |
| [233] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:28:11 AM | SELL | (1,063) | $ 3.40 | $ (3,614) | 102,140 | $ (81) |
| [234] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:28:58 AM | SELL | (1,021) | $ 3.45 | $ (3,524) | 101,119 | $ (60) |
| [235] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:29:08 AM | SELL | (1,021) | $ 3.47 | $ (3,543) | 100,098 | $ (71) |
| [236] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:29:17 AM | SELL | (1,021) | $ 3.45 | $ (3,523) | 99,077 | $ (92) |
| [237] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:29:28 AM | SELL | (1,021) | $ 3.43 | $ (3,504) | 98,056 | $ (110) |
| [238] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:29:37 AM | SELL | (1,021) | $ 3.45 | $ (3,522) | 97,035 | $ (92) |
| [239] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:30:17 AM | SELL | (1,500) | $ 3.47 | $ (5,198) | 95,535 | $ (112) |
| [240] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:31:11 AM | SELL | (1,500) | $ 3.51 | $ (5,258) | 94,035 | $ (66) |
| [241] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:31:30 AM | SELL | (1,500) | $ 3.52 | $ (5,281) | 92,535 | $ (44) |
| [242] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:31:40 AM | SELL | (1,500) | $ 3.55 | $ (5,322) | 91,035 | $ 2 |
| [243] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:31:50 AM | SELL | (1,500) | $ 3.60 | $ (5,402) | 89,535 | $ 91 |
| [244] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:32:00 AM | SELL | (1,500) | $ 3.57 | $ (5,362) | 88,035 | $ 34 |

