**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **CONSTANTINESCU,** *et al.* | § | **The Honorable Andrew S. Hanen** |
| | § | |
| **Defendants.** | § | |

### United States' Notice regarding Exhibit and Witness Lists

The United States, by through its undersigned counsel, hereby notifies the Court that it has filed its exhibit list in the above-referenced case. ECF No. 351. The United States will be sending via FedEx each Defendant a copy of the underlying exhibits and will provide the Court its copies as trial approaches, unless otherwise notified by the Court. The United States also filed its witness list in this case. ECF No. 350. The names of civilian witnesses are anonymized on the public docket, and undersigned counsel provided to Defendants the full name of the noticed witnesses via separate cover. The United States did not include on its witness list various custodians of business records, subject to LR55.2 and the Court's Rule 8F. The United States stands ready to proceed to trial on October 23, 2023.

Respectfully submitted,


GLENN S. LEON
Chief, Fraud Section
Criminal Division, Department of Justice

By:   */s/ Scott Armstrong*
Scott Armstrong, Assistant Chief
John J. Liolos, Trial Attorney
Fraud Section, DOJ Criminal Division
1400 New York Ave. NW
Washington, DC 20005
Tel.: (202) 353-0801

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:   */s/ Thomas Carter*
Assistant United States Attorney
State Bar No.: TX24048387
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9470

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

*/s/ Scott Armstrong*
Scott Armstrong
U.S. Department of Justice
Criminal Division, Fraud Section