United States District Court
Southern District of Texas
**ENTERED**
October 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612-7 |
| | § | |
| MITCHELL HENNESSEY | § | |

## ORDER

Pending before the Court is Defendant Mitchell Hennessy's Motion to Modify Conditions of Release (Doc. No. 426, sealed). The Government has filed a Response in Opposition (Doc. No. 435). Defendant subsequently filed a Reply (Doc. No. 441, sealed). The Court has considered the motion, response, reply and applicable law and finds that Defendant's bond conditions should remain as imposed. It is therefore

**ORDERED** that Defendant Mitchell Hennessy's Motion to Modify Conditions of Release (Doc. No. 426, sealed) is **DENIED** with prejudice.

SIGNED this 11th day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE