IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 4:22-cr-00612 |
| EDWARD CONSTANTINESCU, PERRY "PJ" MATLOCK, JOHN RYBARCZYK, GARY DEEL, STEFAN HRVATIN, TOM COOPERMAN, MITCHELL HENNESSEY. | § § § § § § § § § | |

**<u>MITCHELL HENNESSEY'S RESPONSE TO THE GOVERNMENT'S MOTION FOR STATUS CONFERENCE</u>**

Defendant Mitchell Hennessey respectfully files this response to the government's Motion for Status Conference (ECF 722).

While the government did not confer with counsel for Mr. Hennessey before filing its motion, Mr. Hennessey does not oppose a status conference. Mr. Hennessey respectfully requests that the Court only require him to attend a status conference if his presence is necessary. Jackson Walker LLP continues to represent Mr. Hennessey and will be present at any status conference on his behalf. Mr. Hennessey lives in New Jersey, so it is both expensive and time-consuming for him to travel to Houston, Texas, particularly if he must travel on short notice. Given that he is represented by counsel, Mr. Hennessey's personal appearance should be waived for any conference where his presence is not necessary.

Alternatively, if Mr. Hennessey's presence is required at a conference, Mr. Hennessey respectfully requests that the Court schedule the conference with at least one week of notice so that he can make travel arrangements. After receiving a copy of the Government's motion, counsel

for Mr. Hennessey called counsel for the government and discussed these requests, which the government does not oppose.

        Respectfully submitted,

        **JACKSON WALKER LLP**

        */s/* Laura M. Kidd Cordova
        Laura M. Kidd Cordova
        State Bar No. 24128031
        lcordova@jw.com
        Michael J. Murtha
        State Bar No. 24116801
        mmurtha@jw.com

        1401 McKinney St, Suite 1900
        Houston, Texas 77010
        (713) 752-4449
        (713) 752-4221 (Facsimile)

        **ATTORNEYS FOR DEFENDANT**
        **MITCHELL HENNESSEY**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2025, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

        */s/* Laura M. Kidd Cordova
        Laura M. Kidd Cordova