# Exhibit A



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*

March 31, 2023

*<u>Via Email</u>*

Re:    <u>**United States v. Constantinescu et al, No. 4:22-CR-00612**</u>

Dear Counsel:

Consistent with our earlier representations, please find enclosed to this letter in Attachment A the stock tickers and date ranges that are relevant to, among other things, the Defendants' profit, as alleged in paragraph 1 of the Superseding Indictment.

The specific profit calculation as to each stock ticker and date range will be further disclosed as part of the United States' expert disclosure on June 5, 2023, as the parties previously agreed and presented to the Court.   Nonetheless, to assist your trial preparation, we anticipate that the underlying profit calculation for each stock ticker and date range involves (1) identifying at least one false or misleading statement by a defendant on Twitter, Atlas Trading Discord or both, similar to the false or misleading statements alleged in paragraphs 1 & 13 of the Superseding Indictment and further specified in paragraphs 21 – 115 as to specific stocks; and (2) aggregating each defendant's profit or loss for that stock ticker during the enumerated date range.  The June 5, 2023 expert disclosure will also detail the false and misleading statements relevant to this calculation.

The conduct underlying the stock tickers and date ranges in Attachment A provides direct evidence of, and is intrinsic to, the charged offenses.  In this way, it is intrinsically intertwined with the charged conduct.  To the extent you believe that this conduct is extrinsic evidence, we are providing you with advanced notice of our position that the conduct relevant to these stock tickers and date ranges is properly admissible under Rule 404(b) to prove motive, opportunity, intent, plan, knowledge, absence of mistake or lack of accident.  We will provide you with formal notice under Rule 404(b) as to this information in our June 5, 2023 disclosure.

To assist your review of Attachment A, the following information represents a legend for the columns in the spreadsheet:

- Column A, Event ID:  a unique identifier for the transactions listed in the other columns;

- Column B, Symbol:  the at-issue stock ticker;

- Column C, Event Start:  the start date of the date range in which (a) at least one defendant made a false or misleading statement about the stock ticker in Column B; and (b) for which at least one defendant also traded in the stock and closed a position;

- Column D, Event End:  the end of the date range in which (a) at least one defendant made a false or misleading statement about the stock ticker in Column B; and (b) for which at least one defendant also traded in the stock and closed a position;

- Columns E – L:  if a defendant closed a position in the stock ticker in Column B during the date range in Columns C and D, that defendant is referenced as "1"; if a defendant did not close a position in the stock ticker in Column B during the date range in Columns C and D, the defendant is referenced as a "0".

We are voluntarily providing this information well in advance of the June 5, 2023 expert disclosure to assist your preparation for the October 23, 2023 trial.  We reserve the right to edit or otherwise supplement the information in Attachment A prior to the June 5, 2023 disclosure.

Please let us know if you have any questions about this disclosure.

Sincerely
*/s/ Scott Armstrong*
Scott Armstrong, Assistant Chief
John J. Liolos, Trial Attorney

