**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-00612-007 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § § | |

**[PROPOSED] ORDER**

Having considered Defendant Mitchell Hennessey's Motion to Dismiss Due to Violations of the Speedy Trial Act and Sixth Amendment, the Court GRANTS the motion and ORDERS that the Superseding Indictment against Mitchell Hennessey be dismissed with prejudice.

Signed on _____, 2026.


_____
Alfred H. Bennett
United States District Judge