**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **MITCHELL HENNESSEY,** | § | **The Honorable Alfred H. Bennett** |
| | § | |
| **Defendant.** | § | |

**United States' Motion for Extension of Time to Respond to Motion to Dismiss**

The United States, by and through undersigned counsel, respectfully moves for an extension of time in which to file its response to Defendant Hennessey's Motion to Dismiss Due to Violations of the Speedy Trial Act and Sixth Amendment (ECF No. 759), filed June 8, 2026. Defendant Hennessey's counsel does not agree to the requested two-week extension.

On June 19, 2026, Defendant Hrvatin filed his First Motion for Joinder (ECF No. 768), seeking to join in Defendant Hennessey's motion to dismiss. That motion is pending with the Court. However, in an abundance of caution, the United States conferred with counsel for Defendant Hrvatin to see if he was opposed to this motion.  Counsel for Defendant Hrvatin stated that he has no objection.

This additional two weeks to respond is not sought in the interest of delay but is instead requested so that the United States may fully address the issues raised by the Defendant's motion. The United States has ordered the transcript from the status hearing held on May 8, 2026 (*see* ECF No. 769), which it needs for its response to the defendant's motion.  The Government seeks this extension because the transcript may not be available by the original deadline for its response.

An extension of the briefing schedule will not cause any prejudice to the defendants.  At the May 8, 2026 status hearing, the Court directed the parties to confer and identify dates for two hearings to be held approximately three and nine months from the status hearing.  It is the Government's understanding that the Court would hear argument on the Speedy Trial motion at the first hearing.  The parties have conferred and identified August 6, 2026 as a potential date for the first hearing, and the Government is in the process of clearing that date with the Court's calendar.  Because any hearing on the defendant's Speedy Trial Motion will not occur until at least August, granting the Government's requested extension will not prejudice the defendants and will give them ample time to reply to the Government's response.

The United States respectfully requests that the Court extend the United States' response deadline for Defendant Hennessey's Motion to Dismiss by two weeks, until July 13, 2026.

Dated: June 24, 2026                                         Respectfully submitted,


                                                            LORINDA LARYEA
                                                            Chief, Fraud Section
                                                            Criminal Division, Department of Justice

                              By:      */s/ Kashan Pathan*
                                       Kashan Pathan, Trial Attorney
                                       Fraud Section, Criminal Division
                                       United States Department of Justice
                                       1400 New York Ave. NW
                                       Washington, DC 20005
                                       Tel.: (202) 514-8804

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 23, 2026, the United States conferred with counsel for Defendants Hennessey and Hrvatin regarding the United States' request for an extension of time to respond to Defendant Hennessey's Motion to Dismiss. Counsel for Defendant Hrvatin indicated he has no objection to the proposed extension. Counsel for Defendant Hennessey does not agree to the requested extension.

/s/ Kashan Pathan
Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 24, 2026, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which provides copies to counsel for all parties.

*/s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section