**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| Defendant. | § § | |

**MITCHELL HENNESSEY'S RESPONSE IN OPPOSITION TO UNITED STATES'**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Mitchell Hennessey opposes the United States' Motion for Extension of Time to Respond to Motion to Dismiss (ECF 770). The government requests a two-week extension of its deadline to respond to Mr. Hennessey's Motion to Dismiss Due to Violations of the Speedy Trial Act and the Sixth Amendment (ECF 759) but does not cite a justifiable basis for an extension.

The government's only reason for the requested extension is that it believes it needs the transcript of the May 8, 2026, hearing to respond to Mr. Hennessey's motion. ECF 770 at 1. The government does not explain (1) why it needs the transcript, which is not cited in Mr. Hennessey's motion (*see id.*); (2) why the government waited two and a half weeks after Mr. Hennessey filed his motion to order the transcript (*see* ECF 769); or (3) why the government ordered the transcript with a seven-day turnaround rather than a three-day turnaround (*see id.*).

The government claims that the delay caused by the requested extension will not prejudice Mr. Hennessey (ECF 770 at 2), but this is pure speculation. The government claims that the Court will not consider Mr. Hennessey's motion until at least August 6, 2026, the date the government has suggested for the next hearing. *Id.* But the Court has already set a hearing in this case for next week, July 2, 2026, (ECF 762), and the Court may consider Mr. Hennessey's motion at any time.

Certainly, there is no requirement that the Court wait until August 6, 2026, to consider Mr. Hennessey's motion. Every day this case lingers, it prejudices Mr. Hennessey.

For these reasons, Mr. Hennessey opposes the government's request for a two-week extension to respond to Mr. Hennessey's motion to dismiss.

Respectfully submitted,

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
JACKSON WALKER LLP
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

**ATTORNEY FOR DEFENDANT**
**MITCHELL HENNESSEY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova

2