## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 22-cr-00612

MITCHELL HENNESSEY,

     Defendant.

§
§
§
§
§
§
§
§
§

## UNOPPOSED MOTION FOR MICHAEL J. MURTHA TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 83.2, this motion is filed requesting that Michael J. Murtha be allowed to withdraw as an attorney of record for Defendant Mitchell Hennessey. Mr. Murtha has left Jackson Walker LLP, the law firm representing Mr. Hennessey. Mr. Murtha's withdrawal will cause no delay in these proceedings as Laura M. Kidd Cordova, who has been counsel of record for Mr. Hennessey since December 2022, will continue as lead counsel for Mr. Hennessey.

Respectfully submitted,

/s/ Laura M. Kidd Cordova
Laura Marie Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
JACKSON WALKER LLP
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

**ATTORNEY FOR DEFENDANT**
**MITCHELL HENNESSEY**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for the government about the relief requested herein on June 25, 2026. The government stated that it does not oppose to the requested relief.

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova