**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **MITCHELL HENNESSEY,** | § | **The Honorable Alfred H. Bennett** |
| | § | |
| **Defendant.** | § | |
| | § | |

**UNITED STATES' RESPONSE IN OPPOSITION TO**
**DEFENDANT HENNESSEY'S MOTION TO STRIKE**

The United States, by and through undersigned counsel, respectfully submits this Response in Opposition to Defendant Hennessey's Motion to Strike the Government's Supplemental Brief (ECF No. 795) (hereafter, the "Motion to Strike"). This Court had originally scheduled a hearing on August 6, 2026 to address issues concerning the Speedy Trial Act. In preparing for this hearing, the Government identified additional legal authority directly relevant to the merits of the pending Motion to Dismiss (ECF No. 759) that had not been briefed. Given the relevancy of this legal authority on a potentially dispositive issue that is the subject of an upcoming hearing, the Government felt compelled to advise the Court and defense counsel of this additional authority as soon as possible by filing a supplemental brief.

The Government's intention with filing a supplemental brief was to ensure that the Court had all relevant and material legal authorities to decide this important issue and to avoid any unfair surprise to counsel at the upcoming hearing. Indeed, the Government wished to avoid a circumstance where it raised additional legal authority for the first time at the hearing itself, depriving this Court and counsel an opportunity to review the legal authorities in advance and to meaningfully address it at the hearing.

The Government acknowledges that it would have been preferable to provide the legal authority in its supplemental filing in its original response, but since the filing of the Government's supplemental brief, the Court reset the upcoming hearing to August 26, 2026, and counsel for Defendant Hennessey has had time to review the Government's supplemental brief and file a response (ECF No. 795). Under the circumstances, there has been no prejudice to Defendant Hennessey by the Government's supplemental filing. Striking the Government's supplemental brief is unwarranted, and the Court should accordingly exercise its discretion and deny the Motion to Strike. *See Sims v. ANR Freight Sys., Inc.*, 77 F.3d 846, 849 (5th Cir. 1996) ("We recognize that a district judge has broad discretion in managing his docket, including trial procedure and the conduct of trial.").

Dated: August 21, 2026

Respectfully submitted,

LORINDA LARYEA
Chief, White Collar and
Corporate Enforcement Section
Criminal Division, Department of Justice

By: */s/ Kashan Pathan*
Kashan Pathan
Kyle Crawford
Trial Attorneys
Criminal Division
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel.: (202) 514-8804

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

*/s/ Kashan Pathan*
Kashan Pathan, Trial Attorney
U.S. Department of Justice