| # | Name | Platform | Type | Date | Time | Action/Message | Shares | Price | Amount | Balance | P/L | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [245] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:32:11 AM | SELL | (1,500) | $ 3.56 | $ (5,342) | 86,535 | $ (241) | |
| [246] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:33:30 AM | SELL | (1,500) | $ 3.52 | $ (5,280) | 85,035 | $ (303) | |
| [247] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:33:40 AM | SELL | (5,000) | $ 3.53 | $ (17,650) | 80,035 | $ (962) | |
| [248] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:33:52 AM | SELL | (5,000) | $ 3.53 | $ (17,648) | 75,035 | $ (964) | |
| [249] | Rybarczyk, John | | Tweet | 08/11/2021 | 10:34:00 AM | $ABVC Near entry now. Holding 300K full | | | | | | 1 |
| [250] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:34:09 AM | SELL | (5,000) | $ 3.52 | $ (17,600) | 70,035 | $ (1,012) | |
| [251] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:34:25 AM | SELL | (1,500) | $ 3.51 | $ (5,265) | 68,535 | $ (318) | |
| [252] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:34:36 AM | SELL | (1,500) | $ 3.51 | $ (5,265) | 67,035 | $ (318) | |
| [253] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:35:08 AM | SELL | (1,500) | $ 3.56 | $ (5,333) | 65,535 | $ (251) | |
| [254] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:35:22 AM | SELL | (1,500) | $ 3.52 | $ (5,280) | 64,035 | $ (483) | |
| [255] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:35:34 AM | SELL | (1,500) | $ 3.54 | $ (5,311) | 62,535 | $ (614) | |
| [256] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:35:51 AM | SELL | (1,500) | $ 3.58 | $ (5,365) | 61,035 | $ (560) | |
| [257] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:36:04 AM | SELL | (1,500) | $ 3.62 | $ (5,423) | 59,535 | $ (503) | |
| [258] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:36:14 AM | SELL | (1,500) | $ 3.62 | $ (5,426) | 58,035 | $ (500) | |
| [259] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:37:12 AM | SELL | (1,500) | $ 3.65 | $ (5,480) | 56,535 | $ (445) | |
| [260] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:37:27 AM | SELL | (1,500) | $ 3.64 | $ (5,462) | 55,035 | $ (463) | |
| [261] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:38:40 AM | SELL | (1,500) | $ 3.63 | $ (5,441) | 53,535 | $ (484) | |
| [262] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:39:05 AM | SELL | (5,000) | $ 3.56 | $ (17,804) | 48,535 | $ (1,946) | |
| [263] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 10:39:32 AM | SELL | (8,535) | $ 3.58 | $ (30,553) | 40,000 | $ (3,160) | |
| [264] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:36:18 AM | SELL | (2,000) | $ 3.65 | $ (7,300) | 38,000 | $ (600) | |
| [265] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:36:29 AM | SELL | (2,000) | $ 3.64 | $ (7,290) | 36,000 | $ (611) | |
| [266] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:37:25 AM | SELL | (2,000) | $ 3.65 | $ (7,290) | 34,000 | $ (610) | |
| [267] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:54:00 AM | SELL | (2,000) | $ 3.59 | $ (7,180) | 32,000 | $ (720) | |
| [268] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:54:25 AM | SELL | (2,000) | $ 3.58 | $ (7,154) | 30,000 | $ (746) | |
| [269] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:54:47 AM | SELL | (2,000) | $ 3.59 | $ (7,175) | 28,000 | $ (725) | |
| [270] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 11:54:58 AM | SELL | (2,000) | $ 3.57 | $ (7,140) | 26,000 | $ (760) | |
| [271] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:23:18 PM | SELL | (2,600) | $ 3.52 | $ (9,141) | 23,400 | $ (1,129) | |
| [272] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:23:27 PM | SELL | (2,600) | $ 3.51 | $ (9,127) | 20,800 | $ (1,113) | |
| [273] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:23:44 PM | SELL | (2,600) | $ 3.50 | $ (9,100) | 18,200 | $ (1,147) | |
| [274] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:24:01 PM | SELL | (2,600) | $ 3.48 | $ (9,048) | 15,600 | $ (1,276) | |
| [275] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:24:28 PM | SELL | (2,600) | $ 3.46 | $ (8,999) | 13,000 | $ (1,325) | |
| [276] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:24:54 PM | SELL | (3,000) | $ 3.45 | $ (10,356) | 10,000 | $ (1,556) | |
| [277] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:25:04 PM | SELL | (2,500) | $ 3.44 | $ (8,602) | 7,500 | $ (1,324) | |
| [278] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:25:18 PM | SELL | (2,500) | $ 3.43 | $ (8,582) | 5,000 | $ (1,345) | |
| [279] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:25:31 PM | SELL | (2,500) | $ 3.45 | $ (8,625) | 2,500 | $ (1,316) | |
| [280] | Rybarczyk, John | Etrade | Trade | 08/11/2021 | 12:25:56 PM | SELL | (2,500) | $ 3.43 | $ (8,565) | - | $ (1,435) | |
| [281] | Rybarczyk, John | | Tweet | 08/11/2021 | 04:49:00 PM | $ABVC Strange action today . Bag holder here 🤡 honestly doesn't make sense. Ran from $3.30 to $4.40's yesterday and to $4.20's today. B | | | | | | 1 |
| [282] | Rybarczyk, John | | Tweet | 08/12/2021 | 10:30:00 AM | Me too sorry all about $ABVC Taking time to make sure next is a big winner. I'll make sure it's available to discord and Twitter same time too | | | | | | 1 |
| [283] | Rybarczyk, John | | Tweet | 08/12/2021 | 10:32:00 AM | ABVC was alerted 3.37 and ran to 4.48 34% but yes the action sucked afterwards. Felt like dilution or something. | | | | | | 1 |

**Notes:**

[1] "Profit (FIFO)" calculates a profit for every sale equal to the sale price minus the purchase price of the earliest-purchased shares not yet matched to a sale.
[2] The FIFO method works the same for short positions as for long positions but in the inverse—it matches purchases against the earliest sale that has not already been covered.
[3] There are a total of 13 allegedly false Tweets and Discord messages by John Rybarczyk. There are an additional 18 Tweet and Discord messages that reference ticker ABVC by John Rybarczyk.
[4] Green highlighted rows indicate BUY trades. Red highlighted rows indicate SELL trades. Yellow highlighted rows indicate allegedly false Tweet and Discord messages from all defendants during the episode, as well as non-defendant Francis Sabo.
[5] Non-highlighted rows indicate Tweet or Discord messages from the trader that are not flagged as allegedly false.
[6] "ET" is short for "Eastern Time," referring to the US time zone which, from the second Sunday in March to the first Sunday in November, is 4 hours behind Coordinated Universal Time ("UTC") and which, during the remainder of the year, is 5 hours behind UTC