2

| Event ID | Symbol | Event Start | Event End | Constantin | Cooperman | Deel | Hennessey | Hrvatin | Knight | Matlock | Rybarczyk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Attachment A (Mar. 31, 2023 Ltr), *United States v. Constantinescu* , et al. 22-cr-612 (S.D. Tex.) | | | | |
| 1 | ABVC | 8/10/2021 | 8/11/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 2 | ABVC | 9/1/2021 | 9/1/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 3 | ABVC | 10/14/2021 | 10/14/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 4 | ABVC | 11/1/2021 | 11/1/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 5 | ACST | 6/3/2020 | 6/5/2020 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| 6 | ACST | 9/8/2020 | 9/8/2020 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 7 | ACST | 11/30/2020 | 11/30/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 8 | ACST | 12/23/2020 | 1/12/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 9 | ACST | 5/19/2021 | 5/20/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 10 | ACST | 6/4/2021 | 6/7/2021 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 11 | ACST | 6/16/2021 | 7/16/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 12 | ACST | 8/3/2021 | 8/4/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 13 | ADMP | 9/8/2020 | 9/10/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 14 | ADMP | 10/7/2020 | 10/19/2020 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 15 | ADMP | 12/23/2020 | 12/23/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 16 | ADMP | 1/20/2021 | 1/28/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 17 | ADMP | 4/28/2021 | 5/11/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 18 | AEI | 2/16/2021 | 2/17/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 19 | AEI | 3/22/2021 | 3/30/2021 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 20 | AEI | 6/21/2021 | 6/21/2021 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| 21 | AEI | 9/2/2021 | 9/20/2021 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| 22 | AEI | 3/7/2022 | 3/11/2022 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 23 | AEMD | 9/22/2021 | 9/22/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 24 | AERC | 3/17/2022 | 3/17/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 25 | AGRI | 7/29/2021 | 8/2/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 26 | AGRI | 10/27/2021 | 10/27/2021 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 27 | AHI | 12/1/2021 | 12/20/2021 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 |
| 28 | AHPI | 6/17/2020 | 6/22/2020 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 29 | AHPI | 7/13/2021 | 8/4/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 30 | AHPI | 8/10/2021 | 8/12/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 31 | AHPI | 9/15/2021 | 9/16/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 32 | AHPI | 11/26/2021 | 11/26/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 33 | AHT | 7/28/2020 | 7/28/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 34 | AHT | 11/9/2020 | 11/13/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 35 | AIHS | 9/22/2021 | 9/24/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 36 | ALF | 5/4/2021 | 5/13/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 37 | ALF | 6/15/2021 | 6/16/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 38 | ALF | 6/22/2021 | 6/22/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 39 | ALNA | 1/26/2021 | 1/26/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 40 | ALZN | 6/15/2021 | 6/30/2021 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 41 | ALZN | 7/7/2021 | 7/23/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 42 | ALZN | 12/13/2021 | 12/14/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 43 | ALZN | 1/4/2022 | 1/4/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 44 | AMCI | 11/27/2020 | 1/22/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 45 | AMPG | 10/25/2021 | 10/29/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 46 | AMPG | 3/9/2022 | 3/31/2022 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 47 | APRE | 7/21/2021 | 7/21/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 48 | AREC | 2/21/2020 | 2/21/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 49 | AREC | 7/24/2020 | 7/24/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 50 | AREC | 10/7/2020 | 10/30/2020 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| 51 | AREC | 11/24/2020 | 11/24/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 52 | AREC | 2/2/2021 | 2/9/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 53 | AREC | 2/26/2021 | 3/18/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| 54 | AVGR | 7/20/2020 | 7/30/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 55 | AVGR | 8/4/2020 | 8/20/2020 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| 56 | AVGR | 8/24/2020 | 8/31/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 57 | AVGR | 11/10/2020 | 11/10/2020 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 58 | AVGR | 12/24/2020 | 12/24/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 59 | AVGR | 1/11/2021 | 1/11/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 60 | BAOS | 4/22/2022 | 4/27/2022 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| 61 | BBI | 4/13/2022 | 4/22/2022 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 62 | BBIG | 1/21/2021 | 1/21/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 63 | BBIG | 2/23/2021 | 2/23/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 64 | BBIG | 3/22/2021 | 3/30/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 65 | BBIG | 4/21/2021 | 4/23/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 66 | BBIG | 5/19/2021 | 7/16/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 67 | BBIG | 2/10/2022 | 2/10/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 68 | BBLG | 1/10/2022 | 1/10/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 69 | BCTX | 6/2/2021 | 6/2/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 70 | BCTX | 7/13/2021 | 8/4/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 71 | BCTX | 12/1/2021 | 12/1/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | BFRI | 10/29/2021 | 11/24/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 73 | BFRI | 3/16/2022 | 3/22/2022 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 74 | BFRI | 6/24/2022 | 6/24/2022 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75 | BHTG | 7/9/2020 | 7/9/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 76 | BHTG | 8/3/2020 | 8/4/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 77 | BHTG | 9/30/2020 | 9/30/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 78 | BHTG | 1/13/2021 | 1/14/2021 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| 79 | BHTG | 2/3/2021 | 2/11/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 80 | BHTG | 7/28/2021 | 8/10/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 81 | BRPM | 10/26/2021 | 10/26/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 82 | BRQS | 8/24/2020 | 8/24/2020 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 83 | BRQS | 11/12/2020 | 11/19/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 84 | BRQS | 1/8/2021 | 1/13/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 85 | BRQS | 2/11/2021 | 2/16/2021 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| 86 | BRQS | 3/22/2021 | 3/24/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 87 | BRQS | 6/4/2021 | 6/15/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 88 | BRQS | 6/30/2021 | 6/30/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 89 | CATB | 12/2/2020 | 12/2/2020 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 90 | CATB | 1/29/2021 | 1/29/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 |
| 91 | CBAT | 9/14/2020 | 9/15/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 92 | CBAT | 10/5/2020 | 10/5/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 93 | CBAT | 11/10/2020 | 11/19/2020 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 94 | CBAT | 12/21/2020 | 12/28/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 95 | CBAT | 1/6/2021 | 2/19/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 96 | CEI | 9/29/2020 | 10/30/2020 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| 97 | CEI | 11/12/2020 | 11/18/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 98 | CEI | 8/4/2021 | 11/30/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 99 | CHEK | 6/30/2020 | 6/30/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 100 | CHEK | 9/4/2020 | 9/4/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 101 | CHEK | 12/31/2020 | 1/4/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 102 | CHEK | 3/15/2021 | 3/15/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 103 | CNTX | 10/20/2021 | 12/21/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 104 | COMS | 2/11/2021 | 2/23/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 105 | COMS | 10/25/2021 | 10/25/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 106 | COMS | 3/22/2022 | 3/28/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 107 | COMS | 7/8/2022 | 8/2/2022 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 108 | CSCW | 12/24/2020 | 12/30/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 109 | CSCW | 3/24/2021 | 3/24/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 110 | CSCW | 3/31/2021 | 3/31/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 111 | CSCW | 4/27/2021 | 4/27/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 112 | CSCW | 2/17/2022 | 2/17/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 113 | CVM | 8/6/2021 | 8/6/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 114 | CXDC | 10/26/2021 | 10/27/2021 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| 115 | CYN | 10/21/2021 | 10/22/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 116 | DATS | 8/15/2021 | 10/25/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 117 | DBGI | 5/17/2021 | 5/26/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 118 | DBGI | 6/10/2021 | 7/8/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 119 | DBGI | 7/13/2021 | 8/12/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 120 | DBGI | 10/28/2021 | 10/28/2021 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 121 | DLPN | 6/3/2020 | 6/19/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 122 | DLPN | 10/16/2020 | 10/19/2020 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| 123 | DLPN | 1/12/2021 | 1/12/2021 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 124 | DLPN | 2/11/2021 | 2/12/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 125 | DLPN | 4/23/2021 | 4/29/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 126 | DLPN | 8/26/2021 | 8/26/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 127 | DLPN | 10/27/2021 | 10/27/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128 | EARS | 4/8/2021 | 4/8/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 129 | EARS | 6/3/2021 | 6/3/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 130 | EXPR | 1/22/2021 | 1/27/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 131 | EXPR | 3/8/2021 | 3/10/2021 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| 132 | EXPR | 5/26/2021 | 6/8/2021 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 133 | EZFL | 9/15/2021 | 10/11/2021 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 134 | FCEL | 11/13/2020 | 12/29/2020 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| 135 | FCEL | 10/4/2021 | 10/20/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 136 | FGF | 12/30/2020 | 12/31/2020 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 137 | GIPR | 10/13/2021 | 10/13/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 138 | GMVD | 10/28/2021 | 10/29/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 139 | GNUS | 3/4/2021 | 3/30/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 140 | GRTX | 10/27/2021 | 10/28/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 141 | GRVI | 7/6/2021 | 7/6/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| 142 | GRVI | 10/19/2021 | 10/19/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 143 | GTEC | 10/19/2020 | 10/20/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 144 | GTEC | 12/7/2020 | 12/7/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |

| # | Ticker | Start | End | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | GTT | 2/24/2021 | 2/25/2021 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| 146 | GTT | 3/1/2021 | 3/3/2021 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 |
| 147 | GTT | 3/16/2021 | 3/17/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 148 | HCDI | 8/31/2020 | 8/31/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 149 | HCDI | 12/18/2020 | 12/21/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 150 | HCDI | 5/10/2021 | 5/12/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 151 | HCDI | 11/4/2021 | 11/4/2021 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| 152 | HCWB | 10/18/2021 | 10/19/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 |
| 153 | HJLI | 8/21/2020 | 8/21/2020 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 154 | HJLI | 4/5/2021 | 4/5/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 155 | HJLI | 8/3/2021 | 8/3/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 156 | HOFV | 1/8/2021 | 1/12/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 157 | HOFV | 2/3/2021 | 2/5/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 158 | HOFV | 3/17/2021 | 3/29/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 159 | HOFV | 4/15/2021 | 4/19/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 160 | IPDN | 8/5/2020 | 8/5/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 161 | IPDN | 10/7/2020 | 10/8/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 162 | IPDN | 10/15/2020 | 10/15/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 163 | IPDN | 12/1/2020 | 12/1/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 164 | IPDN | 12/30/2020 | 12/30/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 165 | IPDN | 1/8/2021 | 1/8/2021 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 166 | IPDN | 3/17/2021 | 3/18/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 167 | IPDN | 3/29/2021 | 3/31/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 168 | ISIG | 10/26/2020 | 10/27/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 169 | ISIG | 4/7/2021 | 4/7/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 170 | ISIG | 12/6/2021 | 12/6/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 171 | JAGX | 4/1/2020 | 4/1/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 172 | JAGX | 7/22/2020 | 7/29/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 173 | JAGX | 10/6/2020 | 10/8/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 174 | JAGX | 12/22/2020 | 12/24/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 175 | JAGX | 1/4/2021 | 1/4/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 176 | JAGX | 1/13/2021 | 1/13/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 177 | JAGX | 5/24/2021 | 6/10/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 178 | JAGX | 12/21/2021 | 12/21/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 179 | JAN | 1/16/2020 | 1/23/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 180 | JAN | 2/5/2021 | 2/5/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 181 | JAN | 5/13/2021 | 5/26/2021 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| 182 | KALV | 2/9/2021 | 2/9/2021 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 183 | KAVL | 10/13/2021 | 10/20/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 |
| 184 | KAVL | 2/15/2022 | 2/15/2022 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 185 | KAVL | 3/15/2022 | 3/15/2022 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 186 | KERN | 11/5/2020 | 12/4/2020 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 |
| 187 | KERN | 1/6/2021 | 2/12/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 188 | KERN | 3/1/2021 | 3/11/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 189 | KERN | 5/18/2021 | 5/18/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 190 | KERN | 9/13/2021 | 9/14/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 191 | KERN | 3/24/2022 | 3/24/2022 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 192 | KIQ | 10/20/2021 | 11/18/2021 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 193 | KTTA | 11/23/2021 | 11/23/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 194 | KXIN | 7/8/2020 | 7/8/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 195 | KXIN | 10/16/2020 | 10/27/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 196 | KXIN | 2/10/2021 | 2/11/2021 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 197 | KXIN | 3/16/2021 | 3/22/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 198 | KXIN | 8/6/2021 | 8/9/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 199 | KXIN | 11/2/2021 | 11/2/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 200 | LEDS | 2/13/2020 | 2/28/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 201 | LEDS | 9/28/2020 | 9/28/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 202 | LEDS | 2/9/2021 | 2/11/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 203 | LEDS | 6/1/2021 | 6/24/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 204 | LEDS | 8/30/2021 | 9/3/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 205 | LLIT | 1/28/2021 | 3/12/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 206 | LLIT | 4/20/2021 | 5/12/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 207 | LMFA | 9/28/2020 | 9/30/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 208 | LMFA | 12/1/2020 | 12/4/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 209 | LMFA | 1/8/2021 | 1/15/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 210 | LMFA | 7/8/2021 | 7/9/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 211 | LOTZ | 6/8/2021 | 6/8/2021 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 212 | MARPS | 3/7/2022 | 3/7/2022 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 213 | MDRR | 3/11/2021 | 3/15/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 214 | MDRR | 5/7/2021 | 5/13/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 215 | MDRR | 6/8/2021 | 6/10/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 216 | METX | 10/16/2020 | 10/16/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 217 | METX | 12/17/2020 | 12/21/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 218 | METX | 2/4/2021 | 2/5/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 219 | METX | 3/12/2021 | 3/17/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 220 | METX | 4/16/2021 | 5/4/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 221 | METX | 9/29/2021 | 9/30/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 222 | METX | 10/12/2021 | 10/29/2021 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 223 | METX | 11/5/2021 | 11/11/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 224 | METX | 3/15/2022 | 3/15/2022 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 225 | MFH | 10/16/2020 | 10/21/2020 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 226 | MFH | 3/22/2021 | 3/23/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| 227 | MGLD | 3/10/2022 | 4/11/2022 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 228 | MITQ | 7/26/2021 | 7/26/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 229 | MKD | 3/2/2022 | 3/29/2022 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| 230 | MTSL | 6/19/2020 | 6/23/2020 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| 231 | MTSL | 4/16/2021 | 4/16/2021 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| 232 | MTSL | 6/29/2021 | 7/22/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 233 | MULN | 11/2/2021 | 11/12/2021 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 234 | MYSZ | 10/26/2021 | 11/2/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 235 | NAKD | 7/24/2020 | 7/27/2020 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| 236 | NAKD | 9/24/2020 | 9/25/2020 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 237 | NAKD | 1/4/2021 | 1/28/2021 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 238 | NAKD | 2/8/2021 | 2/12/2021 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 239 | NAKD | 3/24/2021 | 3/24/2021 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| 240 | NAKD | 4/29/2021 | 5/4/2021 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| 241 | NAKD | 9/24/2021 | 10/4/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 242 | NETE | 10/13/2020 | 10/14/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 243 | NETE | 11/13/2020 | 11/13/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 244 | NETE | 11/16/2020 | 11/25/2020 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| 245 | NETE | 2/10/2021 | 2/19/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 246 | NETE | 4/6/2021 | 4/6/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 247 | NETE | 8/20/2021 | 8/24/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 248 | NOVN | 3/2/2021 | 3/2/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 249 | NOVN | 5/13/2021 | 5/13/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 250 | NOVN | 6/14/2021 | 6/14/2021 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 251 | NTEC | 2/2/2021 | 2/3/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 252 | NTEC | 2/10/2021 | 2/10/2021 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| 253 | NTEC | 5/10/2021 | 5/11/2021 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| 254 | NTRB | 10/1/2021 | 10/12/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 255 | NXTD | 7/2/2020 | 7/2/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 256 | NXTD | 12/1/2020 | 2/19/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 257 | NXTD | 3/9/2021 | 3/10/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 258 | NXTD | 7/26/2021 | 7/27/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 259 | NXTD | 10/29/2021 | 11/2/2021 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 260 | NXTD | 12/15/2021 | 12/15/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 261 | OBLN | 9/3/2020 | 9/3/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 262 | OBLN | 12/7/2020 | 12/7/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 263 | OBLN | 1/20/2021 | 1/22/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 264 | OBLN | 2/10/2021 | 2/10/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 265 | OBLN | 3/5/2021 | 3/5/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 266 | OBLN | 3/16/2021 | 3/16/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 267 | OBLN | 5/10/2021 | 5/10/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 268 | OBLN | 5/18/2021 | 5/24/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 269 | OGEN | 7/9/2020 | 7/30/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 270 | OGEN | 12/2/2020 | 12/7/2020 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 271 | OGEN | 12/22/2020 | 12/22/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 272 | OGEN | 1/5/2021 | 1/7/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 273 | OGEN | 2/8/2021 | 2/8/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 274 | OGEN | 3/9/2021 | 3/9/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 275 | OGEN | 4/23/2021 | 4/26/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 276 | OGEN | 12/20/2021 | 12/21/2021 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 277 | ONTX | 7/16/2020 | 8/26/2020 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 278 | ONTX | 11/30/2020 | 12/22/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 279 | ONTX | 2/3/2021 | 3/19/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 280 | ONTX | 5/18/2021 | 5/18/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 281 | OXBR | 7/6/2020 | 7/7/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 282 | OXBR | 7/15/2020 | 7/15/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 283 | OXBR | 8/10/2020 | 8/11/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 284 | OXBR | 9/25/2020 | 10/8/2020 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 285 | OXBR | 12/28/2020 | 12/29/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 286 | OXBR | 1/14/2021 | 1/27/2021 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 287 | OXBR | 5/20/2021 | 6/17/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 288 | OXBR | 7/16/2021 | 7/19/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 289 | PIXY | 3/29/2022 | 3/29/2022 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 290 | PPSI | 6/12/2020 | 6/12/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

| # | Ticker | Date1 | Date2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 291 | PPSI | 7/22/2020 | 7/22/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 292 | PPSI | 8/4/2020 | 8/7/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 293 | PPSI | 8/25/2020 | 8/26/2020 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| 294 | PPSI | 9/23/2020 | 9/25/2020 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 295 | PPSI | 10/6/2020 | 10/9/2020 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 |
| 296 | PPSI | 11/23/2020 | 11/23/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 297 | PPSI | 12/4/2020 | 12/4/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 298 | PPSI | 1/12/2021 | 1/22/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 299 | PPSI | 2/8/2021 | 2/16/2021 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 300 | PPSI | 11/8/2021 | 11/12/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 301 | PPSI | 11/17/2021 | 11/17/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 302 | PPSI | 12/21/2021 | 12/21/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 303 | PRFX | 11/3/2020 | 11/4/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 304 | PRFX | 7/13/2021 | 7/30/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 305 | REDU | 4/8/2021 | 4/8/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 306 | REDU | 10/15/2021 | 10/26/2021 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 |
| 307 | RGLS | 6/11/2020 | 7/30/2020 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 308 | RGLS | 3/11/2021 | 3/12/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 309 | RGLS | 6/3/2021 | 6/10/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 310 | RHE | 2/22/2021 | 2/22/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 311 | RHE | 4/28/2021 | 5/26/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 312 | RHE | 8/30/2021 | 8/31/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 313 | RNAZ | 7/9/2021 | 7/13/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 314 | RNXT | 11/10/2021 | 11/10/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 315 | RNXT | 11/30/2021 | 11/30/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 316 | SALM | 10/21/2021 | 10/21/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 317 | SFET | 8/6/2021 | 8/6/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 318 | SINO | 2/8/2021 | 2/22/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 319 | SINO | 3/17/2021 | 3/18/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 320 | SINO | 4/20/2021 | 4/20/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 321 | SNDL | 11/23/2020 | 12/3/2020 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| 322 | SNDL | 1/6/2021 | 2/17/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 323 | SNDL | 3/1/2021 | 3/2/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 324 | SNDL | 10/21/2021 | 10/21/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 325 | SNOA | 4/1/2021 | 4/1/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 326 | SNOA | 5/3/2021 | 5/3/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 327 | SOS | 1/6/2021 | 1/6/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 328 | SOS | 1/27/2021 | 2/16/2021 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 329 | SOS | 8/9/2021 | 8/10/2021 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 330 | STAF | 5/10/2021 | 5/10/2021 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| 331 | STAF | 6/30/2021 | 7/2/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 332 | STAF | 7/20/2021 | 7/21/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 333 | SUPV | 2/17/2021 | 2/21/2021 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| 334 | SURF | 5/5/2021 | 6/3/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| 335 | SURG | 11/9/2021 | 11/9/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 336 | SXTC | 6/18/2020 | 9/4/2020 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| 337 | SXTC | 9/11/2020 | 9/14/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 338 | SXTC | 7/16/2021 | 7/16/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 339 | SXTC | 1/19/2022 | 3/1/2022 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 340 | SYPR | 8/11/2020 | 8/11/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 341 | SYPR | 2/24/2021 | 2/24/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 342 | TGC | 1/20/2021 | 2/25/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 343 | TMBR | 7/31/2020 | 7/31/2020 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| 344 | TMBR | 9/24/2020 | 10/21/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 345 | TMBR | 12/9/2020 | 12/15/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 346 | TMBR | 1/25/2021 | 1/27/2021 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| 347 | TMBR | 3/11/2021 | 3/17/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 348 | TRCH | 8/21/2020 | 8/24/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 349 | TRCH | 9/21/2020 | 9/21/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 350 | TRCH | 2/10/2021 | 2/23/2021 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| 351 | TRCH | 4/22/2021 | 4/28/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 352 | UPC | 3/29/2021 | 4/1/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 353 | UPC | 7/22/2021 | 7/23/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 354 | USEG | 1/7/2020 | 1/8/2020 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 355 | USEG | 2/20/2020 | 2/21/2020 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 356 | USEG | 9/29/2020 | 9/30/2020 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| 357 | USEG | 1/19/2021 | 1/28/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 358 | USEG | 3/8/2021 | 3/10/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 359 | USEG | 6/1/2021 | 6/2/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 360 | USEG | 7/14/2021 | 7/14/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| 361 | USEG | 3/7/2022 | 3/7/2022 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 362 | VISL | 3/3/2020 | 3/4/2020 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 363 | VISL | 4/27/2020 | 4/30/2020 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | VISL | 2/4/2021 | 3/30/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 365 | VRPX | 3/26/2021 | 4/14/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 366 | VRPX | 7/1/2021 | 7/15/2021 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 367 | VRPX | 8/10/2021 | 8/18/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 368 | VTVT | 7/27/2020 | 7/29/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 369 | VTVT | 10/29/2020 | 12/15/2020 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 370 | VTVT | 2/2/2021 | 2/8/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 371 | VTVT | 2/22/2021 | 2/26/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 372 | VTVT | 4/13/2021 | 4/13/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| 373 | WAFU | 7/30/2020 | 7/30/2020 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 374 | WAFU | 1/27/2021 | 2/8/2021 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 375 | WAFU | 3/26/2021 | 3/31/2021 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 376 | WAFU | 4/19/2021 | 4/19/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 377 | WORX | 8/25/2020 | 8/26/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 378 | WORX | 9/4/2020 | 9/8/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 379 | WORX | 9/16/2020 | 9/23/2020 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 1 |
| 380 | WORX | 7/9/2021 | 7/13/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 381 | WORX | 7/30/2021 | 7/30/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 382 | WORX | 8/4/2021 | 8/9/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 383 | WPG | 6/1/2021 | 6/9/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| 384 | WPG | 9/1/2021 | 9/1/2021 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 385 | WWR | 8/20/2020 | 8/21/2020 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| 386 | WWR | 9/14/2020 | 9/15/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 387 | WWR | 9/25/2020 | 10/6/2020 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| 388 | WWR | 10/20/2020 | 10/21/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 389 | WWR | 10/26/2020 | 10/26/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 390 | WWR | 11/2/2020 | 11/23/2020 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| 391 | WWR | 1/6/2021 | 1/26/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 392 | WWR | 2/5/2021 | 2/19/2021 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 393 | WWR | 3/12/2021 | 3/25/2021 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 |
| 394 | WWR | 3/30/2022 | 4/8/2022 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| 395 | XRTX | 11/3/2021 | 11/4/2021 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 396 | YVR | 6/4/2020 | 6/4/2020 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 397 | YVR | 7/30/2020 | 7/30/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 398 | YVR | 3/12/2021 | 3/31/2021 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| 399 | YVR | 7/15/2021 | 7/16/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 400 | YVR | 9/2/2021 | 9/3/2021 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 401 | ZSAN | 3/21/2022 | 4/5/2022 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| 402 | ZYNE | 2/2/2021 | 2/23/2021 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |